**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:18-cv-00995-JD-MGG |
| RON NEAL, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Ron Neal, Sarah Abbassi, Christopher Beal, Kenneth Gann, William Lessner, Timothy Redden, Jason Nowatzke, Ryan Statham, Christopher Puetzer, Steven Griffin, Jeremy Dykstra, Promise Blakely, and Anthony Watsonv (collectively, "Defendants"), by counsel, Michael J. Blinn, Deputy Attorney General, respectfully move under Federal Rule of Civil Procedure 56(a) for summary judgment on all claims in this matter. Each of Plaintiff's claims requires evidence of subjective intent – not mere negligence or error. Defendants acknowledge that Mr. Devine's death was tragic, and further acknowledge (at this procedural stage) that the response to the fire in his cell, and the precautions in advance, were not perfect. But there is no evidence of any design to harm Mr. Devine, or any other wrongful intent on the part of Defendants. For all of these reasons and as more fully set forth in the Brief filed herewith, Defendants are entitled to judgment as a matter of law.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

Dated:  March 29, 2021          By:     Michael J. Blinn
Deputy Attorney General
Attorney No. 28473-49
OFFICE OF ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone: (317)233-6506
Facsimile: (317)232-7979
E-mail: Michael.Blinn@atg.in.gov