**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:18-cv-00995-JD-MGG |
| RON NEAL, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' DESIGNATION OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants, by counsel, Michael J. Blinn, Deputy Attorney General, respectfully

designate the following evidence in support of their Motion for Summary Judgment:

**Exhibit 1:** Deposition Transcript of Anthony Watson, pg. 11:3-13, 29:10-11, 147:12-17, 154:11-13, 155:22-24, 156:14-16, 157:9-11, 17-18, 158:1-10, 24-159:1, 161:7-8, 163:15-22, 166:19-22, 167:14-16, 168:3, 169:13, 170:2-5, 171:15-19, 173:10-16, 176:8-25, 185:12-23, 189:4-10, 201:17-19;

**Exhibit 2:** Deposition Transcript of Timothy Redden, Pg. 7:13-19, 11:3-13, 17-24, 28:21-25, 37:10-12, 40:14-16, 43:2-12, 122:14-20, 124:4-11, 137:2-23, 146:22-25,147:7-9, 167:25, 168:19-22, 171:2-3, 172:5-7, 175:5-10, 176:7-10, 184:6-8, 13-15, 185:13-20, 188:19-22, 192:13-22, 193:19, 23-24, 198:22-199:1, 207:12-21, 208:23-209:3, 213:15-17, 217:7-11, 14-16, 218:18-219:7, 223:20-22, 229:3-9, 13-19, 240:1-5, 242:4-15, 23-25, 243:4-8, 246:25-247:2;

**Exhibit 3:** Deposition Transcript of Ryan Statham, pg. 31:1-2, 54:4-11, 147:9-11, 13-17, 20-21, 148:3-10, 14-17, 149:9-17, 150:3-5, 18-19, 151:4-6, 9, 154:17, 158:6-8, 159:12-18, 160:5-15, 163:2-3, 167:4-9, 168:1-6, 12, 169:13-18, 22-170:21, 181:23-25, 186:13-17, 189:2-3, 209:6-10, 218:19-21, 220:6-7, 237:15-16;

**Exhibit 4:**    Deposition Transcript of Jeremy Dykstra, pg. 11:25-12:4, 72:1-5, 167:16-17, 195:15-20, 204:22-205:1, 11-16, 207:15-16, 21-25, 209:1-5, 7-210:1, 298:4-7, 299:5-9, 304:16-21;

**Exhibit 5:**    Deposition Transcript of Justin Rodriguez, pg. 114:24-116:15;

**Exhibit 6:**    Deposition Transcript of Promise Blakely, pg. 149:4-18;

**Exhibit 7:**    Deposition Transcript of Sarah Abbassi, pg. 124:21-126:12;

**Exhibit 8:**    Deposition Transcript of Kenneth Gann, pg. 16:9-21, 10:11-27, 44:1-22, 93:9-16, 101:1-102:7;

**Exhibit 9:**    Deposition Transcript of Ron Neal, pg. 77:2-13, 87:19-88:8, 158:17-168:7, 182:12-184:11, 186:1-10, 188:16-23;

**Exhibit 10:**    Deposition Transcript of 30(b)(6) Christopher Beal, pg. 14:10-16:1, 28:5-31:23, 37:2-13, 39:7-40:20, 46:2-47:2;

**Exhibit 11:**    Deposition Transcript of 30(b)(6) Ron Neal 8:2-15:11, 17:9-20, 21:9-13, 25:4-27:16, 31:3-34:5, 44:8-53:23, 56:5-57:13, 146:14-149:15;

**Exhibit 12:**    Deposition Transcript of Christopher Beal, pg. 10:9-12:4, 13:16-20, 16:4-25, 24:14-25, 195:5-11

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

Dated:  March 29, 2021          By:    Michael J. Blinn
Deputy Attorney General
Attorney No. 28473-49

OFFICE OF ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone: (317)233-6506
Facsimile: (317)232-7979
E-mail: Michael.Blinn@atg.in.gov