**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

**EXHIBIT LIST**

| Ex. No. | Description | Filed Under Seal |
|---|---|---|
| 1 | September 12, 2016 Justin Rodriguez Employment Offer Letter | |
| 2 | Justin Rodriguez Deposition | |
| 3 | Promise Blakely Deposition | |
| 4 | B Cellhouse Fire Evacuation Plans | |
| 5 | Jason Nowatzke Deposition | Redacted Version Filed on Public Docket; Unredacted Version Filed Under Seal |
| 6 | Ron Neal Rule 30(b)(6) Deposition | Redacted Version Filed on Public Docket; Unredacted Version Filed Under Seal |
| 7 | B Cellhouse Post Orders | X |
| 8 | Indiana State Prison Patrol Report | |
| 9 | Internal Affairs Division Report of Investigation | X |
| 10 | Lee Miller Deposition | |
| 11 | Michael Johnfauno Deposition | |
| 12 | Oscar Hall Deposition | |
| 13 | Declaration of Alvin Christmas | |
| 14 | Declaration of Stephen Lehman | |
| 15 | Declaration of Calvin Patton | |
| 16 | Robert Engram Deposition | |
| 17 | April 11, 2017 Robert Engram Incident Report | X |
| 18 | April 10, 2017 Daniel Milne Report | X |
| 19 | LeeTravis Griffin Deposition | |
| 20 | Ryan Statham Deposition | |

| 21 | Ron Neal Deposition | |
|----|----|----|
| 22 | Donald Mahone Deposition | |
| 23 | Daniel Milne Deposition | |
| 24 | April 9, 2017 K. Holland Report | X |
| 25 | Kenneth Gann Deposition | |
| 26 | Joshua Devine Death Certificate | |
| 27 | Indiana State Fire Marshal Incident Report | X |
| 28 | Gregory Lintz Deposition | |
| 29 | Christopher Beal Deposition | |
| 30 | Ken Osborne Rule 30(b)(6) Deposition | |
| 31 | New Employee Training Process – Agenda – Adult Facility Staff | |
| 32 | Christopher Beal Rule 30(b)(6) Deposition | |
| 33 | Richard L. Bard Expert Witness Report | |
| 34 | December 2, 2015 Letter to Major Nowatzke from Steve Griffin and Daniel Milne | |
| 35 | Charles Dudley Deposition | |
| 36 | General Post Orders | X |
| 37 | September 21, 2016 Fire Evacuation Drill | |
| 38 | April 26, 2017 Fire Evacuation Drill | |
| 39 | April 27, 2017 Fire Evacuation Drill | |
| 40 | Richard Curry Rule 30(b)(6) Deposition | |
| 41 | November 24, 2016 Email from Jeremy Dykstra | |
| 42 | July 21, 2016 Shift Report of Incident | |
| 43 | June 29, 2016 Shift Report of Incident | X |
| 44 | February 1, 2016 BCH Monthly Inspection | |
| 45 | March 29, 2016 BCH Monthly Inspection | |
| 46 | April 12, 2016 BCH Monthly Inspection | |
| 47 | April 29, 2016 BCH Monthly Inspection | |
| 48 | May 25, 2016 BCH Monthly Inspection | |
| 49 | June 3, 2016 BCH Monthly Inspection | |
| 50 | August 24, 2016 BCH Monthly Inspection | |
| 51 | September 7, 2016 BCH Monthly Inspection | |
| 52 | October 3, 2016 Weekly Inspection | |
| 53 | October 24, 2016 BCH Weekly Inspection | |
| 54 | October 31, 2016 BCH Weekly Inspection | |
| 55 | July 24, 2015 Email to Ron Neal | |
| 56 | Job Description for Superintendent | |
| 57 | Defendants' Responses to Plaintiff's First Set of Requests for Admissions to All Defendants | |
| 58 | Job Description for Safety Hazard Manager 2 | |
| 59 | Job Description for Correctional Training Officer 3 | |
| 60 | March 28, 2015 Shift Report of Incident | |
| 61 | Job Description for Correctional Major | |
| 62 | Job Description for Assistant Superintendent | |

| 63 | Jeremy Dykstra Deposition | |
|---|---|---|
| 64 | Timothy Redden Deposition | |
| 65 | Sarah Abbassi Deposition | |
| 66 | Anthony Watson Deposition | |
| 67 | July 16, 2012 Shift Report of Incident | X |
| 68 | Defendant Christopher Beal's Responses to Plaintiff's Second Set of Interrogatories | |
| 69 | Map of Indiana State Prison | |
| 70 | Defendant Kenneth Gann's Responses to Plaintiff's Second Set of Interrogatories | |
| 71 | May 11, 2016 Inter-Department Communication from Officer A. Bennett | X |
| 72 | Defendant Jason Nowatzke's Responses to Plaintiff's Second Set of Interrogatories | |
| 73 | August 19, 2016 Sarah Abbassi Employment Offer Letter | |
| 74 | September 19, 2016 Fire Evacuation Drill | |
| 75 | April 8, 2017 Sarah Abbassi Handwritten Statement | X |
| 76 | April 7, 2017 Shift Report of Incident | X |
| 77 | April 7, 2017 Timeline from Signal | X |
| 78 | April 8, 2017 Justin Rodriguez Handwritten Statement | X |
| 79 | Defendant Griffin's Responses to Plaintiff's First Set of Interrogatories | |
| 80 | April 7, 2017 Donald Mahone Report | X |
| 81 | Promise Blakely Recorded Interview | X |
| 82 | April 8, 2017 Promise Blakely Handwritten Statement | X |
| 83 | Internal Affairs File | X |
| 84 | Emergency Plan Manual PowerPoint | X |
| 85 | April 7, 2017 Indiana State Prison H and J Rosters | X |
| 86 | Danny Means Report | X |
| 87 | Randy Miller Report | X |
| 88 | Steven Griffin Employee Work Profile and Performance Appraisal Report | |
| 89 | Defendant Redden's Responses to Plaintiff's First Set of Interrogatories | |
| 90 | Defendant Watson's Responses to Plaintiff's First Set of Interrogatories | |
| 91 | Photo of Officers' Station in B Cellhouse | X |

RESPECTFULLY SUBMITTED:
/s/ Megan Pierce
One of Plaintiff's Attorneys


Arthur Loevy
Jon Loevy
Sarah Grady
Sam Heppell
Megan Pierce
LOEVY & LOEVY
311 North Aberdeen St.
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
megan@loevy.com

## **CERTIFICATE OF SERVICE**

I, Megan Pierce, an attorney, hereby certify that on May 25, 2021, I filed the foregoing exhibit

list via the Court's CM/ECF System and thereby served a copy on all counsel of record.


/s/ Megan Pierce