**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 1



**STATE OF INDIANA**
Department of Correction
Indiana State Prison
Ron Neal, Superintendent
1 Park Row * Michigan City, Indiana 46360
Phone: (219) 874-7256 * Fax (219) 874-0557 * Website: www.in.gov/idoc/

Michael R. Pence
Governor

Bruce Lemmon
Commissioner

September 12, 2016

Justin Rodriguez



Dear Justin:

Welcome to the Indiana State Prison. I am pleased to extend this offer to you for the position of Correctional Officer - Indiana State Prison with the Indiana Department of Correction (IDOC). This letter outlines the terms of the offer for this position.

Your employment will begin on September 19, 2016 and your biweekly salary will be $1062.00. Please note these terms are contingent upon the successful completion of a criminal history background check, required applicant screening procedures and a pre-employment drug test.

In order to facilitate your transition to the Indiana Department of Correction, you will be participating in *Onboarding*, which has been designed by the Human Resources Department to help with your transition into state government. You will find a ready list of resources from which you can draw assistance, as you become part of our community. Prior to your first day, visit our unique Onboarding website at http://www.in.gov/spd/2328.htm for information regarding Indiana State Government employment. On this site you can access the forms and bring them with you on your first date of employment. Please wait to sign and date these forms.

As a full-time employee you are eligible to enroll in the state benefits program, which includes health, dental, vision and life insurance as well as state retirement. To assist you in completing your benefits applications you will need your social security number and the social security number(s) and date(s) of birth information for anyone you will be designating as a dependent or beneficiary. Should you participate in the state benefits program, it will be necessary that you provide proof of eligibility for all dependents which you enroll on a state benefit plan within ten (10) business days of notification to do so. Please consult the State Personnel Department benefits page at http://www.in.gov/spd/2731.htm for a list of documents that may be provided to verify dependent eligibility. If you are unsure what documentation may be required, please feel free to contact SPD Benefits at 317-232-1167 or toll-free at 877-248-0007.

For tax reporting purposes the Auditor of State requests that you provide your agency HR or Payroll department your social security card.

**Indiana State Government is an E-Verify employer** and all new employees are required to have their employment eligibility verified through the Department of Homeland Security and Social Security Administration. To remain in accordance with the law, the Immigration Reform and Control Act requires

DEVINE066582

that we certify the identity and work eligibility of all new employees. Therefore, this appointment is subject to your presentation of proper documentation as required by the law. The Employment Eligibility form (Form I-9) and all other needed documentation can be found at our website at http://www.in.gov/spd/2381.htm. Please note that if you submit a document from list B of form I-9, this document must contain a photo ID to establish identity. All new employees must present the required documents in person, on your first day of employment. Failure to comply may result in dismissal until proper identification can be provided.

You are scheduled to begin New Employee Orientation (NEO) at the Indiana State Prison at **7:00 a.m. on Monday, September 19, 2016.** Please report to the Training Department in the appropriate professional or business casual attire (no jeans or tennis shoes). The facility prohibits employees from bringing in cell phones, tobacco, smoking, paraphernalia, beepers, knives, guns, drugs, and/or alcohol. The NEO program consists of 4-5 phases of training; which will include classroom based instruction, skill based certification and on-the-job Training. It is recommended that you visit the IDOC web site Address (www.in.gov/idoc/2323.htm) and scroll to the bottom of the page to find the New Employee Orientation modules that we encourage you to complete prior to your first day of employment as they will be beneficial to beginning your career with the Department of Correction.

Please contact our Human Resources office at extension 2100 if you have any questions prior to your start date. We look forward to you joining our team.

Sincerely,

Michele Masley

Michele Masley
Human Resources Generalist

DEVINE066583