**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 4

# INDIANA STATE PRISON
# B-CELLHOUSE
# FIRE EVACUATION PLANS

SECONDARY EXIT

YOU ARE HERE





YOU ARE HERE

PRIMARY EXIT

SECONDARY EXIT

OFFICERS STATION

COUNSELORS OFFICE

PRIMARY EXIT

**NOTE: The emergency evacuation route shown should be followed in the event of fire or any other emergency situation where the evacuation of the building is necessary. Although the location of the emergency situation may block an alternate route, always use good judgment and select the closest available alternate route and exit that door.**

Devine Production 006233

NOTE: The emergency evacuation route shown should be followed in the event of fire or any other emergency situation where the evacuation of the building is necessary. Although the location of the emergency situation may block an alternate route, always use good judgment and select the closest available alternate route and exit that door.

COUNSELORS OFFICE

OFFICERS STATION





Devine Production 006235

# INDIANA STATE PRISON
# B-CELLHOUSE
# FIRE EVACUATION PLANS



YOU ARE HERE

PRIMARY EXIT

SECONDARY EXIT

USDC IN/ND case 3:18-cv-00995-JD    document 212-7    filed 05/25/21

SECONDARY EXIT

YOU ARE HERE

COUNSELORS OFFICE

OFFICERS STATION

PRIMARY EXIT

**NOTE:** The emergency evacuation route shown should be followed in the event of fire or any other emergency situation where the evacuation of the building is necessary. Although the location of the emergency situation may block an alternate route, always use good judgment and select the closest available alternate route and exit that door.



**OFFICERS STATION**

**COUNSELORS OFFICE**

**NOTE:** The emergency evacuation route shown should be followed in the event of fire or any other emergency situation where the evacuation of the building is necessary. Although the location of the emergency situation may block an alternate route, always use good judgment and select the closest available alternate route and exit that door.

Devine Production 006236