**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,

        Plaintiff,

        v.

RON NEAL, et al.

        Defendants.

)
)
)   No. 3:18-cv-00995-JD-MGG
)
)
)   Hon. Judge Jon E. DeGuilio, Judge
)
)   Hon. Michael G. Gotsch, Sr., M.J.
)
)
)
)

# <u>EXHIBIT 14</u>

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | |
| Plaintiff, | ) ) | No. 3:18-cv-00995-JD-MGG |
| v. | ) ) | Judge Jon E. DeGuilio |
| RON NEAL, et al. | ) ) | Mag. Judge Michael G. Gotsch, Sr. |
| Defendants. | ) ) ) | JURY TRIAL DEMANDED |

## DECLARATION OF STEPHEN LEHMAN

I, Stephen Lehman, declare under penalty of perjury that the following is true and correct:

1.      My name is Stephen Lehman, and my IDOC number is 124899.

2.      I am currently incarcerated at Indiana State Prison.

3.      I was incarcerated at Indiana State Prison on April 7, 2017. I lived in Cell 513 of B Cell House.

4.      On April 7, 2017, after everyone was locked in their cells, I heard Joshua Devine cry out that his cell was on fire. Shortly after, more and more prisoners started to yell and scream.

5.      The prisoners in the cell house were yelling for about 15 minutes before any officer came up to the 500 range.

6.      It also took about 10 to 15 minutes for the cell house to fill with smoke after the prisoners in B Cell House started yelling.

7.      As each minute went by, the yelling and screaming got louder and the smoke got thicker.

1

**P000711**

8. I was able to see the flames reflected in the glass window of the cell house using a mirror.

9. I thought I would die in my cell and never see my family again. The smoke was so thick entering my cell that I was not able to breath for the last few minutes before I was released.

10. When I finally got outside, I was coughing and throwing up black stuff from the smoke. The prisoners from B Cell House were left outside for hours.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_10/2/20_
Date

_Stephen Lehman_

2

P000712