**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

|  |  |  |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 15

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Jon E. DeGuilio |
| RON NEAL, et al. | ) ) | Mag. Judge Michael G. Gotsch, Sr. |
| Defendants. | ) ) ) | JURY TRIAL DEMANDED |

### DECLARATION OF CALVIN PATTON

I, Calvin Patton, declare under penalty of perjury that the following is true and correct:

1.      My name is Calvin Patton, and my IDOC number is 952639.

2.      I am currently incarcerated at Indiana State Prison.

3.      I was incarcerated at Indiana State Prison on April 7, 2017. I lived in Cell 412 of B Cell House.

4.      On the night of April 7, 2017, I was asleep when I was woken up by the loud screams and yells of Joshua Devine and the other prisoners in B Cell House. Joshua Devine's screams were different from the screams of the other prisoners.

5.      I could see the flames reflected in the windows across from my cell. It was so hot that it glowed.

6.      I heard the officers in the cell house saying that they were not supposed to open our cell doors when there was a fire in just a single cell. They did not want to evacuate the cell house.

1

P000713

7.  From the time I woke up to the screaming in the cell house, 20 to 30 minutes passed before I was released along with the other prisoners in the cell house.

8.  When I got outside, I was choking.

9.  Before moving a prisoner into a new cell, the officers and staff at Indiana State Prison do not inspect or check that cell.

10. I was moved into a cell a few months ago were the previous prisoner had stuck something in the socket. When I plugged in my hot pot, it sparked.

11. The majority of the plugs at Indiana State Prison are faulty.

12. The staff and officers at Indiana State Prison do not take steps to inspect, keep up with, or fix problems at the facility.

13. The staff and officers at Indiana State Prison know when an inspection will happen, and they make changes only right before the inspection so that the facility will pass inspection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_10-15-20_
Date

*Calvin M. Patton*
Calvin Patton

2

P000714