**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,

    Plaintiff,

    v.

RON NEAL, et al.

    Defendants.

)
)
)   No. 3:18-cv-00995-JD-MGG
)
)
)   Hon. Judge Jon E. DeGuilio, Judge
)
)   Hon. Michael G. Gotsch, Sr., M.J.
)
)
)
)
)

# EXHIBIT 17
# (Filed Under Seal)