**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 26

Apr 18 2017 08:13am P001/001

# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

Local No 000363   EDR No 000000571620   State No

| 1. Decedent's Legal Name (First, Middle, Last) | 1a. Maiden Name (If female) | 2. Sex | 3. Time Of Death | 4. Date Of Death (Month/Day/Year) |
|---|---|---|---|---|
| JOSHUA DEVINE | | MALE | 11:20 PM | 04/07/2017 |

| 5. Social Security Number | 6a. Age - Yrs | 6b. Under 1 Year | 6c. Under 1 Month | 6d. Under 1 Day | 6e. Under 1 Hour | 7. Date Of Birth (Month/Day/Year) | 8. Birthplace (City and State or Foreign Country) |
|---|---|---|---|---|---|---|---|
| | 30 | Months | Days | Hours | Minutes | | INDIANAPOLIS, IN |

9. Ever In U.S. Armed Forces? ☐ Yes ☒ No ☐ Unknown
10. If Death Occurred In A Hospital: ☐ Inpatient ☐ Emergency Department Outpatient ☐ Dead on Arrival
10a. If Death Occurred Somewhere Other Than A Hospital: ☐ Hospice Facility ☐ Decedent's Home ☐ Nursing Home/Long-term Care Facility ☒ Other (Specify) INDIANA STATE PRISON

| 11. Facility Name (If Not Institution, Give Street and Number) |
|---|
| 1 PARK ROW |

| 12. City Or Town, State And Zip Code | 13. County Of Death | 14. Marital Status At Time Of Death |
|---|---|---|
| MICHIGAN CITY, IN, 46360 | LAPORTE | ☐ Married ☐ Married, But Separated ☐ Divorced ☐ Widowed ☒ Never Married ☐ Unknown |

| 15. Surviving Spouse's Name | 15a. Last Name Before First Marriage | 16. Decedent's Usual Occupation | 17. Kind Of Business/Industry |
|---|---|---|---|
| | | WORKER | RETAIL |

| 18. Residence - State | 18a. County | 18b. City Or Town | 18c. Apt. No. | 18d. Zip Code | 18e. Inside City Limits? |
|---|---|---|---|---|---|
| INDIANA | LAPORTE | MICHIGAN CITY | | 46360 | ☒ Yes ☐ No |

| 18f. Street And Number |
|---|
| 1 PARK ROW |

| 19. Decedent's Education | 20. Decedent Of Hispanic Origin | 21. Decedent's Race |
|---|---|---|
| HIGH SCHOOL GRADUATE OR GED COMPLETED | NOT HISPANIC | White |

| 22. Parents Name (First, Middle, Last) | | 23a. Parent's Last Name Before First Marriage |
|---|---|---|
| DAVID DEVINE | BARBARA DEVINE | SHELL |

| 24. Informant's Name | 24a. Relationship To Decedent | 24b. Mailing Address (Street And Number, City, State, Zip Code) |
|---|---|---|
| DAN MCBRIDE | ASSISTANT SUPERINTENDENT | 1 PARK ROW, MICHIGAN CITY, IN 46360 |

| 25a. Method Of Disposition | 25b. Place Of Disposition (Name Of Cemetery, Crematory, Other Place) | 25c. Location - City, Town, And State |
|---|---|---|
| ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal From State ☐ Other (Specify) | LAPORTE CREMATION SERVICE | LAPORTE, IN |

| 26. Was Coroner Contacted? | 27. Name And Complete Address Of Funeral Facility | 27a. Funeral Home License Number |
|---|---|---|
| ☒ Yes ☐ No | OTT/HAVERSTOCK FUNERAL CHAPEL, 418 WASHINGTON STREET, MICHIGAN CITY, IN 46350 | FH88800023 |

| 27b. Signature Of Indiana Funeral Service Licensee: | 27c. License Number (Of Licensee) |
|---|---|
| PATRICK W REYNOLDS , BY ELECTRONIC SIGNATURE | FD09000041 |

**Cause Of Death (See Instructions And Examples)**

28. Part I. Enter The Chain Of Events - Diseases, Injuries, Or Complications - That Directly Caused The Death. Do Not Enter Terminal Events Such As Cardiac Arrest, Respiratory Arrest, Or Ventricular Fibrillation Without Showing The Etiology. Do Not Abbreviate. Enter Only One Cause On A Line. Add Additional Lines If Necessary.

Approximate Interval, Onset To Death

Immediate Cause (Final Disease Or Condition Resulting In Death)  A. THERMAL BURNS — MINUTES

Sequentially List Conditions, If Any, Leading To The Cause Listed On Line A. Enter The Underlying Cause (Disease Or Injury That Initiated The Events Resulting In Death) Last   B. _____   C. _____   D. _____

Part II. Enter Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I

29. Was An Autopsy Performed? ☒ Yes ☐ No
30. Were Autopsy Findings Available To Complete The Cause Of Death? ☒ Yes ☐ No

| 31. Did Tobacco Use Contribute To Death? | 32. If Female | 33. Manner Of Death |
|---|---|---|
| ☐ Yes ☐ Probably ☐ No ☒ Unknown | | ☐ Natural ☐ Homicide ☐ Accident ☒ Pending Investigation ☐ Suicide ☐ Could Not Be Determined |

| 32. Date Of Injury (Month/Day/Year) | 33. Time Of Injury | 34. Place Of Injury (E.G. Decedent's Home, Construction Site, Restaurant, Wooded Area) | 37. Injury At Work? |
|---|---|---|---|
| 04/07/2017 | 09:45 PM | INDIANA STATE PRISON | ☐ Yes ☒ No |

| 36b. Street & Number | 38c. Apt. No. | 38d. Zip Code |
|---|---|---|
| 1 PARK ROW | | 46360 |

| 34. Location Of Injury - State | 35a. City Or Town | 39. If Transportation Injury, Specify |
|---|---|---|
| INDIANA | MICHIGAN CITY | ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |

40. Describe How Injury Occurred: FIRE IN THE CELL

| 41. Signature, Of Person Certifying Cause Of Death: | 42. Certifier (Check Only One) | 43. Date Certified |
|---|---|---|
| CARRIE KAY SHEAR , BY ELECTRONIC SIGNATURE | ☐ Certifying Physician ☒ Coroner ☐ Medical Officer | 04/17/2017 |

| 43. Name, Address And Zip Code Of Person Certifying Cause Of Death: | 44. License Number | 47. Area |
|---|---|---|
| CARRIE KAY SHEAR , 1405 INDIANA AVE, LAPORTE, IN 46350 | | |

| 45. Additional Funeral Service Provider: | 49. For Registrar Only - Date Filed (Month/Day/Year) |
|---|---|
| | APR 18 2017 |

| 48. Signature of Local Health Officer: |
|---|
| SANDRA DEAUSY, VIA ELECTRONIC SIGNATURE |

AMENDMENT TO CERTIFICATE OF DEATH (ENTRY OR ORIGINAL)

State Form 53995  ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue reasonability. Disclosure is voluntary and there will be no penalty for refusal.