**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,

       Plaintiff,

       v.

RON NEAL, et al.

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:18-cv-00995-JD-MGG

Hon. Judge Jon E. DeGuilio, Judge

Hon. Michael G. Gotsch, Sr., M.J.

# EXHIBIT 31

INDIANA DEPARTMENT OF CORRECTION
STAFF DEVELOPMENT AND TRAINING
NEW EMPLOYEE TRAINING PROCESS – AGENDA – ADULT FACILITY STAFF
(08/25/15)

| Phase 1 New Employee Orientation | | | | |
|---|---|---|---|---|
| Administrative Training/Facility Specific Monday | Skill Based Training Tuesday | Skill Based Training Wednesday | Skill Based Training Thursday | Skill Based Training Friday |
| **E-Learning must be completed prior to first day of employment:**<br>• Introduction<br>• Vision & Mission Statement<br>• Organizational Structure<br><br>**Phase 1 ( 5 days)**<br>**8:00-10:00**<br>Human Resource E-Orientation (must be presented by HR Staff): 2.0 Hours<br>Emergency Notification Form<br>Benefits & Insurance<br>Arrests & Convictions<br>Discipline<br>Tuition Reimbursement<br>FMLA Overview<br>Workplace Harassment Overview<br>Performance Management<br>Information Resource User Agreement<br>Hoosier Start Overview<br>**10:00-11:00**<br>Payroll (must be presented by Payroll Staff) 1.0 Hour<br>Payroll<br>Leave including Sick, Personal, Vacation<br>Funeral Leave<br>Holidays<br>Staff Working Hours<br>Administrative Topics<br>**11:00-1:00**<br>Facility Entrance /Exit Procedures(1.5)<br>Identification Cards & Finger Printing<br>TB Testing<br>Skill Based<br>**1:00- 4:30**<br>Security Skills Lecture and Practicum (3.0) | **8:00-4:30**<br>Security Skills Lecture and Practicum (7.5)<br><br>**Phase 1 of eLearning must be completed by the end of Phase 1.**<br><br>• Information Resource User Agreement<br>• Operating a Vehicle for State Business<br>• Office of Inspector General Ethics<br>• Workplace Violence<br>• Standards of Conduct<br>• Grooming and Dress Standards<br>• Trafficking<br>• Preventing Sexual Harassment<br>• Universal Precautions<br>• PREA<br><br>**Phase 2 of eLearning must Completed by the end of Phase 3.**<br><br>• Correctional Policy & Procedure<br>• Case Management<br>• Criminal Justice System Overview<br>• Public & Media Relations<br>• Hazardous Materials<br>• Re-Entry Overview | **8:00- 12:00**<br>Security Skills Practicum and Test Out (4.0)<br><br>**12:00-1:00**<br>Use of Force (1.0)<br><br>**1:00-2:30**<br>Communication and Mental Prep(1.5)<br><br>**2:30-4:30**<br>Personal Protection (1.0) | **8:00-4:30**<br>Personal Protection Practicum (7.5) | **8:00-4:00**<br>Personal Protection Practicum (7.0)<br><br>**4:00-4:30**<br>Phase 2 OJT review (.5) |

USDC IN/ND case 3:18-cv-00995-JD document 212-34 filed 05/25/21 page 2 of 4

DEVINE012812

INDIANA DEPARTMENT OF CORRECTION
STAFF DEVELOPMENT AND TRAINING
NEW EMPLOYEE TRAINING PROCESS – AGENDA – ADULT FACILITY STAFF
(08/25/15)

USDC IN/ND case 3:18-cv-00995-JD document 212-34 filed 05/25/21 page 3 of 4

| Phase 2 – On-the Job Training |
|---|
| **New Employee Training Process    Week 1 of OJT is completed on 5-2 shift. Please note that staff on OJT is NOT to be left alone while on duty.**<br>Please note that staff participating in On-the-Job Training must be under the supervision of a certified Field Training Officer. "OJTs" must be in the company of FTOs at all times while in the presence of offenders.<br><br>Facility Tours - Suicide Prevention and Intervention - Radio Procedures - Bomb Threats - Count Letters - Accountability Board – Call off Procedures - Fire Extinguisher Use - Mail Procedure Staff - Criminal Manipulations - Earth Quake Procedure - Calling in Count - Key Control - Evacuation - Vehicle Logs - Fire Extinguisher Identification  - Travel Reimbursement - Gas Card - Tool Control - Work Profiles - Computer Login - Medical Emergencies - Offender/Student Accountability - Travel Request - Emergency Procedures - Hostage Situation - Performance Appraisal - Incident Reports - Facility Security Level/Population Overview - Telephone Etiquette - Offender /Student Handbook - Offender Programs Review |

