**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 34

## INDIANA STATE PRISON
## FIRE DEPARTMENT

TO: Major Nowatzke

FR: Fire Dept/Steve Griffin/ D.D. Milne

DT: 12/2/15

RE: Quarterly Fire Drills

The Fire department along with Steve Griffin Safety Mgr. will be conducting quarterly fire drills on December 7th. The day time drills will be conducted as each shelter is released for the noon feeding. This will ensure minimal interruption to the daily schedule. All firefighters will need to be released when 10:00 am count clears, to assist in conducting the fire drills Thank you for your time and consideration in this matter.

Steve Griffin Safety and Hazmat Mgr.

Fire Chief, Daniel D. Milne

DEVINE132907