**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 37



## Indiana Department of Correction
### FIRE EVACUATION DRILLS

Facility: Indiana State Prison

Building: BCH     Quarter: 1☐ 2☐ 3☒ 4☐   Year: 2016

1. Identity of person(s) conducting the drill: Owens, Holmes, John-Bey, Pellison Mahene-Bey, Means, White

2. Date and Time of Drill: 9-21-16     10:59
   (Specify a.m./p.m.)

3. Notification method used: Fire Alarm
   (Ex: Fire alarm system activated—strobes and sirens.)

4. Number of occupants evacuated: 5 + 185 = 190
   Staff    Offenders    Total

5. Special conditions simulated:
   ▪ Intentionally blocked an exit door to assess redirection of evacuation ☐
   ▪ Intentionally detained an offender to assess complete building sweep ☐
   ▪ None ☑
   ▪ Other ☐ Describe:

6. Problems encountered:
   Cells were not open on time, officers were not engaged    Ranges were not check.

7. Corrective Actions Taken if Needed:
   need to be train for signals

   72°/81% Hum /w 3mph

8. Weather conditions present when occupants were evacuated: nice And sunny

9. Evacuation time: 17:11

10. Signatures of some or all staff members on duty and participating in this drill:
    (List continued on back if needed)

    B(6)(4)
    Draper

    John
    J. Draper

DEVINE132930