**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,

       Plaintiff,

       v.

RON NEAL, et al.

       Defendants.

)
)
)   No. 3:18-cv-00995-JD-MGG
)
)
)   Hon. Judge Jon E. DeGuilio, Judge
)
)   Hon. Michael G. Gotsch, Sr., M.J.
)
)
)
)

# <u>EXHIBIT 38</u>



DayTime

ff Group



## Indiana Department of Correction
## FIRE EVACUATION DRILLS

| Facility: Indiana State Prison | | |
|---|---|---|
| Building: BCH | Quarter: 1☐ 2☒ 3☐ 4☐ | Year: 2017 |

1. Identity of person(s) conducting the drill: ~~Bill~~ Helford, MA Howe, Ingram

2. Date and Time of Drill: 4/26/17          11:50
   (Specify a.m./p.m.)

3. Notification method used: Bell
   (Ex: Fire alarm system activated—strobes and sirens.)

4. Number of occupants evacuated: __6__ + __161__ = __167__
   Staff        Offenders        Total

5. Special conditions simulated:
   ▪ Intentionally blocked an exit door to assess redirection of evacuation ☐
   ▪ Intentionally detained an offender to assess complete building sweep ☐   N/A
   ▪ None ☐
   ▪ Other ☐ Describe:

6. Problems encountered: One would not evacuate

7. Corrective Actions Taken if Needed: N/A

8. Weather conditions present when occupants were evacuated: Sunny Fair 65°

9. Evacuation time: 8:54

10. Signatures of some or all staff members on duty and participating in this drill:
    (List continued on back if needed)

    _Shelly Rue /84_ _____ _Pat Rice_ _____ Good
    _J. Morris_ _____ _____ Poor
    _N. Seles_ _____ _____ Good
    _Devin Wolford_ _____ _____

DEVINE132999-2



# Fire Drill Questions



1). If you smell smoke what do you do?

*Answer:* **Investigate where the smoke is coming. Call 10-70 or 10-71 Make sure to take your keys and a fire extinguisher with you when you investigate fire.**

2). If there is a fire what do you do?

*Answer:* **Call a 10-70 and or 10-71. Release your firefighter's from their unit.**

3). Where is your fire Alarm pull stations? Where is the unit's fire alarm panel?

*Answer:* **Identify pull stations on the unit. Not all units have pull stations.**

4). Where is your Primary and Secondary Exits? Where are the evacuation plans posted in the unit?

*Answer:* **Identify Primary and Secondary Exits. Look for fire exit postings. Identify evacuation plans.**

5). What is the difference between a 10-70 and a 10-71?

*Answer:* **10-70 is a fire alarm a 10-71 is an actual fire**

6). What type of extinguishers do you have on your unit?

*Answer:* **Officer needs to identify ABC and Class A extinguishers**

7). What types of fire is each extinguishers used for?

*Answer:* **ABC extinguisher (RED CANISTERS) covers paper/wood materials, electrical and liquid fires. Class A extinguishers (SILVER CANISTERS) are only to be used to extinguish paper/wood based products.**

8). What are you going to take with you if there is a fire?

*Answer:* **Count Board, Post Orders, Radio, Cuffs and Keys**

**Unit:** *B*

**Date:**

**Score:**

**Comments:** *They still act like we are a brother when we ask the questions.*

DEVINE133000