**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,

      Plaintiff,

      v.

RON NEAL, et al.

      Defendants.

)
)
)   No. 3:18-cv-00995-JD-MGG
)
)
)   Hon. Judge Jon E. DeGuilio, Judge
)
)   Hon. Michael G. Gotsch, Sr., M.J.
)
)
)
)
)

# <u>EXHIBIT 39</u>



## Indiana Department of Correction
## FIRE EVACUATION DRILLS

Night
J-Group

Facility: Indiana State Prison

Building: DCH    | Quarter: 1☐ 2☒ 3☐ 4☐ | Year: 2017

1. Identity of person(s) conducting the drill: _YaJ/M DDMilne/S.Griffin_

2. Date and Time of Drill: _4/27/17    6:35_
   (Specify a.m./p.m.)

3. Notification method used: _☒ Verbal_
   (Ex: Fire alarm system activated—strobes and sirens.)

4. Number of occupants evacuated: _8_ + _310_ = _318_
   Staff        Offenders      Total

5. Special conditions simulated:
   - Intentionally blocked an exit door to assess redirection of evacuation ☐
   - Intentionally detained an offender to assess complete building sweep ☐
   - None ☒
   - Other ☐ Describe:

6. Problems encountered:
   NA

7. Corrective Actions Taken if Needed:
   NA

8. Weather conditions present when occupants were evacuated: _50° cool_

9. Evacuation time: _NA_

10. Signatures of some or all staff members on duty and participating in this drill:
    (List continued on back if needed)

    _M. Groft_                _M. Rucker_
    _M. Jamison_              _T. Jamison_
    _J. Rodriguez_            _J. Rodriguez_

DEVINE133032



# Fire Drill Questions



1). If you smell smoke what do you do?

*Answer:* **Investigate where the smoke is coming. Call 10-70 or 10-71 Make sure to take your keys and a fire extinguisher with you when you investigate fire.**

2). If there is a fire what do you do?

*Answer:* **Call a 10-70 and or 10-71. Release your firefighter's from their unit.**

3). Where is your fire Alarm pull stations? Where is the unit's fire alarm panel?

*Answer:* **Identify pull stations on the unit. Not all units have pull stations.**

4). Where is your Primary and Secondary Exits? Where are the evacuation plans posted in the unit?

*Answer:* **Identify Primary and Secondary Exits. Look for fire exit postings. Identify evacuation plans.**

5). What is the difference between a 10-70 and a 10-71?

*Answer:* **10-70 is a fire alarm a 10-71 is an actual fire**

6). What type of extinguishers do you have on your unit?

*Answer:* **Officer needs to identify ABC and Class A extinguishers**

7). What types of fire is each extinguishers used for?

*Answer:* **ABC extinguisher (RED CANISTERS) covers paper/wood materials, electrical and liquid fires. Class A extinguishers (SILVER CANISTERS) are only to be used to extinguish paper/wood based products.**

8). What are you going to take with you if there is a fire?

*Answer:* **Count Board, Post Orders, Radio, Cuffs and Keys**

**Unit:** DC1+

**Date:** 4/27/17

**Score:** Poor

**Comments:**

*Officer Rodriguez Doesn't Know anything.*