**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# <u>EXHIBIT 41</u>

**From:** "Dykstra, Jeremy" <jddykstra@idoc.IN.gov>

**To:** "Abram, Debbie" <DAbram@idoc.IN.gov>, "Bane, Pamela" <PBane@idoc.IN.gov>, "Bodlovich, Daniel" <DBodlovich@idoc.IN.gov>, "Bootz, Adam" <ABootz@idoc.IN.gov>, "Boyan, Derek" <DBoyan@idoc.IN.gov>, "Brennan, Rhonda" <RBrennan@idoc.IN.gov>, "Buss, Dawn" <DaBuss@idoc.IN.gov>, "Cabanaw, Dylan" <DCabanaw@idoc.IN.gov>, "Calloway, Michael S" <MSCalloway@idoc.IN.gov>, "Carneygee, Donna" <DCarneygee@idoc.IN.gov>, "Chase, Kathleen" <KChase@idoc.IN.gov>, "Connelly, John" <JConnelly@idoc.IN.gov>, "Dillon, Torrie" <TDillon1@idoc.IN.gov>, "Dustin, Christopher" <cdustin@idoc.IN.gov>, "Dykstra, Jeremy" <jddykstra@idoc.IN.gov>, "East, Larry" <least@idoc.IN.gov>, "Fath, Lorraine" <lfath@idoc.IN.gov>, "Gann, Kenneth" <KNGann@idoc.IN.gov>, "Gillespie, Curtis R" <CGillespie@idoc.IN.gov>, "Gordon, Timothy" <TGordon@idoc.IN.gov>, "Hough, Steven" <SHough@idoc.IN.gov>, "James, Pamela" <PJames@idoc.IN.gov>, "Kaufman, Art J" <AJKaufman@idoc.IN.gov>, "Lessner, William" <WLessner@idoc.IN.gov>, "Luther, Frieda (Corizon)" <frieda.luther@corizonhealth.com>, "Masley, Michele" <MMasley@idoc.IN.gov>, "McBride, Danny" <dmcbride@idoc.IN.gov>, "McCann, Steven" <smccann@idoc.IN.gov>, "Meehan, James" <JMeehan@idoc.IN.gov>, "Neal, Ron (DOC)" <rneal@idoc.IN.gov>, "Nowatzke, Jason" <JNowatzke@idoc.IN.gov>, "Parkes, Donald J" <DParkes@idoc.IN.gov>, "Parnell, Willie" <WParnell@idoc.IN.gov>, "Pizarek, Pamela" <PPizarek@idoc.IN.gov>, "Redden, Timothy" <TiRedden@idoc.IN.gov>, "Roberts, Tricia" <TRoberts@idoc.IN.gov>, "Roose, Robert" <RRoose@idoc.IN.gov>, "St. Martin, Kristine" <KMartin@idoc.IN.gov>, "Stephenson, Yvonne" <YStephenson@idoc.IN.gov>, "Tatum, Chris" <CTatum@idoc.IN.gov>, "Thatcher, Marion" <MThatcher@idoc.IN.gov>, "Wardlow, Douglas" <dwardlow@idoc.IN.gov>, "Watson, Anthony" <AWatson@idoc.IN.gov>, "Whelan, Charles" <CWhelan@idoc.IN.gov>, "Williams, Pauline L" <PaWilliams@idoc.IN.gov>, "Wilson, Keith" <KeWilson@idoc.IN.gov>, "Zimmerman, Kirk" <KZimmerman@idoc.IN.gov>

**Subject:** Incident Report 10-70 in CCH-425-West

**Date:** Thu, 24 Nov 2016 19:33:07 -0500

**Importance:** Normal

**Attachments:** Incident_Report.docx; Offender_Johnson,_Sanders_DOC_911146.pdf; CCH-425-West_pic_2_(2).JPG; CCH-425-West_pic_2_(1).JPG

---

On 11-24-16 at approx 4:55pm a 10-70 was called in CCH-425-West a outlet caught on fire with a hot pot a stove in offender Johnson, Sanders DOC 911146 ( Black ) cell. Ofc Griffen (Black) extinguished the fire. ISP fire chef was sent to CCH and the 10-70 was cleared at 5:03pm by Sgt Henry (White) note no injuries to staff or to the offender. First responders were Sgt. Rice (Black) Sgt Henry (white) and Sgt Lee (Black). There is no power in that cell CCH-425-West Offender will be moved to CCH-422-West. EDO Mr. East check the cell to make sure all power was off and it was safe. Mr. East stated he will fix the cell when he comes back to work. And cell CCH-425-West looks to be in good shape besides no power in the cell.

Capt Dykstra

DEVINE006859