**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# <u>EXHIBIT 42</u>

REPORTING EMPLOYEE: LT Redden

FACILITY: Indiana State Prison

DATE & TIME: 7-21-16 9:27pm

LOCATION:

## TYPE OF INCIDENT:

| | | | |
|---|---|---|---|
| ☐ | Hostage | ☐ | Offender Homicide/Death |
| ☐ | Riot/Disturbance | ☒ | Fire (Code 10-70) |
| ☐ | Escape | ☐ | Medical Emergency (Signal 3000) |
| ☐ | Staff Assault/Battery | ☐ | Group Demonstration |
| ☐ | Fight (Code 10-10) | ☐ | Protective Custody Request |
| ☐ | Natural Disaster (Type) | ☐ | Other (Describe) |

10-70 BCH cell 440

Anderson, Julius #197400 BCH 10-70 in cell 440

**DESCRIPTION OF INCIDENT:** (To include names and numbers of staff & offenders involved, description of their involvement, status of unit (i.e. Lockdown, Shakedown, etc.) status of investigation and any other pertinent information such as Security Threat Group affiliation)

On 7-21-16 at approximately 9:27pm a code 10-70 was called in BCH by Officer Stone. During count time Officer Stone heard offender Anderson, Julius #197400 calling for help on the 400 range of ACH. Once at cell 440 Officer Stone reports that he saw what appeared to be large flames accompanied by smoke coming from the electrical socket. Power was cut to the cell until EDO Pickett can arrive and address the problem. Major. Nowatzke, Mr. Gann and Mr. Neal contacted.

INCIDENT INITALLY REPORTED TO:       LT Redden
                                                          NAME
                                                           LT Redden
                                                          NAME & TITLE OF REPORTING EMPLOYEE
                                                          7-21-16 10:10pm
                                                          DATE & TIME OF INITIAL REPORT

**INJURIES TO STAFF:** (List employee name(s), title and give brief description of injury.

None

**INJURIES TO OFFENDERS:** (List of offender name(s), DOC number(s) and give a brief description of injury.

None

WAS A WEAPON INVOLVED?    ☐ Y    ☒ N        WAS WEAPON RECOVERED? ☐ Y    ☒ N
WEAPON DESCRIPTION:

(Use additional sheet if necessary)

DEVINE134158

Indiana State Prison

Inter-Department Communication

From: Lt. James Meehan

Date:        7/21/2016

Concerning: 10-70 BCH

Sirs, On 7/21/2016 Officer Stone called a 10-70 in BCH in cell 440 North. When I arrived I spoke to Offender Julius Anderson 197400 said his electrical outlet started sparking and his cell filled with smoke. I entered his cell and indeed it was throwing sparks. I went down stairs and looked for the circuit breaker that went to cell 440.

The electrical boxes are not marked what with what cell or area they go to. I shut off the circuit breaker for that area. Offender Fire Chief and fireman were called out and were staged at the fire station. The Fire Chief responded to BCH cell 440 and I told him what I did and explained that I turned off the power for that area and I will need to get the Maintenance Foreman in to fix the electrical outlet.  EDO Pickett was called due the electrical outlets are not in the electrical pouches in Tool Control.



197400

ANDERSON        JULIUS

Issue Date
7/26/2014 1

DEVINE134159

INDIANA STATE PRISON

Inter-Department Communication             Date: 7/21/2016

Memorandum To: Whom it may concern

From: Ofc. R. Statham

Concerning: 10-70 in BCH

---

On 7/21/16 at approx. 9:27 pm, I Ofc. Statham, responded to a 10-70 in BCH cell 440; housed by offender Anderson (DOC#197400). When I arrived, I observed a lot of smoke and saw sparks coming from the offender's socket. The offender was pulled out of the cell, the power to the cell was shut off and maintenance was called to repair the issue. The offender was taken downstairs to wait for the repairs without further incident.

R. Statham
7/21/2016



**Ofc. Statham**
Indiana State Prison
One Park Row
Michigan City, IN 46360
(219) 874-7256
RStatham@idoc.in.gov

DEVINE134160

State Form _____

# INDIANA STATE PRISON

Inter-Department Communication          Date 7.21.16

Memorandum To: LT Redden

From: OR. J. Stone

Concerning: 10-70 in B- #440

---

On 7-21-16 at approximately 2125, I, OR. J Stone was called up to the 400 North Range of BCH by various offenders. Upon arriving at Cell #440 belonging to Offender Anderson #197400, I observed Sparks and flames coming from electrical outlet. I called a 10-70 and waited for the first responders.

OR. J A.

DEVINE134161