**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,                 )
                                             )
                                             )    No. 3:18-cv-00995-JD-MGG
          Plaintiff,                         )
                                             )
          v.                                 )    Hon. Judge Jon E. DeGuilio, Judge
                                             )
RON NEAL, et al.                             )    Hon. Michael G. Gotsch, Sr., M.J.
                                             )
          Defendants.                        )
                                             )
                                             )

# EXHIBIT 43
# (Filed Under Seal)