**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE,

        Plaintiff,

        v.

RON NEAL, et al.

        Defendants.

    )
    )
    )   No. 3:18-cv-00995-JD-MGG
    )
    )
    )   Hon. Judge Jon E. DeGuilio, Judge
    )
    )   Hon. Michael G. Gotsch, Sr., M.J.
    )
    )
    )
    )

# EXHIBIT 45

REPORT OF MONTHLY INSPECTION

State Form 26458 (R3/12-05)

INSTRUCTIONS: If additional space is needed for any item use reverse side

| AREA INSPECTED: | BCH |
|---|---|

| INSPECTION LIST | | RATING | | | | | INSPECTOR'S COMMENTS |
|---|---|---|---|---|---|---|---|
| Safety | Wet, Slippery Floors | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Obstructed Aisles or Exits | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Storage Too High | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Mechanical Problems | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Other | ..1.. | ..2.. | ..3.. | ..4.. | ..5.. | |
| Sanitation | Walls, Ceilings, and Floors | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Windows | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Stairs | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Toilets, Showers, and Basins | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Storage Areas | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Trash Removal | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| Fire Safety | Fire Extinguishers | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Sprinkler System | 1 | 2 | 3 | 4 | 5 | NA |
| | Fire Alarm System | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Exit Signs | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Emergency Lighting | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Posted Evacuation Plans | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| Hazardous Materials | Proper Storage | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Supervision | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Accountability | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| Vermin Control | Evidence of Vermin | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Other | ..1.. | ..2.. | ..3.. | ..4.. | ..5.. | |
| Post Orders | Availability | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Staff Review | ..1.. | ..2.. | ..3.. | ..4.. | ..5.. | |

Summary:

Completed by: Steve Griffin

Date: 3/29/16

Devine DOC 2016000428