**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 47

REPORT OF MONTHLY INSPECTION

State Form 26458 (R3/12-06)

INSTRUCTIONS: If additional space is needed for any item use reverse side

AREA INSPECTED: BCH

| INSPECTION LIST | | RATING | | | | | INSPECTOR'S COMMENTS |
|---|---|---|---|---|---|---|---|
| Safety | Wet, Slippery Floors | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Obstructed Aisles or Exits | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Storage Too High | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Mechanical Problems | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Other | ..1.. | ..2.. | ..3.. | ..4.. | ..5.. | |
| Sanitation | Walls, Ceilings, and Floors | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Windows | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Stairs | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Toilets, Showers, and Basins | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Storage Areas | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Trash Removal | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| Fire Safety | Fire Extinguishers | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Sprinkler System | ..1.. | ..2.. | ..3.. | ..4.. | ..5.. | NA |
| | Fire Alarm System | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Exit Signs | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Emergency Lighting | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Posted Evacuation Plans | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| Hazardous Materials | Proper Storage | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Supervision | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Accountability | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| Vermin Control | Evidence of Vermin | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Other | ..1.. | ..2.. | ..3.. | ..4.. | ..5.. | |
| Post Orders | Availability | ..1.. | ..2.. | ..3.. | (4) | ..5.. | |
| | Staff Review | ..1.. | ..2.. | ..3.. | ..4.. | ..5.. | |

Summary:

Completed by: Steve Griffin

Date: 4/29/2016

Devine-DOC 2016000731