**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,

   Plaintiff,

   v.

RON NEAL, et al.

   Defendants.

)
)
) No. 3:18-cv-00995-JD-MGG
)
)
) Hon. Judge Jon E. DeGuilio, Judge
)
) Hon. Michael G. Gotsch, Sr., M.J.
)
)
)
)
)

# <u>EXHIBIT 51</u>



REPORT OF MONTHLY INSPECTION

State Form 26458 (R3/12-06)

INSTRUCTIONS: If additional space is needed for any item use reverse side

AREA INSPECTED: 5 Cell House

| INSPECTION LIST | | RATING | | | | | INSPECTOR'S COMMENTS |
|---|---|---|---|---|---|---|---|
| Safety | Wet, Slippery Floors | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| | Obstructed Aisles or Exits | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| | Storage Too High | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| | Mechanical Problems | X | ..2.. | ..3.. | (4.) | ..5.. | |
| | Other | ..1.. | ..2.. | ..3.. | (..4.) | ..5.. | |
| Sanitation | Walls, Ceilings, and Floors | ..1.. | ..2.. | X | (4.) | 5 | |
| | Windows | ..1.. | ..2.. | ..3.. | (4.) | 5 | |
| | Stairs | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| | Toilets, Showers, and Basins | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| | Storage Areas | ..1.. | ..2.. | X | (4.) | 5 | |
| | Trash Removal | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| Fire Safety | Fire Extinguishers | ..1.. | ..2.. | ..3.. | (4.) | 5 | |
| | Sprinkler System | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| | Fire Alarm System | ..1.. | ..2.. | ..3.. | (4.) | 5 | |
| | Exit Signs | ..1.. | ..2.. | ..3.. | (4.) | 5 | |
| | Emergency Lighting | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| | Posted Evacuation Plans | ..1.. | ..2.. | ..3.. | (.4.) | ..5.. | |
| Hazardous | Proper Storage | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| Materials | Supervision | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| | Accountability | ..1.. | ..2.. | ..3.. | (.4.) | ..5.. | |
| Vermin | Evidence of Vermin | ..1.. | ..2.. | ..3.. | (.4.) | 5 | |
| Control | Other | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| Post Orders | Availability | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |
| | Staff Review | ..1.. | ..2.. | ..3.. | (4.) | ..5.. | |

**Summary:**

Completed by: LH Zimmerman          Date: 9/7/16

Devine-DOC 2016001648