**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 53



**REPORT OF WEEKLY INSPECTION**

State Form 44109 (R/12-06)

*INSTRUCTIONS: If additional space is needed for any item use reverse side*

AREA INSPECTED:

| | INSPECTION LIST | RATING | INSPECTOR'S COMMENTS |
|---|---|---|---|
| **Safety** | Wet, Slippery Floors | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Obstructed Aisles or Exits | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Storage Too High | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Mechanical Problems | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Other | ..1.. ..2.. ..3.. (4) ..5.. | |
| **Sanitation** | Walls, Ceilings, and Floors | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Windows | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Stairs | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Toilets and Basins | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Storage Areas | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Trash Removal | ..1.. ..2.. ..3.. (4) ..5.. | |
| **Fire Safety** | Fire Extinguishers | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Sprinkler System | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Fire Alarm System | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Exit Signs | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Emergency Lighting | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Posted Evacuation Plans | ..1.. ..2.. ..3.. (4) ..5.. | |
| **Hazardous Materials** | Proper Storage | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Supervision | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Accountability | ..1.. ..2.. ..3.. (4) ..5.. | |
| **Vermin Control** | Evidence of Vermin | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Other | ..1.. ..2.. ..3.. ..4.. ..5.. | |
| **Post Orders** | Availability | ..1.. ..2.. ..3.. (4) ..5.. | |
| | Staff Review | ..1.. ..2.. ..3.. ..4.. ..5.. | |

**Summary:**

| #1 | Unacceptable - needs immediate correction |
|---|---|
| #2 | Unsatisfactory - needs correction within 48 hours |
| #3 | Below Standard - requires a "Plan of Correction" |
| #4 | Meets Intent of Standard - continue to improve |
| #5 | Exceeds Standard - Continue at this level |

Completed by: T. Draper        Date: 10/24/16

Devine-DOC 2016001841