**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,

        Plaintiff,

        v.

RON NEAL, et al.

        Defendants.

)
)
)   No. 3:18-cv-00995-JD-MGG
)
)
)   Hon. Judge Jon E. DeGuilio, Judge
)
)   Hon. Michael G. Gotsch, Sr., M.J.
)
)
)
)

# EXHIBIT 54



REPORT OF WEEKLY INSPECTION

State Form 44109 (R/12-05)

INSTRUCTIONS: If additional space is needed for any item use reverse side

AREA INSPECTED: BCH

| | INSPECTION LIST | RATING | INSPECTOR'S COMMENTS |
|---|---|---|---|
| Safety | Wet, Slippery Floors | ..1.. ..2.. ..3.. 4 (5) | |
| | Obstructed Aisles or Exits | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Storage Too High | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Mechanical Problems | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Other | ..1.. ..2.. ..3.. ..4.. (5) | |
| Sanitation | Walls, Ceilings, and Floors | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Windows | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Stairs | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Toilets and Basins | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Storage Areas | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Trash Removal | ..1.. ..2.. ..3.. ..4.. (5) | |
| Fire Safety | Fire Extinguishers | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Sprinkler System | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Fire Alarm System | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Exit Signs | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Emergency Lighting | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Posted Evacuation Plans | ..1.. ..2.. ..3.. ..4.. (5) | |
| Hazardous | Proper Storage | ..1.. ..2.. ..3.. ..4.. (5) | |
| Materials | Supervision | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Accountability | ..1.. ..2.. ..3.. ..4.. (5) | |
| Vermin | Evidence of Vermin | ..1.. ..2.. ..3.. ..4.. (5) | |
| Control | Other | ..1.. ..2.. ..3.. ..4.. (5) | |
| Post Orders | Availability | ..1.. ..2.. ..3.. ..4.. (5) | |
| | Staff Review | ..1.. ..2.. ..3.. ..4.. (5) | |

Summary:

| #1 | Unacceptable - needs immediate correction |
|---|---|
| #2 | Unsatisfactory - needs correction within 48 hours |
| #3 | Below Standard - requires a "Plan of Correction" |
| #4 | Meets Intent of Standard - continue to improve |
| #5 | Exceeds Standard - Continue at this level |

Completed by: n. Seles        Date: 10-31-16

Devine-DOC 2016001842