**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of    )
the ESTATE OF JOSHUA DEVINE,    )
　　　　　　　　　　　　　　　　　　　　　　　　)    No. 3:18-cv-00995-JD-MGG
　　　　Plaintiff,    )
　　　　　　　　　　　　　　　　　　　　　　　　)
　　v.    )    Hon. Judge Jon E. DeGuilio, Judge
　　　　　　　　　　　　　　　　　　　　　　　　)
RON NEAL, et al.    )    Hon. Michael G. Gotsch, Sr., M.J.
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants.    )
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)

# EXHIBIT 55

**From:** "Neal, Ron (DOC)" <rneal@idoc.IN.gov>
**To:** "Gann, Kenneth" <KNGann@idoc.IN.gov>
**Subject:** FW: Annual Facility Audit
**Date:** 2015-07-24 11:44:20 -0400
**Importance:** Normal

---

Fyi – let's talk

---

**From:** Orme, Kevin
**Sent:** Friday, July 24, 2015 9:32 AM
**To:** Neal, Ron (DOC)
**Cc:** Lintz, Greg; Gipson, Bob
**Subject:** Annual Facility Audit

Superintendent,

I had the opportunity to audit the Indiana State Prison on July 13th and 14th 2015 as part of your annual health and safety audit. I appreciate the opportunity and the hard work of the staff as we covered a lot of ground in a short amount of time. I provided a summary of my findings to Director Lintz and I understand the formal consolidated report of all auditors will be transmitted to you shortly. I professionally feel that I need to highlight several areas to you specifically, outside of that report that I observed during the audit, concerning the demonstrated performance of your facility safety manager.

Overall Sanitation and Safety.. A safety manager is, by design and job description, your eyes and ears to manage environmental sanitation. As a member of your facility management team he, on a monthly basis at minimum, is charged with opening every door, in every building, inspecting every area for basic sanitation and safety. It was very obvious in discussions with him during the audit, and in the transmitted photographs, that he doesn't cover your entire facility monthly, or even annually, except when prompted by our external audits. This is reflected in the monthly inspection reports that he provided, if you look closely they indicate a lot of the same deficiencies in the same locations, never straying far from the same locations. This malfeasance has led to a lot of the facility never getting inspected, certainly reflected in the photographs that I sent to you.

Fire Alarms.. As an attachment to this email, I have included an email exchange with Mr. East from June 10, 2015 regarding the ISP fire alarm systems. It was obvious that he never followed up from the inspections to correct the deficiencies identified. It was quite obvious that he doesn't see any sense of urgency to manage the steps to repair these critical life safety systems. Fire alarm systems in your environment should be maintained fully functional at all times, if they fail you as the facility head should be notified and repairs should take hours, not months. This professional disregard by the staff member (Safety Manager East) specifically empowered and accountable for these actions cannot be overlooked or disregarded, this is a gross failure to report and again professional malfeasance that could easily result in the loss of life and public endangerment.

Food Service Fire Suppression Systems... ISP's food service systems were inspected in, as I recall, January 2015. At the time of my audit in July the deficiencies listed on the inspections had never been corrected. When I specifically asked SHM East about the status he stated he just hadn't looked at them. As with the fire alarm system issues outlined above this is gross professional malfeasance and neglect.

SHM East is a tenured employee and safety manager. His performance is clearly substandard and he simply isn't doing his job. Through the audit it was apparent his professional knowledge is substantially lacking and

DEVINE075011

his motivation to accomplish his required inspections as well, these issues were illustrated in the audit.

If you require further from me Sir, please advise. My Division stands ready to assist.

Kevin

Kevin Orme, Executive Director

Construction Services Division

Indiana Department of Correction

DEVINE075012