**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 56



# JOB DESCRIPTION

State Form 52468 (12-05)

This document is used to provide a basic description of essential duties and other work elements.

| | |
|---|---|
| **Employee Name:** | |
| **Agency:** Department of Correction | **BU:** 00620 |
| **Division:** Indiana State Prison | **Section/District:** |
| **Job Title:** Superintendent | **Job Code:** EXBB |
| **Working Title (if different from above):** | |
| **Reports To:** Deputy Commissioner – Operations | |

**FLSA Status:** ☐ Non-Exempt (OT Eligible)  ☒ Exempt   Effective Date :

## Purpose of Position/Summary:

Incumbent serves as the appointing authority and chief executive at the facility level. Responsible for directing and managing all security, programs, and operational financial aspects of the correctional facility.

## Essential Duties/Responsibilities:

- Serves as the final reviewing authority for all appropriate facility policies
- Ensuring that policies are implemented consistent with agency directives and administrative procedures
- Provides executive oversight to all facility operations to include security, programs, human resources, food service, physical plant, health care, education, fiscal affairs, and offender industry opportunities
- Establishes, implements, and monitors performance standards for all applicable areas
- Develops the facility's mission, vision, and goals
- Responsible for creating and maintain a positive and safe living/work environment
- Conducts regular and routine inspections of all aspects of the facility
- Ensures the facility complies with all rules and standards of State and Federal regulatory agencies
- Fosters positive, cooperative work relationships with external stake holders and citizens
- Prepares executive reports, findings and statistical data
- Acts as the facility Emergency Commander
- Managing emergency and critical incidents to prevent injury, escape and/or property damage
- Maintains confidentiality
- Serves in action capacity of Regional Director when requested
- Performs all assignments delegated by the Commissioner/Deputy Commissioner/Regional Director

## Job Requirements:

- Bachelor's degree from an accredited college or university
- Five (5) years if correctional management or related experience
- Through knowledge of the principles/practices and theories/philosophies of criminal justice and corrections
- Broad knowledge of IDOC's policies/procedures and regulations
- Thorough knowledge of correctional security and treatment programs
- Thorough knowledge of human resources' federal/state/departmental laws, rules, regulations and procedures
- Thorough knowledge of state/IDOC procurement/purchasing regulations and related fiscal procedures
- Above average ability to communicate both verbally and in written form
- Above average ability to implement principles of long range planning and to develop effective performance measures
- Ability to lead in an executive manner during times of emergency/crisis
- Ability to persuade others

Devine Production 005835

&ndash;     Ability to abide by the Department's Standard of Conduct and the State's code of ethics and all Departmental behavior expectations

## Supervisory Responsibilities/Direct Reports:
Provides daily executive and supervisory direction to facility executive staff in the overall management of the facility.

## Difficulty of Work:
Work is broad in scope and involves integration of several executive/administrative/professional functions and skills. Incumbent must be able to provide active leadership in daily management of the correctional facility which may range from a level one (minimum) to level four (maximum) security level. The complexity of the work involves dealing with the daily changing of variables. Incumbent works within the environment controlled by the Department's rules, regulations, policies/procedures and precedents. Must exercise extensive judgment when interpreting, and applying those guidelines. Incumbent must exercise creativity on a daily basis when developing facility procedures, programs, and resolving unique problems.

## Responsibility:
- Incumbent is responsible to the Commissioner, Deputy Commissioner (Operations), and Regional Director.
- Works independently with general guidelines
- Acts as the appointing authority for daily facility operations
- Is responsible for the safety and security of all offenders, staff, volunteers, vendors, family/visitors, and the surrounding community
- Errors in judgment could result in state liability and/or critical incidents causing death, injury, escapes, and/or property damage

## Personal Work Relationships:
The incumbent may have contact with all levels of the Department's staff, state legislators, federal and state agencies, judicial officials, local agencies, contractors, vendors, news media, offenders, family members, and representatives of various stakeholder groups. Purpose of contacts is to provide supervision, information, answer inquiries, problem solve and obtain cooperation and will the ability to be tactful and persuasive.

## Physical Effort:
Effort may involve prolonged standing, sitting and extended walking

## Working Conditions:
The environment is within a correctional facility and consists of indoor and outdoor activity. The environment may contain an element of periodic danger.

Devine Production 005836