**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,

        Plaintiff,

        v.

RON NEAL, et al.

        Defendants.

)
)
)   No. 3:18-cv-00995-JD-MGG
)
)
)   Hon. Judge Jon E. DeGuilio, Judge
)
)   Hon. Michael G. Gotsch, Sr., M.J.
)
)
)
)
)

# <u>EXHIBIT 58</u>

# JOB DESCRIPTION

State Form

This document is used to provide a basic description of essential duties and other work elements.

| | |
|---|---|
| **Employee Name:** | **PCN:** |

**Agency:** Department of Correction     **BU:** 00620

**Division:** Indiana State Prison     **Section/District:** 165015

**Job Title:** Safety Hazard Manager 2     **Job Code:** 001GK2

**Working Title (if different from above):**

**Reports To:** Warden     **PCN:**

**FLSA Status:** ☐ Non-Exempt (OT Eligible)    ☒ Exempt

### Purpose of Position/Summary:
Incumbent is responsible for establishing and monitoring a safety program at the Indiana State Prison which encompasses all life, health, and safety standards. Incumbent reports to the Superintendent, but also has a direct line of communication with the Supervisor of Inspection Services in the Department of Correction.

### Essential Duties/Responsibilities:
Ensures compliance with all federal and state rules and regulations governing fire, health, and safety. Ensures that all fire, health, and safety equipment has been inventoried and is properly located. Inspects all fire, health, and safety equipment for defects and damage and monitors preventive maintenance schedules. Conducts routine inspections of work sites both on and off institutional grounds to assure compliance with all fire, safety, and health standards. Surveys and evaluates physical facilities to recommend appropriate actions necessary to meet and/or maintain compliance. Forms and oversees an institutional safety committee. Develops and conducts offender and staff safety educational programs. Performs related work as required.

### Job Requirements:
Thorough knowledge of and ability to apply federal and state occupational safety, fire and health laws, rules, regulations, and policy guidelines. Thorough knowledge of all laws, regulations, and court decisions regarding safe living conditions for offenders. Considerable knowledge of and ability to conduct surveys and complex inspections and evaluate investigations and their results through reports of findings. Ability to establish and monitor preventative maintenance schedules as they pertain to health, fire, and safety issues equipment. Ability to differentiate the nature and degree of unsafe working and sanitary conditions. Ability to establish and maintain relationships with staff of the Department's institutions and facilities as well as representative form regulatory bodies.

### Supervisory Responsibilities/Direct Reports:
Working independently incumbent reports to the Superintendent.

### Difficulty of Work:
Work is broad in scope; involving independent judgment is inspecting and evaluating the safe operation of all programs at the institution with regard to both offenders and staff. Work requires critical and analytical ability in applying pertinent federal and state laws and departmental policies.

### Responsibility:
Working independently, incumbent must possess sufficient technical knowledge to foresee the development of dangerous circumstances. Incumbent must evaluate all institutional programs to detect any safety violations and/or potential hazards and develop and recommend changes to bring the institution into compliance. Decisions are reviewed for overall obtainment of agency objectives and goals.

### Personal Work Relationships:
Includes work relationship with the Department of Correction personnel, State Fire Marshall, State Board of Health and other representatives of state and federal agencies working in the health and safety areas. Interactions with department heads and institutional management frequently require non-routine

Devine Production 005833

cooperative problem-solving to ensure life, health, and safety standards are continuously being met. Daily contacts include institutional level peers, outside agencies, and offenders.

**Physical Effort:**
Ability to exert physical activity; walking long distances in varied weather conditions, inspect elevated areas, lifting/moving materials or equipment weighing approximately fifty (50) pounds, bending, stooping, or stretching into pipe chases, climbing up to five levels of stairs, or ladders.  Sufficient physical stamina to stand and walk on concrete floors for the majority of the workday should the need arise.

**Working Conditions:**
Workplace environmental conditions may include; high temperatures, low temperatures, noise, exposure to the possibility of injury, and work outside during unfavorable weather conditions.  Keen observational and hearing skills are necessary to observe and be alert for possible injury or dangerous situations.

Devine Production 005834