**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 59

# JOB DESCRIPTION
State Form 52468 (12-05)

This document is used to provide a basic description of essential duties and other work elements.

| | |
|---|---|
| **Employee Name:** Vacant | |
| **Agency:** Indiana Department of Correction – Indiana State Prison | **BU:** 00620 |
| **Division:** | **Section/District:** |
| **Job Title:** Correctional Training Officer 3 | **Job Code:** 002HF3 |
| **Working Title (if different from above):** | |
| **Reports To:** Facility Superintendent/Facility Training Department Head | |
| **FLSA Status:**    ☐ Non-Exempt (OT Eligible)    X Exempt | **Effective Date:** |

## Purpose of Position/Summary:

The position coordinates all training functions, supervises the Indiana State Prison Training Department and reports to the Regional Training Director as well as the Assistant Superintendent of Operations.  The Indiana State Prison Training Department facilitates training for all new hires, in addition to coordinating classes, the Training Officer 3 is responsible for coordinating over 30 annual in-services classes for ISP employees as well as contractual employees, which includes approximately 650 staff members.  This position also conducts training sessions for the new curriculum that comes out each year.  Additionally, this person also sets the firing range schedules for the E-Squad, QRT, and Transportation Officers.  The Training Officer is also responsible for working with all Department Heads and Supervisors to ensure all staff completes their annual training requirements

## Essential Duties/Responsibilities:

Conducts Orientations, In-Service, On the Job Training or Academy Instruction for all staff
Analyzes effectiveness of training
Researches and develops training curricula to meet specific performance objectives
Develops training aids and techniques
Reviews, updates, and complies training materials and makes recommendations for their use on an annual basis
Assists in organizing special workshops and seminars
Tests, measures, and evaluates trainee materials and makes recommendation on retention or working status
Provides support, assistance and guidance to trainee as appropriate
Develops and compiles training manuals and materials
Prepares and distributes surveys and questionnaires used as data reference for Training Needs Assessment
Ensures that all training programs, procedures, methods, and standards are in compliance with ACA standards
Informs staff of EASY program (employee assistance) and advises appropriate supervisor of noted problems
Assists in the safety and the security of the facility
Collaborates with all departments within the facility to enhance the learning environment and performance of employees
Promotes positive professional values and personal accountability
Maintains a variety of training records, course information, and prepares written reports regarding training programs
Comprehends, explains, and trains the department/facility rules, policies and procedures to staff
Operates radios, intercoms, computers, calculators, fire extinguishers, and other equipment
Attends and successfully completes all required training and certifications
Presents a positive image to the public and to the staff

Devine Production 005826

Maintains confidentiality
Participates as the Chairperson/member of the facility Training Committee unless higher ranking training officers are designated
Develops New Employee Orientation, In-Service, and On the Job Training Programs
Performs other duties as assigned
Assists with Budget preparation and management

**Job Requirements:**

Above average knowledge of principles and practices of Staff Development and Training Division including Administrative Procedures
Knowledge and skills to develop and implement program goals and objectives in a staff development program
Specialized knowledge of Performance Appraisal review
Above average knowledge of training liability issues, correctional issues, treatment programs, custody issues, ACA standards and departmental policies and procedures
Ability to evaluate & develop written procedures for training programs provided at facility
Thorough knowledge of Department of Correction policy & procedure
Ability to work overtime
Above average communication skills – both oral and written
Ability to read, comprehend and to write professional correspondence and/or documents in variable formats, using correct grammar
Ability to tactfully gain information and cooperation from others, working with, counseling and developing subordinates
Ability to prepare and execute detailed lesson plans, including demonstrations, films, overheads, written materials, and computer-assisted programs including PowerPoint
Ability to fairly, firmly, and consistently supervise participants
Above average knowledge of safety and security procedures
Ability to abide by the Departments Standards of Conduct
Ability to operate all applicable off and safety equipment as well as specialized educational materials for presentation
Ability to accept supervision and constructive feedback
Ability to function as a team member and team leader
Ability to adhere to agency dress code and/or grooming standards
Ability to successfully complete all required training, including train the trainer programs
Ability to work within culturally diversified environment
Working knowledge of basic street slang and security threat groups
Ability to test negative on all drug tests
Ability to incorporate "Adult Learning" principles into training programs

**Supervisory Responsibilities/Direct Reports:**

Incumbent is responsible for implementation of all staff development programs, as well as monitoring the effectiveness of each program.  He/She must act as a positive role model in use of language, demeanor, behavior, and dress for all employees and as a representative for the Department.  Incumbent works under minimal supervision, following law, rules, regulations, guidelines, and policies.  Hr/She works with facility Training Committee and recommends changes in existing programs, which may have an effect on total agency operation and hiring processes.  Incumbent is responsible for the management, supervision and safety of veteran subordinate staff and for newly hired staff.  This requires sound analysis and judgment of the capabilities of other employees.  He/She may make decisions and take action in a variety of standardized and non-standardized situations.  He/She may be responsible for completion of new employees' Performance Appraisal.

**Difficulty of Work:**

Ability to stand, sit, bend, twist, push, pull, walk and run for periods of time in presenting training curricula to groups of people (includes stand-up presentations, personal protection moves/techniques, security skills and application of restraint equipment)

Devine Production 005827

**Responsibility:**

This section measures the amount of supervisory assistance and control is provided the incumbent and the impact of the work related the organization such as how often is the employee's work checked; how specific are the instructions given; does the employee judge when and how often to ask questions affecting work decisions, performance, or agency policy; does the employee the technical authority for the work; does the application of agency guidelines involve standardized application or is non-routine decision making or recommendations involved; how much authority does the incumbent have to make independent decisions; how complex or important are the matters being addressed the agency program/mission; are the actions of the employee extensive and/or consequential to the strategic goals of the agency, agency programs, the entire organization, etc.

**Personal Work Relationships:**

Incumbent is responsible for development of a cooperative, efficient work relationship with all staff. Incumbent interacts with all levels of employees, "trouble-shooting" problems and providing guidance regarding rule interpretation.  Incumbent interacts routinely with Superintendent, facility department heads, and staff from other facilities, Central Office, other State agencies, local law enforcement agencies, schools and universities.  When conducting training of new and current employees, incumbent must strive to promote a positive image in all contacts with others, including staff, the public, vendors, and staff representing regulatory agencies.  With prior approval, incumbent may be required to give presentations to local community groups.

**Physical Effort:**

Incumbent works in a correctional facility or at the Correctional Training Institute.  Work is normally performed in a standard office or classroom environment.  Incumbent will be required to stand, walk, physically bend, twist, and reach for prolonged periods of time while giving stand-up presentations or physical presentations to small or large groups of employees, visitors, or the general public.  He/She will also be required to use security skills and restraint techniques per departmental policy and procedures. Incumbent may have occasional contact with offenders while moving about facility in the course of business (or while offender work crews are present).  Incumbent in a correctional facility is also expected to visit housing units and program delivery work sites within the facility to monitor staff performance and on the job training.  Correctional facility environmental conditions may included continuous noise conditions, high and/or low temperatures, injury/infectious disease exposure from accidents or attacks. Keen observational and hearing skills are necessary for environmental awareness, safety, security and control in the facility and in the classroom.  Incumbents at the Correctional Training Institute may be required to be temporarily assigned to a correctional facility as a component of his/her "On the Job Training".

Devine Production 005828