**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 60

**From:** "Dykstra, Jeremy" <jddykstra@idoc.IN.gov>

**To:** "Abram, Debbie" <DAbram@idoc.IN.gov>, "Bane, Pamela" <PBane@idoc.IN.gov>, "Beal, Christopher" <ChBeal@idoc.IN.gov>, "Bodlovich, Daniel" <DBodlovich@idoc.IN.gov>, "Bootz, Adam" <ABootz@idoc.IN.gov>, "Boyan, Derek" <DBoyan@idoc.IN.gov>, "Cabanaw, Dylan" <DCabanaw@idoc.IN.gov>, "Calloway, Michael S" <MSCalloway@idoc.IN.gov>, "Carneygee, Donna" <DCarneygee@idoc.IN.gov>, "Chase, Kathleen" <KChase@idoc.IN.gov>, "Dillon, Torrie" <TDillon1@idoc.IN.gov>, "Dustin, Christopher" <cdustin@idoc.IN.gov>, "Dykstra, Jeremy" <jddykstra@idoc.IN.gov>, "East, Larry" <least@idoc.IN.gov>, "Easton, Daniel" <deaston@idoc.IN.gov>, "Fath, Lorraine" <lfath@idoc.IN.gov>, "Gann, Kenneth" <KNGann@idoc.IN.gov>, "Gillespie, Curtis R" <CGillespie@idoc.IN.gov>, "Hollihan, Corine" <CHollihan@idoc.IN.gov>, "Hough, Steven" <SHough@idoc.IN.gov>, "Hull, Eddie" <EEHull@idoc.IN.gov>, "Kaufman, Art J" <AJKaufman@idoc.IN.gov>, "Masley, Michele" <MMasley@idoc.IN.gov>, "McBride, Danny" <dmcbride@idoc.IN.gov>, "McCann, Steven" <smccann@idoc.IN.gov>, "Meehan, James" <JMeehan@idoc.IN.gov>, "Neal, Ron (DOC)" <rneal@idoc.IN.gov>, "Nowatzke, Jason" <JNowatzke@idoc.IN.gov>, "Pizarek, Pamela" <PPizarek@idoc.IN.gov>, "Roberts, Tricia" <TRoberts@idoc.IN.gov>, "Shriner, Robert" <RAShriner@idoc.IN.gov>, "St. Martin, Kristine" <KMartin@idoc.IN.gov>, "Thatcher, Marion" <MThatcher@idoc.IN.gov>, "Tibbles, Carl" <CaTibbles@idoc.IN.gov>, "Wardlow, Douglas" <dwardlow@idoc.IN.gov>, "Watson, Anthony" <AWatson@idoc.IN.gov>, "Whelan, Charles" <CWhelan@idoc.IN.gov>, "Williams, Larry" <LWilliams@idoc.IN.gov>, "Williams, Pauline L" <PaWilliams@idoc.IN.gov>, "Yancey, Harrison" <HYancey@idoc.IN.gov>

**Subject:** Signal 3000 ACH Offender Emerson DOC 146640

**Date:** 2015-03-28 21:07:03 -0400

**Importance:** Normal

**Attachments:** Incident_Report_McGowan_127944.docx; 20150328190117289.pdf

---

**At Approx 6:33 p.m. A signal 3000 was call by Ofc Basemore on offender Emerson DOC 146640 offender was laying down on 400 north rang saying he could not feel his legs. Offender Emerson was escorted to medical and the signal 3000 was cleared at 6:39 p.m. by Lt Meehan**

**Lt Dykstra**

DEVINE068541

**INDIANA STATE PRISON**                                    **SHIFT REPORT OF INCIDENT: J**

**DATE:   3-28-15**                                          **FACILITY:   ISP**

**REPORTING EMPLOYEE: Lt Dykstra**

**DATE & TIME:      3-28-15**                                **LOCATION: ACH**

**TYPE OF INCIDENT:**

| | | | |
|---|---|---|---|
| ☐ | **Hostage** | ☐ | **Offender Homicide/Death** |
| ☐ | **Riot/Disturbance** | ☐ | **Fire (Code 10-70)** |
| ☐ | **Escape** | ☒ | **Medical Emergency (Signal 3000)** |
| ☐ | **Staff Assault/Battery** | ☐ | **Group Demonstration** |
| ☐ | **Fight (Code 10-10)** | ☐ | **Protective Custody Request** |
| ☐ | **Natural Disaster (Type)** | ☐ | **Other (Describe)** |

**Signal 3000**

**Offender Emerson DOC 146640 ACH 430**

**DESCRIPTION OF INCIDENT:** (To include names and numbers of staff & offenders involved, description of their involvement, status of unit (i.e. Lockdown, Shakedown, etc.) status of investigation and any other pertinent information such as Security Threat Group affiliation)

**At Approx 6:33 p.m. A signal 3000 was call by Ofc Basemore on offender Emerson DOC 146640 offender was laying down on 400 north rang saying he could not feel his legs. Offender Emerson was escorted to medical and the signal 3000 was cleared at 6:39 p.m. by Lt Meehan**

**INCIDENT INITALLY REPORTED TO:**

**NAME: Lt Dykstra**

**NAME & TITLE OF REPORTING EMPLOYEE: Ofc Bazemore**

**DATE & TIME OF INITIAL REPORT: 3-28-15 6:33 P.M.**

**INJURIES TO STAFF:** (List employee name(s), title and give brief description of injury.

None

**INJURIES TO OFFENDERS:** (List of offender name(s), DOC number(s) and give a brief description of injury.

None

**WAS A WEAPON INVOLVED?**     ☐ **Y**     ☒ **N**          **WAS WEAPON RECOVERED?** ☐**Y**     ☒ **N**
**WEAPON DESCRIPTION:**

(Use additional sheet if necessary)

DEVINE068542

# INDIANA STATE PRISON

Inter-Department Communication    Date. 28 March 2015

Memorandum To: Lt Dykstra

From: OFC J. Bazemore

Concerning: Signal 3000 in ACH

On 28 March 2015, in A cell house, at approx. 1830, it was brought to my attention that there was a medical emergency. I, immediatly went to 400 north in A cell house. Upon arriving on the range, I discovered offender Emerson Doc#146640 Laying on his left side. Offender Emerson was coharent and able to communicate with me that he had an Extreme pain in his back and that he could not feel his leg. I then called a signal 3000 at approx 1833. A approx 1834, The First responders and ~~nurses~~ nurses arrived on the scene. Offender Emerson was then placed on a medical chair and carried down stairs. Offender Emerson was taken to the medical unit from the cell house at approx. 1839.

Nothing follow
OFC J. Bazemore
28 March 2015

DEVINE068543

# Indiana State Prison

Inter-Department Communication

Date: 3-28-2015

Memorandum To: Captain D. Easton

From:      Lt. James Meehan

Concerning: Signal 3000 ACH 400 Range

---

On 3-28-2015 Officer Bazemore called a Signal 3000 at 6:33 pm on Offender Emerson 146640. Offender Emerson 146640 fell down on the 400 range in front of his cell from a pre existing injury. Medical Staff and First Responders arrived.

At 6:34pm and proceeded to the 400 range. Offender was assessed and then he was carried off the range in the portable chair by Sergeant Beach and Officer Bazemore. The Signal 3000 was cleared by Lt. Meehan at 6:39 pm.

DEVINE068544