**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of )
the ESTATE OF JOSHUA DEVINE, )
                                    )    No. 3:18-cv-00995-JD-MGG
         Plaintiff, )
                                    )
         v. )    Hon. Judge Jon E. DeGuilio, Judge
                                    )
RON NEAL, et al. )    Hon. Michael G. Gotsch, Sr., M.J.
                                    )
         Defendants. )
                                    )
                                    )

# EXHIBIT 61

# JOB DESCRIPTION
State Form 52468 (12-05)

This document is used to provide a basic description of essential duties and other work elements.

| Employee Name: | |
|---|---|
| **Agency:** Indiana Department of Correction | **BU:** 00620 |
| **Division:** Indiana State Prison | **Section/District:** |
| **Job Title:** Correctional Major | **Job Code:** 005LE0 |
| **Working Title (if different from above):** | |
| **Reports To:** Superintendent | |

**FLSA Status:** ☐ Non-Exempt (OT Eligible)   ☒ Exempt    Effective Date :

## Purpose of Position/Summary:
This position is responsible for the custody, security and control at the Indiana State Prison, a maximum security facility.  The Major provides supervision of all custody staff, maintenance of post orders and discipline of the offender population.

## Essential Duties/Responsibilities:
* Determine how all shifts will be ran in the Custody Department concerning staff, security and control
* Develop procedures to implement department of Correction and Institution policies and commnicate these to Supervising Officers
* Enforce rules and regulations in accordance with policies established by the Superintendent and the Department of Correction
* Assumes responsibility for overall facility security operations in an emergency, or in the absence of a higher authority
* Perform security inspections of the facility
* Assist in the assignment of offenders to institutional employment
* Assist in selecting of offenders for outside custody
* Perform other duties as assigned

## Job Requirements:
* Extensive knowledge of the custodial methods and techniques used in maintaining offender discipline and order
* Extensive knowledge of the methods and practices used in modern penal and correctional instituions including correctional rehabilitation measures designed to create desirable attitudes toward work and living
* Extensive knowledge of current departmental and facility policies and the ability to develop procedures and measures to implement these policies
* Practical knoweldge of the use of firearms
* Ability to effectively respond to emergency situations and use discretionary judgment in a wide variety of circumstances
* Ability to pass a background check and character investigation

## Supervisory Responsibilities/Direct Reports:
Ability to directly and indirectly supervise and coordinate the work of a large number of employees

## Difficulty of Work:
Incumbent makes non-standardized decisions on how all shifts will be ran in the Custody Department concerning staff security and control.  Errors in judgment can lead to poor security and custody measures and can ultimately results in offender escapes and/or uncontrolled riots which could involve injury and loss of life.  Incumbent works dependently receiving policy direction.

## Responsibility:
Incumbent works with institutional administrators, correctional staff and offenders.  Contacts are for the purposes of coordinating and managing the security activities of the facility and solving employee relation problems.  Incumbent must frequently be persuasive in order to effectively manage a large group of

Devine Production 005829

employees.  Incumbent  occasionally faces controversy when maintaining order and discipline with offenders.

**Personal Work Relationships:**

Incumbent is responsible for demonstrating a cooperative, efficient work relationship with all staff and offenders.  Incumbent interacts primarily with offenders, co-workers and supervisors.  Occasionally, incumbent may come into contact with the general public when escorting offenders to and from the visiting area, conducting tours through the facility or escorting offenders to public places outside the facility.  Incumbent must communicate well and portray and positive, professional image in all contacts with others, including offenders, staff, the public, vendors and staff representing regulatory agencies.

**Physical Effort:**

Incumbent will be required to stand and/or walk for extended periods of time in order to provide staff and offender supervision or sit for an extended period of time.  A variety of physical abilities will be required in order to supervise and participate in custody functions.  Keen observation and hearing skills are necessary in order to ensure the safety and security of the facility. The incumbent will be required to stoop, kneal, crouch and/or crawl.  In addition, the incumbent may be required to climb stairs and/or ladders and walk on uneven ground.  Physical effort may include restraining offenders, driving, running and lifting and carrying up to 100 lbs.  The incumbent must be able to work up to sixteen (16) hours.

**Working Conditions:**

Work is primarily performed indoors in a housing/treatment unit and/or dormitory atmosphere or outside in various weather conditions while patrolling the facility grounds and performing normal custody duties. The environment is a high stress evironment.  Incumbent may be exposed to violent offenders on a regular basis.  Exposure to chemical agents is routine.  Workplace environmental conditions may include: continuous noise, high temperatures, low temperatures, injury/infectious disease exposure from accidents or attacks.

Devine Production 005830