**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,

        Plaintiff,

        v.

RON NEAL, et al.

        Defendants.

)
)
)   No. 3:18-cv-00995-JD-MGG
)
)
)   Hon. Judge Jon E. DeGuilio, Judge
)
)   Hon. Michael G. Gotsch, Sr., M.J.
)
)
)
)

# <u>EXHIBIT 69</u>

# INDIANA STATE PRISON

Sheridan Road

1. Tower 1
2. Tower 2
3. Tower 3
4. Tower 4
5. Tower 5/South Truck Entrance
6. Tower 6
7. Tower 7
8. Tower 8
9. Tower 9/North Truck Entrance
10. Tower 10
11. A Cell House
12. B Cell House
13. C Cell House
14. D Cell House
15. E Unit
16. F Unit
17. I Cell House/X Row/IDU
18. Religious Center/General Assembly
19. MSU/G Unit/Investigations
20. Powerhouse
21. Industrial Complex
22. Prisoner Dining Room/PDR
23. *To be torn down*
23. Generator
24. Custody Hall
    PCU/Transition/Visiting
    Gates 1 thru 8
    Control Room
    Camera Room
    Shift Supervisor
    Dispatch
    Master Location
    Hoosier Room
    Armory Rooms
    Shakedown
    Holding Cells
25. Fire Station
26. Check Points ▲
27. *To be torn down*
28. Yard Office/Ice House
29. Education
30. Support Services Building
    Custody Supervisor's Office
    DO/DHB/Laundry/Property

31. New Services Building
    Basement
        Blowers
    First Floor
        Barber/Commissary
        ID Release/Law Library
        Sanitation/Tools
    Second Floor
        Education -- USDOL
    Third Floor
        Housing Unit
32. Multi-purpose Building
33. Hot Water Generating Station
34. Field House
35. Administration
36. General Cleaning Detail
37. Recycling
38. Construction/Maintenance Office
39. PEN Warehouse
40. Construction/Maintenance Office
41. Construction/Maintenance Office
42. Kennel/K-9 Office
43. *To be torn down*
44. Empty
45. Residence 1200 Park Row
46. Residence 1135 Park Row
47. Residence 1125 Park Row
48. Residence 1115 Park Row
49. Residence 1100 Park Row
50. Garage
51. Storeroom
52. Pole Barn/Physical Plant Office
53. ISO Offices/Housing Units
54. ISO Storage
55. ISO Maintenance
56. Parole Office
57. Water Pumps
58. Water Tower

Woodlawn Ave.

South Truck Entrance

North Truck Entrance

Hitchcock Street

Baseball

SLAB

Devine Production 001830