**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of )
the ESTATE OF JOSHUA DEVINE, )
                )    No. 3:18-cv-00995-JD-MGG
        Plaintiff, )
                )
       v. )    Hon. Judge Jon E. DeGuilio, Judge
                )
RON NEAL, et al. )    Hon. Michael G. Gotsch, Sr., M.J.
                )
       Defendants. )
                )
                )

# EXHIBIT 71
# (Filed Under Seal)