**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,

        Plaintiff,

        v.

RON NEAL, et al.

        Defendants.

)
)
)   No. 3:18-cv-00995-JD-MGG
)
)
)   Hon. Judge Jon E. DeGuilio, Judge
)
)   Hon. Michael G. Gotsch, Sr., M.J.
)
)
)
)

# EXHIBIT 74



## Indiana Department of Correction
## FIRE EVACUATION DRILLS

| Facility: *SPU* | | |
|---|---|---|
| Building: DCH | Quarter: 1☐ 2☐ 3☒ 4☐ | Year: 2016 |

1. Identity of person(s) conducting the drill: __Steve Griffin__

2. Date and Time of Drill: __11:26am    9-19-16__
   (Specify ⓐ.m./p.m.)

3. Notification method used: __Asked Questions / Quized Staff__
   (Ex: Fire alarm system activated—strobes and sirens.)

4. Number of occupants evacuated: __12__ + __265__ = __277__
                                   Staff        Offenders      Total

5. <u>Special conditions simulated</u>:
   - Intentionally blocked an exit door to assess redirection of evacuation ☐
   - Intentionally detained an offender to assess complete building sweep ☐
   - None ☐
   - Other ☐ Describe:

6. Problems encountered: __1 CUSTODY STAFF Did not remember Class of Fire Extinguishers__

7. Corrective Actions Taken if Needed: __RetRAINED CO ON TYPES of Extinguishers__

8. Weather conditions present when occupants were evacuated: __74°/66%/S 9mph__

9. Evacuation time: __N/A__

10. Signatures of some or all staff members on duty and participating in this drill:
    (List continued on back if needed)

| Print Name | Signature |
|---|---|
| Lydia Bloom | X |
| Exuante Jones | E. |
| Christine J Vorvier | C. |

DEVINE132933