**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | |
| | ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) | Hon. Judge Jon E. DeGuilio, Judge |
| | ) | |
| RON NEAL, et al. | ) | Hon. Michael G. Gotsch, Sr., M.J. |
| | ) | |
| Defendants. | ) ) ) | |

# EXHIBIT 80
# (Filed Under Seal)