**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of
the ESTATE OF JOSHUA DEVINE,

      Plaintiff,

      v.

RON NEAL, et al.

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:18-cv-00995-JD-MGG

Hon. Judge Jon E. DeGuilio, Judge

Hon. Michael G. Gotsch, Sr., M.J.

# EXHIBIT 84
# (Filed Under Seal)