**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

DENISE DWYER, as Personal Representative of )
the ESTATE OF JOSHUA DEVINE, )
                                             )    No. 3:18-cv-00995-JD-MGG
           Plaintiff, )
                                              )
          v.                                      )    Hon. Judge Jon E. DeGuilio, Judge
                                              )
RON NEAL, et al.                         )    Hon. Michael G. Gotsch, Sr., M.J.
                                              )
          Defendants.                     )
                                              )
                                               )

# EXHIBIT 85
# (Filed Under Seal)