**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Judge Jon E. DeGuilio, Judge |
| RON NEAL, et al. | ) ) | Hon. Michael G. Gotsch, Sr., M.J. |
| Defendants. | ) ) ) ) | |

# EXHIBIT 88



## EMPLOYEE WORK PROFILE AND PERFORMANCE APPRAISAL REPORT
State Form 52403 (R2 / 6-11)

| Name of Employee | Employee Identification Number / Last Four (4) Digits of SSN |
|---|---|
| Steven Griffin | █████████ |
| Agency / Division | Business Unit |
| Department of Correction | 00620 |
| Class Title / Class Code | Review Period |
| Safety Hazmat Mgr. | From 1/1/15          to 12/31/15 |

**Type of Evaluation**

☒ Annual Appraisal

☐ Employee is moving to a new supervisor or a new job classification *(Send a copy to the new Supervisor)*.

☐ Employee is going on leave of absence anticipated to last more than thirty (30) calendar days.

☐ Other: _____

### PURPOSE OF ORGANIZATION AND POSITION

Organizational Vision, Mission and/or Objectives:

Vision Statement

As the model of public safety, the Indiana Department of Correction returns productive citizens to our communities and supports a culture of inspiration, collaboration, and achievement

Mission Statement

The Indiana Department of Correction advances public safety and successful re-entry through dynamic supervision, programming, and partnerships..

Purpose of Position *(How does this position fit into the Organization/Division/Facility? What does this position contribute to the Organization/Division/Facility objectives?)*:
Incumbent serves as the Safety Hazard Manager (SHM) and handles matters of health and safety as defined in DOC Administrative Procedures, This is a highly responsible position requiring special training, experience and qualification to ensure the facility operates within state and federal guidelines regarding safety and health. The SHM functions at the department head level, affects all areas of management and has a direct line of communication with the director of Inspection Services. Performs duties with minimal supervision required.

## A. COMPETENCIES

*Instructions:*    *Form can be completed electronically by tabbing through and using the space bar to check or uncheck boxes when they are highlighted or clicked with the mouse. Employees must be evaluated on the three (3) required Competencies and the additional agency-determined discretionary Competencies.*

**1. Job Knowledge** – Possesses adequate knowledge, skills and experience to perform the duties of the job; understands the purpose of the work unit and how position contributes to the overall mission of the agency; maintains competency in essential areas.

| Rating | Behaviors during the review period which support the rating |
|---|---|
| ☒ Meets | Steven Griffin started as the Safety Hazard Manager Position 11/12/15. He is a transfer from Camp Summit. His Interim appraisal is attached. It stated that Mr. Griffin demonstrates exceptional knowledge and skills in all related areas, |
| ☐ Exceeds | |
| ☐ Does Not Meet | |

**2. Teamwork** – Encourages and facilitates cooperation, pride, trust and group identity; fosters commitment and team spirit; works cooperatively with others to achieve goals.

| Rating | Behaviors during the review period which support the rating |
|---|---|
| ☐ Meets | Steven Griffin started as the Safety Hazard Manager position on 11/12/15. He is a transfer from Camp Summit. His Interim appraisal is attached. It stated that Mr. Griffin plays a standout role in allowing team to exceed expectations through high levels of personal contribution. Always willing to help team members before him |
| ☒ Exceeds | |
| ☐ Does Not Meet | |

**3. Customer Service** – Demonstrates knowledge of internal and external customers; is sensitive to customer needs and expectations; anticipates needs and responds promptly and willingly to provide information, services and/or products as needed.

| Rating | Behaviors during the review period which support the rating |
|---|---|
| ☒ Meets | Steven Griffin started as the Safety Hazard Manager position on 11/12/15. He is a transfer from Camp Summit. His Interim appraisal is attached. It stated that he demonstrates understanding of internal and external customer concepts and treats all customers with respect. He responds to all customer requests promptly and in a professional manner. |
| ☐ Exceeds | |
| ☐ Does Not Meet | |

