# United States District Court
## Northern District of Indiana
### Gary T. Bell
### Clerk of the Court

1108 Federal Building
Fort Wayne, Indiana
46802

P.O. Box 1498
Lafayette, Indiana
47902

5400 Federal Plaza
Hammond, Indiana
46320

102 Federal Building
South Bend, Indiana
46601

November 1, 2022

Jason D. Penninger #936946
Pendleton Correctional Facility
4490 W. Reformatory Road
Pendleton, IN 46064

Re:  3:18-cv-995 Request for Docket Sheet

Dear Mr. Penninger:

We received your letter requesting a docket sheet in the above listed case. Copies are $.50 per page. The cost for a copy of the docket sheet in this case would be $11.50 ($.50 x 23 pages).

Copies will be mailed to you upon receipt of a check. Please make your check payable to Clerk, U.S. District Court and send it to the South Bend address.

US District Court
Office of the Clerk
204 South Main St.
South Bend, IN 46601

Thank you.

Sincerely,

GARY T. BELL, CLERK