## Report of John D. Rees CCE

**Expert Report –Denise Dyer vs Ron Neal et al. 3:18-CV-00995 United States District Court, Northern District of Indiana**

### Introduction

This report is being prepared as result of being engaged as an expert in the above styled case on behalf of defendant, Ron Neal et al. In preparation for the report, I have reviewed and studied the preliminary documents prepared and submitted by both parties; including pleadings, interrogatories, depositions, videos, State Fire investigation report and multiple statements and reports prepared by staff of the Indiana State Prison and the Indiana Department of Corrections.  A detailed listing of the documents reviewed is attached to the report. The report will address Plaintiff's claims that the staff of the Indiana State Prison failed to respond quickly enough or appropriately to the fire emergency on April 7, 2017 at approximately 9:45PM in BCH cell 540.

The opinions that I offer in this report are based collectively on my academic education, professional training, experience, and a thorough review of the preliminary case documents. A detailed list is attached, as is my Curriculum Vitae containing my work history, publications, and recognitions.  I have both a bachelor's degree from the University of Kentucky and a master's degree from Florida State University in Criminology and Correctional Administration.

My career spans over fifty years of administrative and executive positions in a wide variety of correctional facilities, both jails and prisons, large and small. I was responsible for all correctional services in the Commonwealth of Kentucky, including jail policy and standards development and jail inspections. I am both a Certified Correctional Administrator and a trained institutional auditor for both the American Correctional Association and Homeland Security's ICE Jail and Detention Standards. I have performed numerous audits for both organizations across the United States and Canada. I have served as an expert in numerous cases over the span of my career. My work has been for both Plaintiff and Defense Attorneys and governmental agencies. I have served as a consultant to many jurisdictions; including the United States Department of Justice Civil Rights Division and to both the PREA Commission through testimony and staff interviews as well as to Dr. Allan Beck, Director of the Bureau of Justice Statistics. Finally, I was inducted into the Florida State University College of Criminology and Criminal Justice Hall of Fame.

A list of the recent cases I have testified or provided a report or given a deposition is also attached.

My fee schedule is as follows: Reading, case preparation, document review etc. $250 per hour, depositions, and court testimony $500 per hour and travel $200 per hour plus actual expenses.

**Discussion of Factual Events**

On the evening of April 7, 2017, a fire started in cell 540 B cellhouse at the Indiana State Prison in Michigan City, Indiana. A review of the security camera footage establishes the following timeline for occurrences related to the fire and the death of Joshua Devine. At 9:06 pm the officer completes the count of B cellhouse, 9:34 43 a flash of light is seen coming from a cell in the area of cell 540, at 9:35 there is another flash of light that appears to be a flame. Eight minutes later at 9:43 light and smoke are seen coming from the cell and Officer Rodriquez is seen running up the stairs. At 9:46 the first responders arrive at the cell, between 9:47 and 9:50 the fire is being extinguished.

The inmate fireman arrives at 9:57 and begin removing inmate Mr. Devine from the cell placing him on a gurney and taking him to the first level where medical staff were waiting. They began CPR, but they were unable to resuscitate him, and he was pronounced dead.

The fire was investigated by both staff from the prison, Indiana Department of Correction, and the Indiana State Fire Marshall.

These investigations revealed that at the time the incident began two of the three officers assigned to B cellhouse that evening were in the Counselors office in the unit completing payroll documents.  The third, SGT Rodriquez, was in the officers' station when he heard cries of fire on the walk. He immediately responded determined the location of the fire and called to the other officers for assistance and to radio a call for a fire code to initiate a facility wide response of additional personnel, and the inmate fire crew.