**Phase 3 - Academy**

| Week 1<br>Monday | Week 1<br>Tuesday | Week 1<br>Wednesday | Week 1<br>Thursday | Week 1<br>Friday |
|---|---|---|---|---|
| 8:00-10:00  Program Overview (2.0)<br>Program Registration<br>Pre Test<br>10:00-11:00 Civil and Criminal Liability  (1.0)<br>11:00-12:00 Indiana Justice Module Overview (1.0)<br>12:00-3:00 Diversity in Corrections (2.0)<br>3:00-4:30 Ethics/Preventing Sexual Harassment (1.5) | 8:00-4:30  Calming the Storm Combined  (7.5) | 8:00-9:00 Incident Command (1.0)<br>9:00-12:00 Working with Special Needs Offenders (3.0)<br>12:00-3:00 Hostage Survival (2.0)<br>3:00-4:00 Prison Rape Elimination Act (1.5) | 8:00-10:00 Criminal Manipulation (2.0)<br>10:00 -11:30 Radio Etiquette (1.5)<br>11:30-2:00 Trauma Informed Care Overview (2.0)<br>2:00-4:30 Suicide Prevention Intervention (2.0) | 8:00-11:00 Substance Abuse (3.0)<br>11:00-12:00 Prison Social System(1.0)**<br>12:00-3:30 Working With Special  Population (2.5)**<br>3:30-4:30 Post Test (1.0) |
| Week 2<br>Monday | Week 2<br>Tuesday | Week 2<br>Wednesday | Week 2<br>Thursday | Week 2<br>Friday |
| 8:00 – 9:00  Pre Test (1.0)<br>9:00-4:30 Motivational Interviewing (6.5) | 8:00-4:30 Motivational Interviewing (7.5) | 8:00-9:30 Constitutional Rights of Offenders (1.5)<br>9:30-11:00 Crime Scene Preservation (1.5)<br>11:00-1:30 Religious Practices of Offenders (1.5)<br>1:30 -2:30 Child Abuse (1.0)<br>2:30-4:30 De Escalation Scenarios (2.0)** | 8:00-9:00 Personal Accountability (1.0)<br>9:00- 10:30 Offender Accountability (1.5)<br>10:30- 12:00 Report Writing (1.5)<br>12:00-2:00 Security Threat Group (2.0)<br>2:00-4:00 Emergency Response Operation (1.5) | 8:00-10:30 Adult Disciplinary/Policy/Student Code of Conduct (2.5)**<br>10:30-1:30 Offender/Student Grievances (2.0)**<br>1:30- 3:00 Classification of Offenders (1.5)**<br>3:00-4:30 Post Test (1.5) |

**Phase 4 – CPR / First Aid**

| Phase 4<br>Monday<br>Directly Following Phase 3, to be completed at home facility | | Phase 4<br>Tuesday<br> (Directly Following the Academy) |
|---|---|---|
| **8:00-4:30 CPR/ First Aid (7.5)**<br><br>CPR/First Aid is mandatory for all new employees attending the New Employee Training Process. | | 8:00-12:30 CPR/First Aid (4.5)<br>12:30-1:00 Phase 4 OJT Review  for Custody Staff (1)<br>1:00-4:30 OC/SIDS for Custody staff<br>( If applicable)<br>Non-Custody staff Graduation |

| Phase 4 – On-the-Job-Training (Custody Staff Only) |
|---|
| **Phase 4 is 80 hours of Facility based OJT For Custody staff only.**<br>**Employees may be placed on a 12 hour bracket to complete the remainder of their OJT. Please note that staff participating in On-the-Job Training must be under the supervision of a certified Field Training Officer. "OJTs" must be in the company of FTOs at all times while in the presence of offenders.** |

DEVINE012813

USDC IN/ND case 3:18-cv-00995-JD    document 212-34    filed 05/25/21    page 4 of 4

DEVINE012814