**4. Interpersonal Relations** - Establishes effective working relationships with co-workers, supervisors & managers, clients and/or public; gets along well with others.

| Rating | Behaviors during the review period which support the rating |
|---|---|
| ☒ Meets | Steven Griffin started as the Safety Hazard Manager Position on 11/12/15. He is a transfer from Camp Summit. His Interim appraisal is attached. It stated leads by example and is a positive role model to all staff and students. |
| ☐ Exceeds | |
| ☐ Does Not Meet | |

**5. Organizational Commitment** – Displays high level of effort and commitment to performing work; operates effectively within the organizational structure; demonstrates trustworthiness and responsible behavior.

| Rating | Behaviors during the review period which support the rating |
|---|---|
| ☐ Meets | Steven Griffin started as the Safety Hazard Manager Position on 11/12/15. He is a transfer from Camp Summit. His Interim appraisal is attached. It stated has excellent organizational skills. Constantly tries new ideals of doing task to improve the process. |
| ☒ Exceeds | |
| ☐ Does Not Meet | |

**6. Acceptance of Supervision** – Willingly accepts and follows instructions given by supervisor in the performance of duties; responds to training and coaching in a constructive manner.

| Rating | Behaviors during the review period which support the rating |
|---|---|
| ☒ Meets | Steven Griffin started as the Safety Hazard Manager Position on 11/12/15. He is a transfer from Camp Summit. His Interim appraisal is attached. It stated that he follows instructions given by his supervisors. |
| ☐ Exceeds | |
| ☐ Does Not Meet | |

**7. Composure and Stability** – Works well under pressure; responds appropriately to stressful/emergency situations; approaches tasks with patience and firmness; is consistent in behavior.

| Rating | Behaviors during the review period which support the rating |
|---|---|
| ☒ Meets | Steven Griffin started as the Safety Hazard Manager Position on 11/12/15. He is a transfer from Camp Summit. His Interim appraisal is attached. It stated that he functions under unusually high levels of emotional stress. Steven is constantly assisting other employees while maintaining his regular work load every day. |
| ☐ Exceeds | |
| ☐ Does Not Meet | |

**8. Judgment** – Exercises logical thinking and foresees consequences of actions; has adequate knowledge of all applicable policies or rules and selects appropriate guidelines or procedures to follow in a variety of situations.

| Rating | Behaviors during the review period which support the rating |
|---|---|
| ☒ Meets | Steven Griffin started as the Safety Hazard Manager Position on 11/12/15. He is a transfer from Camp Summit. His Interim appraisal is attached It stated that uses good judgment in all areas that he covered at Camp summit area. |
| ☐ Exceeds | |
| ☐ Does Not Meet | |

**NOTE:** Failure to meet expectations for any Competency may result in employee being placed on a Work Improvement Plan or separation, and may result in employee receiving an Overall Performance Rating of "Does Not Meet Expectations" or "Needs Improvement."