Plaintiff's expert is extremely critical of the officers in B Cellhouse and relying on inmate information he states Mr. Devine was on fire for fifteen minutes before there was a response by staff. This is simply not accurate as the security camera footage indicates that Officer Rodriquez was observed running up the stairs at the exact same time as the fire and smoke were seen coming out of the cell. At the same time Officer Rodriquez is calling for his other two officers and has them radio call a Fire code. He is also calling for the keys to the fifth floor as Officer Blakely was the officer possessing the keys. By the time he gets the main lock opened, first responders began to arrive with fire extinguishers and began putting out the fire. Once the fire was out, they could not get the cell door open due to the heat of the metal and the damage to the door and locking mechanism as result of the fire. Once the inmate fireman arrived with protective clothing, it took seven minutes to get the door opened wide enough to remove Mr. Devine from the cell.

Was the response to this incident perfect? No; emergency responses rarely are. It is an emergency; confusing, chaotic and very fast moving. But the response to the fire was appropriate and was completed in 22 minutes from the time of the first flash of light was captured on security camera footage and 14 minutes from the time you can see flames and smoke. It is tragic that Mr. Devine died in the fire, it is a horrible result of an accidental fire as established by the State Fire Marshall's office.

Plaintiff's expert claims that the time of the fire is subject to dispute and that the officers failed to respond to the cries for help from the inmate population. This is simply not true; we know from offender statements that Mr. Devine responded to questions from neighboring inmates "are you all right" in the affirmative as he made initial attempts to extinguish the fire. They only began to call for help later as the fire grew. When Sgt. Rodriquez heard the cries of fire he responded, called for assistance from his fellow officers who were in the counselor's office and initiated an institutional fire alarm code 71.

Plaintiff's expert mentions other incidents of fire emergencies at Indiana State Prison including one that resulted in a death, but no specifics of this incident were given other than it allegedly happened over fifteen years prior to this event. Fires in prisons especially maximum-security prisons are a major concern as inmates often use electrical appliances for purposes for which they are not intended. This results in electrical fires. Additionally, offenders often time start small paper fires to gain attention or create turmoil and finally fires are sometimes set as a method of suicide.

This is why fire safety and prevention are such an important part of correctional training and operational procedures. Indiana State Prison was accredited by the American Correctional Association since 2006 and was accredited at the time of this fire. It should be further noted that during all ACA audits the Indiana State Prison was never found to be in non-compliance with a fire safety standard. Achieving accreditation by any prison is a difficult task; it is even more difficult for an old maximum-security prison like Indiana State Prison it requires commitment to the process by all staff from the Warden to his Deputies, to the Captains Lieutenants, Sergeants, and Correctional Officers. All of the staff at Indiana State Prison, including each of the named defendants, were committed to American Correctional Association standards which place a significant emphasis on Fire prevention and fire safety. This clearly refutes Plaintiff's expert allegation that the staff and leadership of Indiana State Prison did not take fire safety seriously. Their policy and procedures were in compliance with ACA standards which are the gold standard of correctional operational policies and procedures.

The fact that the Indiana State Prison was first accredited in 2006 has been accredited continually since then; and gone through multiple re-accreditations confirms that the Indiana Department of Correction, and the Indiana State Prison in particular are committed to operating at the highest

level of institutional administration. This systemwide commitment to the accreditation process is further acknowledged by the awarding of the Golden Eagle Award by the American Correctional association in August 2009. The Indiana State Prison is a large old institution, it is far from perfect, yet it has strived to achieve the highest level of operation and has succeeded in this goal.

The fire on April 7,2017 and the resultant death of Mr. Devine was a tragic occurrence. It was an accident as determined by the State fire Marshalls office.

Conclusions

Based on my review of all the materials and documents, as well as my personal knowledge of Jail and Prison standards and best practices, there is nothing to suggest that Warden Ron Neal or any of the staff of Indiana State Prison, including all named defendants did anything that directly lead to the death of Mr. Joshua Devine. Instead, they did everything they could to try to quickly extinguish the fire, and safely remove Mr., Devine from the cell and get him immediate medical attention. Tragically, they were unable to save his life.

Should additional testimony or information become available during the remaining period of discovery I reserve the right to modify or supplement this report.