## B. PERFORMANCE EXPECTATIONS/GOALS

| Expectation/Results *(Rank in Order of Importance)* | Rating |
|---|---|
| **Performance Expectation #1:**<br>Complete all Fire and Safety Inspections and Investigations. Strive for 100% accuracy rate.<br><br>**Results:**<br>In his two months here Steven Griffin has completed all fire and Safety inspections; He conducted them all at Camp Summit also. | ☒ Meets<br>☐ Exceeds<br>☐ Does Not Meet |
| **Performance Expectation #2:**<br>Act as an advisor to the facility on matters of compliance with the Federal and State Fire, Health and Safety Regulations. Strive for 100% accuracy rate<br>**Results:**<br>Steven Griffin has been an advisor to both facilities where he was a safety hazard manager and assured that all regulations where covered. | ☒ Meets<br>☐ Exceeds<br>☐ Does Not Meet |
| **Performance Expectation #3:**<br>Take charge as the on-scene-leader in the event of a fire until properly relieved. Strive for 100% accuracy rate.<br>**Results:**<br>Steven Griffin has taken responsibility of all events since his arrival and completed the same at Camp summit. | ☒ Meets<br>☐ Exceeds<br>☐ Does Not Meet |
| **Performance Expectation #4:**<br>Interprets policy, procedures, and directives for applicability to the facility. Participates in developing, establishing, and implementing facility policy, procedures, and directives as they related to general and fire safety. Employee is to maintain Department confidentiality, Strive for 100% accuracy rate<br>**Results:**<br>Steven Griffin follows all policies, procedures and directives that apply to this facility and also comply at Camp Summit. | ☒ Meets<br>☐ Exceeds<br>☐ Does Not Meet |
| **Performance Expectation #5:**<br>Accompany all outside agency inspectors. Performs general office duties as assigned, requires 100% accuracy rate.<br>**Results:**<br>Steven Griffin follows all policies, procedures and directives that apply to this facility and also comply at Camp Summit. | ☒ Meets<br>☐ Exceeds<br>☐ Does Not Meet |
| **Performance Expectation #6:**<br>Maintains Safe Work Practice, strive for 100% accuracy rate. Also meets with the Physical Plant Director and advise on any fire and safety concern.<br>**Results:**<br>Steven Griffin has provided a safe work practice and always strives for 100% accuracy rate. | ☒ Meets<br>☐ Exceeds<br>☐ Does Not Meet |

**NOTE:** Failure to meet expectations for any goal or objective may result in employee being placed on a Work Improvement Plan or separation, and may result in employee receiving an Overall Performance Rating of "Does Not Meet Expectations" or "Needs Improvement."

| OVERALL PERFORMANCE RATING | | |
|---|---|---|
| ☐ | **Outstanding** | **Consistently exceeds expectations on all evaluation factors** |
| ☐ | **Exceeds Expectations** | **Overall high performance; frequently exceeds expectations on many factors** |
| ☒ | **Meets Expectations** | **Consistently meets the requirements of the job in all aspects** |
| ☐ | **Needs Improvement** | **Sometimes acceptable, but not consistent; needs improvement to meet expectations** |
| ☐ | **Does Not Meet Expectations** | **Does not meet the minimum standards of performance** |

**Is a Work Improvement Plan (WIP) generated as a result of this appraisal?** ☐ Yes ☒ No
**If so, please attach the WIP and ensure that the WIP pertains to the specific competency(s) and/or expectation(s) for which a Does Not Meet rating was given.**

**Is an Employee Development Plan generated as a result of this appraisal?** ☐ Yes ☒ No

| C – EMPLOYEE DEVELOPMENT PLAN |
| --- |
| Education, Experience, Licensure, Certification suggested for career enhancement: |
| Personal Learning Goals: |

| Developmental Objectives<br>*(Knowledge/Skills/Abilities Needed to Reach Goals)* | Developmental Training/Assignments<br>*(On-the-Job Training/Details)* |
| --- | --- |
| | |
| | |
| | |
| | |
| | |

**If this form is being used as communication of the Work Profile, not a Performance Appraisal, please sign on the appropriate line below**

| Signature of Employee | Date *(month, day, year)* |
| --- | --- |
| Signature of Supervisor | Date *(month, day, year)* |

**If this form is being used as a Performance Appraisal, please sign on the appropriate line below.**

| I hereby certify that this report constitutes an accurate evaluation using my best judgment of the service performed by this employee for the review period covered. | | | |
| --- | --- | --- | --- |
| Signature of Evaluator | Signature of Reviewer | Signature of Appointing Authority | Date *(month, day, year)* |
| *Kenneth Le* | *mutwmavey* | | *12/12/15* |

| I hereby certify that I have had an opportunity to review this report and understand that I am to receive a copy. I am aware that my signature does not necessarily mean I agree with the rating. | |
| --- | --- |
| Signature of Employee | Date *(month, day, year)* |
| | *2/5/2016* |