Submitted by:

John D. Rees CCE

*[signature]*

February 28, 2021

Documents Reviewed for the following case: Denise Dyer vs. Ron Neal et al. 3:18-CV-00995 United States District Court, Northern District of Indiana

1. Internal Affairs investigation of the fire in Mr. Devine's cell on the evening of April 7,2017.
2. Fire Marshal's report of April 7, 2017 fire at Indiana State Prison.
3. Various statements of officers assigned to B cellhouse on the evening of April 7, 2017 as well as the video recordings of the interview by the internal affairs staff.
4. Various statements of supervisory staff and others who responded to the emergency in B cellhouse on the evening of April 7, 2017
5. Various reports concerning the American Correctional Association Accreditation of the Indiana State Prison.
6. Various policies and procedures from the Indiana State Prison.
7. Plaintiff's expert report.
8. Deposition of Sgt. Justin Rodriquez November 4, 2019.
9. Deposition of inmate fireman Donald Mahone September 30, 2020.
10. Deposition of inmate fireman Daniel Milne September 30,2020.
11. Deposition of inmate fireman Robert Engram September 30, 2020.
12. Deposition of Shift Supervisor Jeremy Dykstra August 7, 2019.
13. Deposition of Correctional Officer Sarah Abbassi October 29, 2019.
14. Deposition of Correctional Officer Ryan Statham, November 5, 2019.
15. Deposition of LT. Anthony Watson October 30, 2019.
16. Deposition of Correctional Officer Promise Blakely January 15, 2021.
17. Security camera video of April 7, 2017 during the fire emergency.
18. Deposition of Deputy Warden Kenneth Gann July 24, 2020.
19. Deposition of Christopher Beal, #1 July 30, 2020.
20. Deposition of Christopher Beal, # 2 September 9, 2020.

**21. Deposition of Lt. Timothy Redden, October 25, 2019.**
**22. Deposition of Warden Ron Neal, July 15, 2020.**

John D. Rees CCE

------------------------------------                    March 2, 2021

**Recent Cases that I have testified in, provided a report, or given a deposition:**

United States District Court for the Eastern District of Kentucky, Central Division at Frankfort, Case C: 3-16-cv=00077=GFVT Austin Christian Griffith vs. Franklin County, Kentucky, et.al.

United States District Court for the Western District of Kentucky, Case No. 315-cv 647 DJH Marilyn K. Bramham Administrator estate of Brandon Bramham deceased, vs. Correcthealth Kentucky LLC, et.al.

Wilkerson, et. al. v Stalder, et. al C.A. No. 00-304-C M3, United States District Court, Middle District of Louisiana

Debra Thomas et al v Community Education Partners, Fanin County Texas Sheriff's office civil action 4-14-cv-000648-ALM

United States vs William Howell United States District Court Eastern District of Kentucky, Southern Division London criminal number-15- 42- ART

Estate of Richard J. Gonzalez vs Ford County Illinois et al civil action No. 13 CV 2121 United States District Court for the Central District of Illinois, Urbana Division

Krystal Brown vs Correctional Officer Philip Santefort
United States District Court for the Central District of Illinois, Case No. 2010-cv-2145

Leroy Miles vs. Corrections Corporation of America, United States District Court, Western District Louisiana, Alexandria Division #1:06CV1079

Michael Hamilton vs. Warden Wilkerson et al, United States District Court, Western District Louisiana, Monroe Division #CV05-1563-A

Donald Johnson vs. Prison Health Services, Tom Campbell, and Louisville Metro Government, United States District Court Western District of Kentucky Louisville Division #3:06CV516H

Wanda Smith vs. CCA, et al. United States District Court; Northern District of Ohio, Case #4-99-CV-1406

Raymond Chavez vs. CCA, et al. United States District Court Northern District of New Mexico Case #CIV99-00586

Kenny Isaacs vs. Fayette County Corrections Lexington Kentucky, Fayette County District Court

Estate of Dee- Ann McGregor Elliott et al vs. Matt Gilbert, Dismas Charities, U S District Court Western District of Kentucky

Michelle Kindoll v. Grant County et. al. U. S. District Court, Eastern District of Kentucky, Case No. 2-17-CV-0084-JGW

Austin Christian Griffith vs. Franklin County Fiscal Court et. al. U.S. District Court for the Eastern District of Kentucky, Case No. 3:16-CV-00077-GFVT

United States District Court for the Eastern District of Kentucky, Civil Action No. 5:18-cv-00391-DCR, Jeremy Calder v. Madison County Fiscal Court, et.al.

Estate of Triston Taylor v. Christian County Fiscal Court, United States District Court Western District of Kentucky Paducah Division Case No 5:17-cv-190-TRB

Christopher Burchell vs. McCracken County Kentucky, Bill Adams, Benjamin D. Green and Unknown Deputy Jailer, United States District Court Western District of Kentucky Paducah Division Civil Action No.5:18-cv-0002

Smallwood v. Montgomery County, et al. Montgomery Circuit Court, Civil Action No.18-CI-90100

Shaw v. McCracken County Fiscal Court United States District Court, Western District of Kentucky Paducah Division Civil Action No. 5:19-CV-45

Messamore v. Hopkins County Kentucky, et al. United States District Court, Western District of Kentucky, Owensboro Division Civil Action No. 4:19-CV-00036-JHM-HBB

Michael Amos et al. v. Tommy Taylor, et al. United States District Court, for the Northern District of Mississippi, Greenville Division

Bauer v. Rutherford County et al. In the United States District Court Middle District of Tennessee, Nashville Division

Helphenstine v. VonLuhrte, et al United States District Court for the Eastern District of Kentucky Northern Division at Ashland 0:18-CV-00093-HRW

John Rees CCE.                    March 3, 2021

# JOHN DEWITT REES, CCE

9219 US Hwy 42, Box 291
Prospect, Kentucky 40059

Phone **812-528-6867**
E-mail **jdreescon@aol.com**

## EXPERIENCE

### Consultant—Rees and Associates Consulting | 2008-Present

Providing consultant services to companies and government agencies providing correctional services. Advising and training in the development of policy and procedures for agencies dealing with adult and juvenile offenders. Expert witness and guidance to the legal community regarding the correctional industry.

### Commissioner | Ky. Dept. of Corrections | 2004–08

Planned, coordinated, supervised, and executed policy and methods affecting all functions, programs, personnel, and inmates of the Department of Corrections.

### Consultant—Rees and Associates | Corrections and Criminal Justice Administration | 1998–2004

Corrections and Criminal Justice Administration

### Vice President, Business Development | Corrections Corporation of America |1994–1998

Hired, trained, supervised, and directed the nationwide objectives of CCA's marketing and development team. Service included finance, design, construction and management of prisons, jails, and juvenile detention centers.

## EDUCATION

### Master of Science | 1969 | Florida State University

Criminology and Correctional Administration

### Bachelor of Arts | 1968 | University of Kentucky

Sociology and Political Science



## RECENT PUBLICATIONS AND AWARDS

**"Getting Smart on Crime Means Using Common Sense"**

Lexington Herald-Leader Opinion Page: May 29, 2018

**"We Can't Forget Our History"**

Association of State Correctional Administrators Spring 2015 Newsletter

*My Life*—The last forty years in Corrections by John D. Rees

Amazon Press June 2015

**Florida State University School of Criminology Hall of Fame**

Inducted—November 2, 2013

## PROFESSIONAL EXPERIENCE

### Warden | Corrections Corporation of America, Clifton, Tennessee; Winnfield, Louisviana and Venus PRC, Texas | 1989–1994

- Administerd the South Central Correctional Center for Corrections Corporation of America, a private correctional management firm. Accreditation from American Corrections Association was acquired nineteen months following the opening of the facility. This facility, built by the State of Tennessee, is operated for the Tennessee Department of Corrections with a capacity of 1506. The facility offers a full range of work and educational programs for medium and minimum-security offenders as well as medical and other support and administrative functions.

- Opened and Administered the Winn Correctional Center for Corrections Corporation of America, a private correctional management firm. The first Adult Medium Security Prison privately managed in the United States. This facility, built by the State of Louisiana, is operated for the State Department of Corrections and Public Safety with a capacity of 610. The facility offers a full range of work and educational programs as well as medical and other support and administrative functions.

- Responsible for opening and managing a 500 bed secure Pre-Release Center for the Texas Department of Corrections. CCA Venus is one of the facilities operated by CCA for the Texas Department of Corrections. It offers a full range of educational and counseling programs for minimum-security offenders during their final 18 months of incarceration.

### Facility Administrator | Corrections Corporation of America, Santa Fe New Mexico County Detention Center | 1986–1989

- This regional facility provides short and long term local detention for adults and juvenile offenders for in excess of 15 agencies in addition to its primary contractor Santa Fe County. The Santa Fe facility is the first facility in the county accredited by the Commission on Accreditation for Correction under both adult and juvenile standards.

### Warden | Kentucky State Reformatory, La Grange, Kentucky 40032 | 1980–1986

- Administrator at the largest adult institution in the state. Responsible for excess of 15 million dollar budget, 550 employees and 1500 inmates. Directed the successful implementation of the Federal Consent Decree with a finding of substantial compliance within 6 years in a total conditions of confinement case including in excess of 6 million dollar capital construction projects, reorganizing the administrative structure of the facility resulting in increased efficiency and economic recession, and guided the institution to achievement of accreditation and reaccreditaion by the Commission of Accreditation for Corrections.

### Deputy Director/Program Services | Oklahoma Department of Corrections, Oklahoma City, Oklahoma | 1980

- Responsible for systemwide supervision of the ten adult prisons in the areas of offender classification, educational programs, medical services, prison industries and agriculture, records, and computer services.

**Assistant Deputy Director of Institutions | Oklahoma Department of Corrections, Oklahoma City, Oklahoma | 1978–1980**

- Supervised the administration of all Oklahoma Adult Prisons insuring compliance with all Department Policy and Procedures, Primary responsibilities were offender classification; compliance with Federal court orders; planning and budget preparation for Division of Institutions and the accreditation process.

**Executive Assistant/Commissioner | Kentucky Bureau of Corrections, Frankfort, Kentucky | 1973–1976**

- Responsible for policy development, budget preparation and special projects within the entire corrections system. Served as liaison with Governor's Office Staff, legislature and other legislative departments of government.

**Director/Division of Special Institutions | Kentucky Bureau of Corrections, Frankfort, Kentucky | 1972–1973**

- Supervised casework staff and coordinated pre-service and in-service training program for entire staff of 350.

## PUBLICATIONS

**"Descriptive Study of Correctional Officers and Apalachee Correctional Institution\*,"** a Masters thesis submitted in partial fulfillment of the requirements for a Master of Science Degree in Criminology and Corrections from Florida State University, December, 1969.

\*An article appearing under the same title taken from my Masters thesis was published in the Florida Division of Corrections, Research Study Series, Winter, 1969.

**"College Graduate Correctional Complex—A New Approach,"** *Central States Correctional Association Newsletter,* 1972

**"Blackburn Correctional Complex,"** John Rees and Nora McCormick, *Georgia Journal of Corrections,* Volume 3, No. 1, pp. 26-32.

**"Public Compensation to the Victims of Crime"** Book Review, *Journal of Family Law*, Volume 14, No. 1, 1975.

**"New Trends in Offender Classification,"** proceedings Southern Conference on Corrections, School of Criminology, Florida State University, Tallahassee, Florida, March 3, 1977.

**"Problems in Correctional Classification as Related to Court Ordered Population Reduction,"** proceedings Twenty-third Annual Southern Conference on Corrections, The School of Criminology, Florida State University, Tallahassee, Florida, March 7, 1978.

**"Centralized Assessment and Reception, Can it Work – The Oklahoma Approach"** by Glenn Chavis and John D. Rees, presented to Spring Workshop on Correctional Classification and Diagnostics, Sponsored by Psychological Associates, Provincetown, Massachusetts, June 1, 1978.

**"Juvenile and Adult Jail Standards—An Hybrid Approach"** *Corrections Today* Summer 1988.

**"Privatization and Contract Management"** proceedings Forty Third Annual Southern Conference on Corrections, The School of Criminology, Florida State University, Palm Beech Florida October 1998.

**"A Lesson in Political Reality"** chapter in *A View from the Trenches—A Manual for Wardens by Wardens* published by the North American Association of Wardens And Superintendents & the American Correctional Association, July 1999.

"Working With the Legislative Process" chapter in *A View from the Trenches—A Manual for Wardens by Wardens* published by the North American Association of Wardens and Superintendents & the American Correctional Association, July 1999.

"Controlling Chemicals While Improving Sanitation and Security" *Correctional News*, Vol. 6, Number 1, January/ February 2000.

"Corrections Professionalism at Its Best" *Corrections Today,* Guest Editorial, June 2006.

"Establishing Partnerships Between Correctional Agencies and University Researchers to Enhance Substance Abuse Treatment Initiatives" *Corrections Today,* Co-Authored Article, December 2007.

"We Can't Forget Our History" Association of State Correctional Administrators Spring 2015 Newsletter.

*My Life* by John D. Rees The last forty years in Corrections. Amazon Press June 2015.

"Getting Smart on Crime Means Using Common Sense" Lexington Herald-Leader Opinion Page, May 29, 2018.


## PROFESSIONAL MEMBERSHIPS

- American Correctional Association; Certified Corrections Executive, Current member Adult Institutions Committee, Clean and Green Committee
- North American of Wardens Association and Superintendents
- Indiana Correctional Association
- Southern States Correctional Association
- Correctional Industries Association


## SPECIALIZED TRAINING

- **Correctional Health Care Workshop,** Ann Arbor, Michigan, 1979
- **American Correctional Association** Adult Correctional Institutional Standards; Auditor, Consultant Training, Washington, DC; February, 1979
- **Legal Issues in Corrections,** Executive Workshop, conducted by the Correctional Law Project, American Correctional Association; 1977 Denver, Colorado
- **Planning and Implementation in Corrections** conducted by the University of South Carolina at the University of Chicago; January 2–12, 1977
- **National Academy of Corrections,** Executive Seminar, Media Relations, February, 1983, Boulder, Colorado
- **National Academy of Corrections Executive Seminar, Futures for the Correctional Executive;** March, 1985
- **Specialized ICE training for facility inspectors, MGT Corporation under a contract to the United States Department of Homeland Security.** Washington DC, August 2009

## TEACHING AND CONSULTING ASSIGNMENTS
### OCTOBER 1980 - PRESENT

- National Institute of Corrections, Washington, DC
- National Institute of Justice
- National Academy of Corrections
- United States Department of Justice (Civil Rights Division, Washington, DC)
- Consultant to Norval, Special Master ( Williams vs. Lane, northern District of Illinois)
- American Correctional Association (Member), Public Correctional Policy Advisory Committee
- University of Louisville (Adjunct Professor)
- University of Kentucky Community College System
- Eastern Kentucky University
- Association of State Correctional Administrators
- Indiana Department of Corrections
- Virginia Department of Corrections
- Florida Department of Corrections
- IJIS Institute
- Oklahoma Department of Corrections
- New Mexico Department of Corrections
- Vermont Department of Corrections

## AWARDS

- Indiana Correctional Association, Correctional Manager of the Year 2003
- Michael E. Townsend Outstanding Leadership Award, July 24, 2007
- Judge Charles Mengel Allen, Advocate for Fair Criminal Justice, October 23, 2008
- Association of State Correctional Administrators recipient of the Louie Wainwright Award August 2, 2010
- American Correctional Association Appreciation Award for Outstanding Contributions to the Standards Committee 1988–1992
- Dr. Michael A. Berry "Master Gardener Award" for Leadership in improving the Indoor Environment and Sustainability in Correctional Facilities April 2006
- Inducted into the Florida State University School of Criminology Hall of Fame November 2, 2013