**U.S. Department of Justice**
Office of Justice Programs
*Bureau of Justice Statistics*

November 2021, NCJ 301366

# Census of State and Federal Adult Correctional Facilities, 2019 – Statistical Tables

Laura M. Maruschak and Emily D. Buehler, Ph.D., *BJS Statisticians*

At midyear 2019, there were a total of 1,677 adult correctional facilities in the United States.[1] Of these, 111 were operated by the Federal Bureau of Prisons (BOP), 1,155 were operated by state correctional authorities, and 411 were privately operated **(table 1)**. Confinement facilities made up 69% of all adult facilities, and community-based facilities made up the remaining 31% **(figure 1)**.

Confinement facilities held about 95% of all prisoners reported at midyear 2019. About 8 in 10 (83%) confinement facilities were operated by state authorities, and those facilities held a comparable percentage of prisoners in confinement facilities (82%) **(figure 2)**. About 2 in 3 (64%) community-based facilities were privately operated, and those private facilities housed about half (51%) of prisoners reported in community-based facilities at midyear 2019.

Statistics in this report are based on the 2019 Census of State and Federal Correctional Facilities (CCF). The CCF covers adult correctional facilities operated by state departments of corrections, BOP, and private contractors in all 50 states, including the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Facilities that were included in the 2019 CCF housed prisoners primarily for state or BOP authorities; were operational on the day of the census; and were physically, functionally, and administratively separate from other facilities. (See *Methodology*.) The CCF was a full enumeration of facilities. Percentage values presented in this report exclude facilities that were missing data for the given item.

---

[1] See *Methodology* for detail on facility count.



**FIGURE 1**
**Percent of adult correctional facilities and prisoners, by facility type, midyear 2019**

Note: See appendix table 6 for percentages. See *Terms and definitions* for detail on facility type.
Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.



**FIGURE 2**
**Percent of confinement and community-based facilities and prisoners, by operator, midyear 2019**

Note: Details may not sum to 100% due to rounding. The Federal Bureau of Prisons (BOP) did not operate community-based facilities. State or private community-based facilities held prisoners under the authority of BOP. See appendix table 7 for percentages. See *Terms and definitions* for detail on facility type and operator.
Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

Bureau of Justice Statistics · **Statistical Tables**



# Key findings

## Adult correctional facilities by type and operator

- At midyear 2019, there were 1,079 public confinement facilities operated by either state or federal authorities and 82 private confinement facilities.

- State authorities operated 187 community-based facilities and private contractors operated 329 at midyear 2019.

## Characteristics of adult correctional facilities

- There were 465 public facilities (37% of the total) and 348 private facilities (85%) that housed 499 or fewer prisoners at midyear 2019 **(table 2)**.

- At midyear 2019, a total of 127 public facilities and 52 private facilities were authorized to house only females.

- At midyear 2019, there were 376 maximum, 451 medium, and 287 minimum security confinement facilities.

- About 35% of public confinement facilities and 11% of private confinement facilities were maximum security facilities at midyear 2019.

- There were 291 public confinement facilities and 1 private confinement facility operating at more than their rated or design capacity at midyear 2019.

- About 5% of confinement facilities reported having a geriatric unit (57 facilities) or a unit designated for veterans (67) at midyear 2019.

- Of the 227 confinement facilities under court order of consent decree for conditions of confinement, 223 were public and 4 were private facilities.

## Prisoners by characteristic of adult correctional facilities

- Among all prisoners in confinement facilities at midyear 2019, about 82% were in state, 11% were in federal, and 7% were in private facilities.

- Among all prisoners reported in community-based facilities at midyear 2019, about 49% were in state and 51% were in private facilities.

- Twenty-one percent of prisoners in public facilities were in a facility that held 2,500 or more prisoners (77 facilities) at midyear 2019.

- At midyear 2019, about 14% of prisoners in private facilities were held in facilities housing 2,500 or more prisoners (6 facilities).

- At midyear 2019, about 36% of reported prisoners in confinement facilities were held in a facility operating at more than their rated or design capacity.

## Demographic characteristics of prisoners in adult corrections facilities

- At midyear 2019, females accounted for a lower percentage of reported prisoners in confinement facilities (7%) than in community-based facilities (13%) **(table 3)**.

- In public confinement facilities at midyear 2019, females accounted for 8% of the reported population, compared to 3% in private confinement facilities.

- At midyear 2019, females accounted for 10% of the reported population in public community-based facilities, compared to 16% in private community-based facilities.

- At midyear 2019, about 2 in 5 prisoners reported in confinement facilities were white (39%) or black (39%) and 1 in 5 (19%) were Hispanic.

- Among those reported in community-based facilities at midyear 2019, about 46% were white, 34% were black, and 12% were Hispanic.

- At midyear 2019, Hispanics accounted for 18% of prisoners in public confinement facilities and 7% of those in public community-based facilities, compared to 30% of those in private confinement facilities and 17% of those in private community-based facilities.

- At midyear 2019, about 90% of prisoners in public confinement and 72% of those held in private confinement facilities were known to be U.S. citizens.

## Selected characteristics of prisoners in adult correctional facilities

- About 18% of prisoners in confinement facilities at midyear 2019 were assigned a custody level of maximum or high security, 43% of medium security, and 34% of minimum or low security **(table 4)**.

- At midyear 2019, a larger percentage of prisoners in private confinement facilities (8%) than in public confinement facilities (2%) were serving a maximum sentence of 1 year or less.

- At midyear 2019, facilities reported holding 75,505 prisoners in restrictive housing, defined as a placement requiring confinement of a prisoner to a cell for at least 22 hours per day **(table 5)**.

- Among confinement facilities that reported prisoners in restrictive housing by reason for segregation, the largest number of prisoners held at midyear 2019 were in administrative segregation (21,423), followed by those in for disciplinary reasons (15,400).

## Prisoners held in state and private facilities for federal, state, and local authorities

- A total of 130 state and 167 private facilities reported holding prisoners for federal authorities at midyear 2019 **(table 6)**.

- At midyear 2019, about 23% of state facilities reported holding prisoners for a different state's correctional authority.

- Among prisoners in private facilities, 77% were held for state, 22% for federal, and 1% for local authorities at midyear 2019 **(table 7)**.

- At midyear 2019, state and private facilities reported holding 1,442 persons for U.S. Immigration and Customs Enforcement.

- The majority (98%) of prisoners held in private facilities for state correctional authorities at midyear 2019 were held for the authorities of the state in which the facility was located.

## Security incidents in adult correctional facilities

- About 20% (9,074) of prisoner-on-prisoner physical or sexual assaults in public confinement facilities resulted in serious injury, compared to 30% (452) in private confinement facilities from July 1, 2018 to June 30, 2019 **(table 8)**.

- From July 1, 2018 to June 30, 2019, nearly all disturbances (97%), defined as incidents in which prisoners' actions resulted in the loss of control of part or all of the facility and required extraordinary measures to regain control, occurred in facilities authorized to hold only males.

- Confinement facilities reported a total of 77 escapes from July 1, 2018 to June 30, 2019.

## Security staff employed in adult correctional facilities

- At midyear 2019, the overall ratio of prisoners to security staff in confinement facilities was 5 to 1; 10 to 1 in federal, 9 to 1 in private, and 5 to 1 in state confinement facilities **(table 9)**.

- Overall, males accounted for about three-quarters (74%) of security staff in public and about half (55%) in private confinement facilities.

- Females accounted for 45% of reported security staff in private, 26% in state, and 12% in federal confinement facilities at midyear 2019.

- In confinement facilities authorized to house only females at midyear 2019, about half (52%) of the security staff were female, compared to about a quarter (24%) of security staff in both male-only confinement facilities and confinement facilities that housed both male and female prisoners.

- The prisoner-to-security-staff ratio was highest during the overnight shift for both public (35 to 1) and private (46 to 1) confinement facilities and lowest during the day shift (17 to 1 in public and 29 to 1 in private confinement facilities) **(table 10)**.

## Work programs in adult correctional facilities

- At midyear 2019, a greater percentage of public than private confinement facilities offered each type of work program measured: facility support services, prison industries, public works assignments, and farming or agriculture **(table 11)**.

- About 44% of public confinement facilities at midyear 2019 offered public works assignments, in which prisoners performed road, park, or other public maintenance work outside of the facility.

- Two-thirds (66%) of prisoners in public confinement facilities at midyear 2019 were held in facilities that operated a prison industry program.

- Nearly all prisoners in private (99%) and public (98%) confinement facilities at midyear 2019 were held in facilities that offered a facility support-services work program for prisoners.

## Education programs in adult correctional facilities

- Ninety-five percent of confinement facilities and 65% of community-based facilities offered some type of education program at midyear 2019 **(table 12)**.

- More than half (54%) of confinement facilities offered special education classes at midyear 2019.

- English as a second language was offered in 38% of confinement facilities and 8% of community-based facilities at midyear 2019.

- At midyear 2019, about 95% of prisoners in confinement facilities and 66% of those in community-based facilities were held in facilities that offered secondary education programs (high school equivalency or GED).

- Fifty-eight percent of prisoners in confinement facilities and 18% of prisoners in community-based facilities at midyear 2019 were held in facilities that offered college courses.

**Special programs in adult correctional facilities**[2]

- At midyear 2019, more than a third of confinement facilities (37%) and about a fifth of community-based facilities (22%) offered victim services to prisoners who were victims of crime prior to or during incarceration **(table 13)**.

- About 82% of prisoners in community-based facilities at midyear 2019 were held in facilities that offered an employment program, such as training in job-seeking and interview skills.

[2]Special programs include, but are not limited to, counseling or awareness programs for drug and alcohol dependency; psychological, psychiatric, HIV/AIDS, or sex offender counseling; anger management; life, employment, or parenting skills; canine training; and victim services.

- At midyear 2019, nearly 8 in 10 prisoners in both confinement (79%) and community-based (78%) facilities were held in facilities that offered life skills and community-adjustment programs.

- At midyear 2019, about 80% of prisoners held in facilities authorized to house females only and 59% of prisoners held in facilities authorized to house males only were held in facilities that offered parenting or child-rearing classes **(table 14)**.

- More than half of prisoners held in female-only facilities (51%) and more than a third of prisoners in male-only facilities (36%) at midyear 2019 were held in facilities that offered services for prisoners who were victims of crime prior to or during incarceration.

---

# List of tables

**TABLE 1. Number of correctional facilities and prisoners in custody**, by type and operator, **midyear 2019**

**TABLE 2. Number of correctional facilities and percent of prisoners**, by operator and facility **characteristics, midyear 2019**

**TABLE 3. Percent of prisoners in confinement and community-based facilities**, by operator and **demographic characteristics, midyear 2019**

**TABLE 4. Percent of prisoners in public and private confinement facilities**, by sentence length and **custody security level, midyear 2019**

**TABLE 5. Number of prisoners in restrictive housing in confinement facilities**, by operator and reason, **midyear 2019**

**TABLE 6. State and private facilities that held prisoners for federal, other state, and local authorities**, **midyear 2019**

**TABLE 7. Number of prisoners held in state and private facilities for federal, state, and local authorities, midyear 2019**

**TABLE 8. Number of security incidents in correctional facilities**, by type of incident and facility **characteristics**, July 1, **2018 to June 30, 2019**

**TABLE 9. Number of security staff, percent of security staff by sex**, and prisoner-to-security-staff ratio in confinement facilities, by facility characteristics, midyear 2019

**TABLE 10. Number of confinement facilities, security staff, and prisoners and prisoner-to-security-staff ratio, by operator and shift, midyear 2019**

**TABLE 11. Public and private confinement facilities and prisoners, by work programs available in facility, midyear 2019**

**TABLE 12. Confinement and community-based facilities and prisoners, by education programs available in facility, midyear 2019**

*Continued on next page*

## List of tables (continued)

**TABLE 13.** Confinement and community-based facilities and prisoners, by special programs available in facility, midyear 2019

**TABLE 14.** Number of correctional facilities and percent of prisoners, by sex housed and special programs available in facility, midyear 2019

**TABLE 15.** Number of correctional facilities deemed ineligible for the Census of State and Federal Adult Correctional Facilities, by reason, midyear 2019

## List of figures

**FIGURE 1.** Percent of adult correctional facilities and prisoners, by facility type, midyear 2019

**FIGURE 2.** Percent of confinement and community-based facilities and prisoners, by operator, midyear 2019

## List of appendix tables

**APPENDIX TABLE 1.** Number of confinement and community-based facilities under state or Federal Bureau of Prisons authority, by operator and state, midyear 2019

**APPENDIX TABLE 2.** Correctional facilities, by main function of facility, midyear 2019

**APPENDIX TABLE 3.** Number of confinement facilities under a court order or consent decree, by specific condition of confinement, midyear 2019

**APPENDIX TABLE 4.** Number of prisoners held in correctional facilities for federal, state, and local authorities, by operator and state, midyear 2019

**APPENDIX TABLE 5.** Number of prisoners, total security staff, and prisoner-to-security-staff ratio in confinement facilities, by operator and state, midyear 2019

**APPENDIX TABLE 6.** Percentages for figure 1: Percent of adult correctional facilities and prisoners, by facility type, midyear 2019

**APPENDIX TABLE 7.** Percentages for figure 2: Percent of confinement and community-based facilities and prisoners, by operator, midyear 2019

# Terms and definitions

**Administrative segregation**—A placement of a prisoner deemed a clear and present danger to the security of the institution.

**Custody security level**

*Maximum*—Assigned to prisoners requiring the highest degree of supervision because they pose a danger to others and the institution or because their well-being would be in jeopardy if they refused protective custody. These prisoners cannot participate in activities requiring outside movement, and their inside movement is closely observed.

*Medium*—Assigned to prisoners needing more than minimal supervision. Their inside movement and callouts require passes or supervision. Outside movement, if allowed, requires restraints except for work or program assignments.

*Minimum*—Assigned to prisoners posing the least threat to the institution and public safety. This includes prisoners assigned to community service centers and halfway houses and those who participate in work, education, and other activities in the community.

**Design capacity**—The number of prisoners that planners or architects intended for a facility.

**Disturbance**—An incident in which prisoner action results in loss of control of the facility or a portion of the facility and requires extraordinary measures to regain control.

*Extraordinary measures*—Include sending in a significant number of staff or tactical response team, firing of shots, or using gas.

*Loss of control*—A situation in which prisoners are acting in concert to disrupt facility operations and refusing to comply with lockdown orders.

**Education programs**

*Special education*—Includes, but is not limited to, programs for prisoners with learning disabilities.

*Study release programs*—Release to the community to attend school.

*Vocational training*—Includes, but is not limited to, training in fields like auto repair, drafting, and data processing.

**Escape**—Occurs when a prisoner breaches the last line of security. If a prisoner clears the first fence of a double-fenced facility but not the second, it is not an escape. Prisoners who clear the second fence, even if apprehended on prison grounds, have escaped.

**Facility type**

*Community-based facilities*—Correctional facilities that either report community corrections as their primary function or permit 50% or more of their prisoners to leave the facility unaccompanied.

*Confinement facilities*—Correctional facilities in which fewer than 50% of prisoners are permitted to leave the facility unaccompanied and do not report community corrections as their primary function.

**Facility operator**

*Federal*—Includes facilities operated by the Federal Bureau of Prisons.

*Private*—Includes facilities under contract to hold prisoners primarily for state correctional authorities or the Federal Bureau of Prisons.

*Public*—Includes facilities operated by the Federal Bureau of Prisons and state departments of corrections. Facilities operated by the state departments of corrections in partnership with local authorities are also included.

*State*—Includes facilities operated by state departments of corrections. Facilities operated by the state departments of corrections in partnership with local authorities are also included.

**Physical security levels**

*Maximum*—Characterized by walls or double-fence perimeters, armed towers, or armed patrol. Cell housing is isolated in one of two ways: within a cell block so that a prisoner who had escaped from a cell is confined within the building, or by double security from the perimeter by bars, steel doors, or other hardware. All entry or exit is via trap gate or sallyport.

*Medium*—Characterized by a single- or double-fence perimeter with armed coverage by towers or patrol. Housing units are cells, rooms, or dormitories. Dormitories are living units designed or modified to accommodate 12 or more prisoners. All entry or exit is via trap gate or sallyport.

*Minimum*—Characterized by a fenced or "posted" perimeter. Cell housing units are rooms or dormitories. Normal entry and exit are under visual surveillance.

**Protective custody**—A placement to ensure the safety of the prisoner or that of another prisoner.

*Continued on next page*

## Terms and definitions (continued)

**Rated capacity**—The maximum number of beds or prisoners a rating official authorizes for safe and efficient operation of a facility. Beds in an area not designed as sleeping space, such as day rooms and multipurpose rooms, are excluded from rated capacity.

**Restrictive housing**— A placement requiring confinement of a prisoner to a cell at least 22 hours per day for the safe and secure operation of the facility.

**Security staff**—Officers of all ranks and other uniformed staff who, regardless of their staff titles, are in direct contact with prisoners and involved in their daily custody, care, supervision, or monitoring. Includes correctional officers, line staff, and their supervisors.

**Serious injury**—Restricts the prisoner's usual activity. This type of injury requires immediate medical attention more extensive than first-aid, such as application of bandages to wounds, and could include stitches, setting bones, and treatment of concussions.

**Special programs**

  *Employment*—Includes, but is not limited to, job-seeking and interviewing skills.

  *Life skills/community adjustment*—Includes, but is not limited to, personal finance and conflict resolution.

  *Victim services*—Includes services for prisoners who have been victims of crime prior to or during their incarceration.

**Walkaway**—Occurs when a prisoner leaves custodial supervision outside a secure institution—while on detail, during transportation, during a medical visit, or during a court appearance—and is recorded as AWOL (absent without leave). Prisoners who return late from furlough or other temporary release are counted as walkaways, not escapes.

**Work Programs**

  *Facility support services*—Includes, but is not limited to, office and administrative work, food services, and building maintenance.

  *Prison industries*—Includes, but is not limited to, license plate, wood product, and textiles manufacturing.

  *Public works assignments*—Includes road, park, and other public maintenance work outside of the facility.

**TABLE 1**

**Number of correctional facilities and prisoners in custody, by type and operator, midyear 2019**

| Operator | All | | Confinement | | Community-based | |
|---|---|---|---|---|---|---|
| | Facilities* | Prisoners | Facilities | Prisoners | Facilities | Prisoners |
| **Total** | 1,677 | 1,360,634 | 1,161 | 1,297,856 | 516 | 62,778 |
| **Public** | 1,266 | 1,240,068 | 1,079 | 1,209,066 | 187 | 31,002 |
| Federal | 111 | 141,477 | 111 | 141,477 | 0 | ~ |
| State | 1,155 | 1,098,591 | 968 | 1,067,589 | 187 | 31,002 |
| **Private** | 411 | 120,566 | 82 | 88,790 | 329 | 31,776 |

~Not applicable.

Note: One facility did not report the number of prisoners held. The Federal Bureau of Prisons (BOP) did not operate community-based facilities. State or private community-based facilities held prisoners under the authority of BOP. See *Terms and definitions* for detail on facility type and operator.

*There were 139 additional facilities for which data could not be reported separate from another facility. Data from these facilities were included in data submitted from 96 facilities. Twenty-three facilities on the original roster did not respond.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 2**
**Number of correctional facilities and percent of prisoners**, by operator and facility characteristics, midyear 2019

| Facility characteristic | Number of facilities | | | Percent of prisoners | | |
|---|---|---|---|---|---|---|
| | Total | Public | Private | Total | Public | Private |
| **Confinement and community-based facilities** | | | | | | |
| Facility size | | | | | | |
| 499 or fewer prisoners | 813 | 465 | 348 | 9.4% | 7.9% | 25.3% |
| 500–999 | 293 | 273 | 20 | 16.1 | 16.5 | 12.1 |
| 1,000–2,499 | 487 | 450 | 37 | 53.9 | 54.4 | 48.6 |
| 2,500 or more | 83 | 77 | 6 | 20.6 | 21.2 | 14.0 |
| Sex authorized to house | | | | | | |
| Male only | 1,215 | 1,030 | 185 | 86.9 | 87.2 | 83.8 |
| Female only | 179 | 127 | 52 | 6.6 | 6.8 | 4.1 |
| Both | 267 | 108 | 159 | 6.5 | 5.9 | 12.1 |
| **Confinement facilities only** | | | | | | |
| Physical security level | | | | | | |
| Maximum | 376 | 367 | 9 | 42.3% | 44.4% | 14.4% |
| Medium | 451 | 416 | 35 | 41.7 | 40.5 | 57.0 |
| Minimum | 287 | 252 | 35 | 16.0 | 15.1 | 28.6 |
| Capacity measure[a] | | | | | | |
| Over capacity | 292 | 291 | 1 | 36.0 | 38.5 | 0.8 |
| At or under capacity | 736 | 669 | 67 | 64.0 | 61.5 | 99.2 |
| Specialty housing unit | | | | | | |
| Geriatric unit | 57 | 56 | 1 | 7.1 | 7.3 | 4.7 |
| Veteran unit | 67 | 62 | 5 | 9.2 | 8.7 | 18.1 |
| Under court order/consent decree | | | | | | |
| To limit number of prisoners | 23 | 17 | 6 | 1.1 | 0.9 | 5.0 |
| For specific condition of confinement[b] | 227 | 223 | 4 | 22.2 | 23.2 | 4.5 |
| For totality of conditions (cumulative effect of several conditions) | 54 | 50 | 4 | 10.9 | 11.2 | 4.5 |

Note: Details on number of facilities may not sum to facility totals in table 1 due to missing data, and percentages may not sum to 100% due to rounding. Percentages exclude missing data. Data were missing for 1% to 5% of facilities for each category shown. See *Terms and definitions* for detail on facility type, facility operator, physical security level, and capacity.

[a]Facilities deemed over capacity held more prisoners than either their rated or design capacity.

[b]See appendix table 3 for the specific conditions.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 3**
**Percent of prisoners in confinement and community-based facilities**, **by operator and demographic characteristics**, midyear 2019

| | Prisoners in— | | | | | |
| | Confinement facilities | | | Community-based facilities | | |
| Demographic characteristic | Total | Public | Private | Total | Public | Private |
|---|---|---|---|---|---|---|
| **Sex** | | | | | | |
| Male | 92.8% | 92.5% | 97.4% | 86.6% | 89.6% | 83.7% |
| Female | 7.2 | 7.5 | 2.6 | 13.4 | 10.4 | 16.3 |
| **Race/ethnicity** | | | | | | |
| White* | 38.9% | 39.2% | 34.6% | 45.6% | 47.9% | 43.1% |
| Black* | 39.1 | 39.6 | 30.2 | 34.2 | 34.1 | 34.3 |
| Hispanic | 18.6 | 17.9 | 30.5 | 11.8 | 7.2 | 17.0 |
| American Indian/Alaska Native* | 1.7 | 1.7 | 1.6 | 3.2 | 3.9 | 2.3 |
| Asian* | 0.7 | 0.7 | 0.6 | 1.3 | 1.9 | 0.7 |
| Native Hawaiian/Other Pacific Islander* | 0.2 | 0.1 | 1.5 | 2.0 | 3.6 | 0.2 |
| Two or more races* | 0.1 | 0.1 | 0.5 | 0.6 | 0.4 | 0.8 |
| Unknown | 0.8 | 0.8 | 0.6 | 1.4 | 1.1 | 1.6 |
| **Citizenship status** | | | | | | |
| U.S. citizen | 88.4% | 89.5% | 72.4% | 91.7% | 89.6% | 93.9% |
| Non-U.S. citizen | 6.6 | 5.2 | 27.3 | 2.6 | 3.1 | 2.1 |
| Unknown | 5.0 | 5.3 | 0.4 | 5.7 | 7.2 | 4.0 |

Note: Details may not sum to 100% due to rounding. Percentages exclude missing data. Sex was missing for about 1% of facilities, race for about 6%, and citizenship for about 15%. See *Terms and definitions* for detail on facility type and operator.
*Excludes persons of Hispanic origin (e.g., "white" refers to non-Hispanic whites and "black" refers to non-Hispanic blacks).
Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 4**
**Percent of prisoners in public and private confinement facilities**, **by sentence length and custody security level**, midyear 2019

| | All confinement facilities | Public | Private |
|---|---|---|---|
| **Sentence length** | | | |
| Maximum sentence of more than 1 year | 96.7% | 97.0% | 91.3% |
| Maximum sentence of 1 year or less | 2.1 | 1.8 | 7.9 |
| Unsentenced | 1.2 | 1.2 | 0.8 |
| **Custody security level** | | | |
| Maximum | 18.0% | 18.7% | 6.8% |
| Medium | 42.6 | 42.0 | 51.2 |
| Minimum | 34.2 | 33.8 | 39.6 |
| Not classified* | 5.2 | 5.4 | 2.5 |

Note: Details may not sum to 100% due to rounding. Percentages exclude missing data. Sentence length was missing for about 8% of confinement facilities and custody security level for about 7%. See *Terms and definitions* for detail on facility type, facility operator, and custody security level.
*Includes, but not limited to, prisoners who were unsentenced or awaiting classification.
Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 5**

**Number of prisoners in restrictive housing in confinement facilities, by operator and reason, midyear 2019**

| Prisoners in restrictive housing on June 30, 2019 | All confinement facilities | Public | Private |
|---|---|---|---|
| Total[a] | 75,505 | 71,878 | 3,627 |
| **Reason** | | | |
| Administrative segregation | 21,423 | 20,360 | 1,063 |
| Disciplinary | 15,400 | 14,534 | 866 |
| Protective custody | 6,738 | 6,094 | 644 |
| Death row | 1,027 | 1,027 | 0 |
| Other[b] | 13,146 | 12,335 | 811 |
| Facilities reporting total prisoners in restrictive housing | 1,046 | 984 | 62 |
| Prisoners in facilities reporting restrictive housing information | 1,117,760 | 1,051,542 | 66,218 |

Note: See *Terms and definitions* for details on facility operator, facility type, restrictive housing, administrative segregation, and protective custody.

[a]Details do not sum to total prisoners due to missing data. Counts of prisoners in restrictive housing were missing for about 9% of public and 24% of private facilities. Counts of prisoners in restrictive housing were missing for between 32% and 42% of public and private facilities, depending on the reason for restrictive housing.

[b]Includes prehearing detention, pending disciplinary action, mental health reasons, medical reasons, and other reasons.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 6**

**State and private facilities that held prisoners for federal, other state, and local authorities, midyear 2019**

| Facilities that held prisoners for— | Number | Percent |
|---|---|---|
| **Federal authorities[a]** | | |
| State facilities | 130 | 11.9% |
| Private facilities | 167 | 42.7 |
| **Other state authorities[b]** | | |
| State facilities | 250 | 22.9% |
| Private facilities | 10 | 2.8 |
| **Local authorities** | | |
| State facilities | 153 | 14.0% |
| Private facilities | 43 | 12.5 |

Note: Percentages exclude missing data. Prisoners held for different authorities was missing for 5% of state and between 9% and 16% of private facilities, depending on type of authority. See *Terms and definitions* for detail on facility operator.

[a]Includes persons being held for the Federal Bureau of Prisons, U.S. Immigration and Customs Enforcement, U.S. Marshals Service, or other federal authority.

[b]Facility was located in one state but held prisoners under another state's jurisdiction.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 7**
**Number of prisoners held in state and private facilities for federal, state, and local authorities, midyear 2019**

| | Prisoners held for— | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Federal authorities | | | | | | State authorities | | | | Local authorities |
| Operator | Total | BOP | ICE | U.S. Marshals Service | Other | Unknown* | Total | In operator's state | In other state | Unknown* | |
| Total | 28,642 | 14,295 | 1,442 | 766 | 385 | 11,754 | 1,093,065 | 1,052,708 | 3,828 | 36,529 | 9,626 |
| State | 2,588 | 543 | 1,253 | 742 | 50 | 0 | 1,001,320 | 962,738 | 2,134 | 36,448 | 8,572 |
| Private | 26,054 | 13,752 | 189 | 24 | 335 | 11,754 | 91,745 | 89,970 | 1,694 | 81 | 1,054 |

Note: Counts of prisoners were missing for between 5% and 17% of facilities, depending on the type of federal, state, or local authority. No facilities held prisoners for the Bureau of Indian Affairs or tribal authorities. BOP denotes Federal Bureau of Prisons. ICE denotes U.S. Immigration and Customs Enforcement. See *Terms and definitions* for detail on facility operator.

*Includes prisoners held for an unspecified federal or state authority.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 8**
**Number of security incidents in correctional facilities, by type of incident and facility characteristics, July 1, 2018 to June 30, 2019**

| | Confinement and community-based facilities | Confinement facilities only | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Physical/sexual assaults | | | | | |
| | | | | Prisoner-on-prisoner | | | | |
| Facility characteristic | Walkaways | Prisoner-on-staff | Total | With serious injury | Without serious injury | Disciplinary reports | Disturbances | Escapes |
| **Operator** | | | | | | | | |
| Public | 2,982 | 4,490 | 46,442 | 9,074 | 32,790 | 796,853 | 1,533 | 54 |
| Federal | 192 | 20 | 3,042 | 186 | 2,856 | 20,635 | 0 | 0 |
| State | 2,790 | 4,470 | 43,400 | 8,888 | 29,934 | 776,218 | 1,533 | 54 |
| Private | 6,634 | 256 | 1,511 | 452 | 1,059 | 33,307 | 18 | 23 |
| **Facility size** | | | | | | | | |
| 499 or fewer prisoners | 9,335 | 579 | 4,916 | 827 | 3,762 | 51,373 | 589 | 28 |
| 500–999 | 63 | 1,780 | 7,977 | 1,431 | 5,863 | 130,292 | 215 | 12 |
| 1,000–2,499 | 182 | 1,719 | 24,524 | 4,328 | 17,401 | 445,593 | 425 | 35 |
| 2,500 or more | 36 | 668 | 10,536 | 2,940 | 6,823 | 202,902 | 322 | 2 |
| **Sex authorized to house** | | | | | | | | |
| Male only | 4,897 | 3,378 | 40,410 | 8,338 | 29,654 | 744,279 | 1,500 | 61 |
| Female only | 721 | 153 | 3,568 | 619 | 2,766 | 48,737 | 36 | 13 |
| Both | 3,998 | 1,215 | 3,975 | 569 | 1,429 | 37,144 | 15 | 3 |
| **Physical security level*** | | | | | | | | |
| Maximum | 78 | 1,842 | 22,624 | 3,646 | 16,847 | 448,834 | 651 | 4 |
| Medium | 112 | 2,502 | 21,858 | 5,079 | 14,819 | 303,821 | 496 | 44 |
| Minimum | 101 | 402 | 3,471 | 801 | 2,183 | 77,445 | 404 | 28 |

Note: Data were missing for 7% to 16% of facilities for each category shown. See *Terms and definitions* for detail on facility type, facility operator, walkaways, serious injury, disturbances, escapes, and physical security level.

*Includes walkaways from only confinement facilities because physical security levels do not apply to community-based facilities.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 9**

**Number of security staff, percent of security staff by sex, and prisoner-to-security-staff ratio in confinement facilities, by facility characteristics, midyear 2019**

| Facility characteristics | Total security staff* | Percent by sex | | Prisoner-to-security-staff ratio |
|---|---|---|---|---|
| | | Male | Female | |
| Total | 240,024 | 73.7% | 26.3% | 5 |
| **Operator** | | | | |
| Public | 233,711 | 74.2% | 25.8% | 5 |
| Federal | 9,348 | 87.6 | 12.4 | 10 |
| State | 224,363 | 73.6 | 26.4 | 5 |
| Private | 6,313 | 55.2 | 44.8 | 9 |
| **Sex authorized to house** | | | | |
| Male only | 209,068 | 75.6% | 24.4% | 5 |
| Female only | 17,249 | 48.4 | 51.6 | 5 |
| Both | 13,707 | 76.2 | 23.8 | 4 |
| **Physical security level** | | | | |
| Maximum | 116,049 | 73.7% | 26.3% | 4 |
| Medium | 90,678 | 75.3 | 24.7 | 5 |
| Minimum | 26,580 | 69.9 | 30.1 | 6 |
| **Facility Size** | | | | |
| 499 or fewer prisoners | 22,462 | 71.2% | 28.8% | 3 |
| 500–999 | 49,685 | 70.6 | 29.4 | 4 |
| 1,000–2,499 | 115,380 | 74.1 | 25.9 | 6 |
| 2,500 or more | 52,497 | 76.7 | 23.3 | 5 |
| **Capacity measures** | | | | |
| Over rated capacity | 33,473 | 76.2% | 23.8% | 7 |
| Over design capacity | 33,815 | 81.7 | 18.3 | 4 |

Note: Details may not sum to totals due to missing data. See *Terms and definitions* for detail on facility type, facility operator, physical security level, and capacity.

*About 8% of confinement facilities did not report total security staff, and about 4% of state confinement facilities did not provide the details of security staff by sex.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 10**

**Number of confinement facilities, security staff, and prisoners and prisoner-to-security-staff ratio, by operator and shift, midyear 2019**

| Operator and shift | Facilities | Security staff | Prisoners | Prisoner-to-security-staff ratio |
|---|---|---|---|---|
| **Public** | | | | |
| Day shift | 745 | 51,413 | 853,753 | 17 |
| Night shift | 736 | 36,030 | 844,707 | 23 |
| Overnight shift | 494 | 16,462 | 580,567 | 35 |
| **Private** | | | | |
| Day shift | 54 | 2,045 | 59,117 | 29 |
| Night shift | 53 | 1,367 | 55,968 | 41 |
| Overnight shift | 24 | 416 | 18,984 | 46 |

Note: Facilities, security staff, and prisoner counts include only facilities that reported at least one security staff for each shift type. See *Terms and definitions* for detail on facility type and operator.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 11**
**Public and private confinement facilities and prisoners**, by work programs available in facility, **midyear 2019**

| | Public | | | | Private | | | |
|---|---|---|---|---|---|---|---|---|
| | Facilities | | Prisoners | | Facilities | | Prisoners | |
| Work program | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Any | 1,058 | 98.7% | 1,200,367 | 99.7% | 52 | 89.7% | 60,854 | 99.3% |
| Facility support services | 1,022 | 95.2 | 1,176,098 | 97.6 | 52 | 89.7 | 60,854 | 99.3 |
| Prison industries | 536 | 50.0 | 789,541 | 65.5 | 9 | 15.5 | 11,187 | 18.3 |
| Public works assignments | 474 | 44.2 | 550,529 | 45.7 | 5 | 8.6 | 7,105 | 11.6 |
| Farming/agriculture | 294 | 27.4 | 341,839 | 28.4 | 5 | 8.6 | 5,456 | 8.9 |

Note: Details do not sum to totals because facilities could report more than one work program. See *Terms and definitions* for details on facility type and operator, facility support services, prison industries, and public works assignment programs.
Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 12**
**Confinement and community-based facilities and prisoners**, by education programs available in facility, **midyear 2019**

| | Confinement | | | | Community-based | | | |
|---|---|---|---|---|---|---|---|---|
| | Facilities | | Prisoners | | Facilities | | Prisoners | |
| Education program | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Any | 1,073 | 94.9% | 1,244,434 | 98.1% | 291 | 65.0% | 45,344 | 78.6% |
| Literacy training/other lower basic adult education (ABE)—first to fourth grade level | 950 | 84.0 | 1,197,197 | 94.4 | 163 | 35.9 | 31,727 | 54.6 |
| Upper basic adult education—fifth to eighth grade level | 915 | 80.9 | 1,156,715 | 91.2 | 137 | 30.2 | 26,637 | 45.9 |
| Secondary education/high school equivalency (GED) | 986 | 87.2 | 1,202,307 | 94.8 | 226 | 49.8 | 38,257 | 65.9 |
| Vocational training | 813 | 71.9 | 1,062,451 | 83.8 | 108 | 23.8 | 20,491 | 35.3 |
| Special education | 611 | 54.0 | 794,228 | 62.6 | 71 | 15.6 | 16,713 | 28.8 |
| College courses | 557 | 49.2 | 739,971 | 58.4 | 84 | 18.5 | 10,204 | 17.6 |
| English as a second language (ESL) | 434 | 38.4 | 575,611 | 45.4 | 37 | 8.1 | 4,947 | 8.5 |
| Study release programs | 108 | 9.5 | 162,883 | 12.8 | 134 | 29.5 | 15,131 | 26.1 |

Note: Details do not sum to totals because facilities could report more than one education program. See *Terms and definitions* for details on facility type, vocational training, special education, and study release programs.
Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 13**
**Confinement and community-based facilities and prisoners**, by special programs available in facility, midyear 2019

| | Confinement | | | | Community-based | | | |
| | Facilities | | Prisoners | | Facilities | | Prisoners | |
| Special program | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
|---|---|---|---|---|---|---|---|---|
| Any | 947 | 92.8% | 1,025,351 | 91.0% | 432 | 96.4% | 53,748 | 93.2% |
| Drug dependency/ counseling/awareness | 918 | 81.1 | 1,040,632 | 82.1 | 349 | 76.9 | 42,843 | 73.8 |
| Alcohol dependency/ counseling/awareness | 915 | 80.8 | 1,045,113 | 82.4 | 355 | 78.2 | 46,178 | 79.5 |
| Life skills/community adjustment | 856 | 75.6 | 1,004,782 | 79.2 | 380 | 83.7 | 45,346 | 78.1 |
| Employment | 795 | 70.2 | 913,724 | 72.1 | 395 | 87.0 | 47,700 | 82.1 |
| Anger management | 774 | 68.4 | 950,855 | 75.0 | 272 | 59.9 | 31,792 | 54.7 |
| Psychological/psychiatric counseling | 721 | 63.7 | 880,292 | 69.4 | 195 | 43.0 | 26,635 | 45.9 |
| Parenting/child-rearing skills | 669 | 59.1 | 789,554 | 62.3 | 207 | 45.6 | 25,688 | 44.2 |
| HIV/AIDS counseling | 578 | 51.1 | 687,244 | 54.2 | 176 | 38.8 | 23,900 | 41.1 |
| Victim services | 418 | 36.9 | 482,923 | 38.1 | 102 | 22.5 | 12,331 | 21.2 |
| Canine training | 328 | 29.0 | 412,533 | 32.5 | 12 | 2.6 | 2,564 | 4.4 |
| Sex offender counseling | 315 | 27.8 | 383,500 | 30.2 | 95 | 20.9 | 11,827 | 20.4 |
| Other* | 260 | 23.0 | 265,349 | 20.9 | 104 | 22.9 | 12,486 | 21.5 |

Note: Details do not sum to totals because facilities could report more than one special program. See *Terms and definitions* for details on facility type, life skills/community adjustment, employment, and victim services programs.
*Includes, but is not limited to, Thinking for a Change or other cognitive behavioral therapy, wellness, victim impact, domestic violence, and faith-based programs.
Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**TABLE 14**
**Number of correctional facilities and percent of prisoners**, by sex housed and special programs available in facility, midyear 2019

| | | | Facility authorized to house— | | | | | |
| | Total | | Males | | Females | | Both males and females | |
| Special program | Number of facilities | Percent of prisoners | Number of facilities | Percent of prisoners | Number of facilities | Percent of prisoners | Number of facilities | Percent of prisoners |
|---|---|---|---|---|---|---|---|---|
| Any | 1,379 | 91.1% | 1,014 | 90.5% | 161 | 93.5% | 204 | 97.4% |
| Drug dependency/ counseling/awareness | 1,267 | 81.7 | 944 | 80.6 | 154 | 91.3 | 169 | 87.1 |
| Alcohol dependency/ counseling/awareness | 1,270 | 82.3 | 951 | 81.1 | 151 | 90.6 | 168 | 90.2 |
| Life skills/community adjustment | 1,236 | 79.2 | 899 | 78.1 | 148 | 84.9 | 189 | 88.3 |
| Employment | 1,190 | 72.5 | 873 | 71.6 | 141 | 78.0 | 176 | 78.8 |
| Anger management | 1,046 | 74.1 | 794 | 73.9 | 130 | 82.1 | 122 | 68.3 |
| Psychological/psychiatric counseling | 916 | 68.4 | 669 | 66.7 | 116 | 78.9 | 131 | 80.0 |
| Parenting/child-rearing skills | 876 | 61.5 | 626 | 59.3 | 133 | 79.7 | 117 | 71.2 |
| HIV/AIDS counseling | 754 | 53.6 | 561 | 52.2 | 85 | 61.4 | 108 | 65.1 |
| Victim services | 520 | 37.3 | 372 | 36.3 | 79 | 50.5 | 69 | 37.2 |
| Canine training | 340 | 31.3 | 272 | 30.2 | 51 | 48.0 | 17 | 28.0 |
| Sex offender counseling | 410 | 29.8 | 297 | 29.1 | 54 | 42.6 | 59 | 25.9 |
| Other* | 364 | 21.0 | 277 | 21.7 | 47 | 21.1 | 40 | 10.4 |

Note: Details do not sum to totals because facilities could report more than one special program. See *Terms and definitions* for details on life skills/community adjustment, employment, and victim services programs.
*Includes, but is not limited to, Thinking for a Change or other cognitive behavioral therapy, wellness, victim impact, domestic violence, and faith-based programs.
Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

# Methodology

The 2019 Census of State and Federal Adult Correctional Facilities (CCF\*) is a periodic data collection conducted by the Bureau of Justice Statistics (BJS). The 2019 CCF marks the ninth complete enumeration of state correctional facilities and the sixth enumeration of Federal Bureau of Prisons (BOP) facilities. The CCF obtains data related to the operations of correctional facilities and the conditions of confinement.

RTI International (RTI) served as BJS's data collection agent for the 2019 CCF under a cooperative agreement (award number 2017-R2-CX-K049). Data collection spanned 9 months, from summer 2019 to spring 2020. Respondents were asked to report data with a reference date of June 30, 2019 via two forms: one for confinement facilities and one for community-based facilities. The confinement facility form included questions about facility characteristics, prisoner counts, facility staff, facility operations and security, and facility programs. The community-based form covered the same topics except for facility staff. The community-based form also excluded some other questions that were not applicable. (See https://bjs.ojp.gov/data-collection/census-state-and-federal-adult-correctional-facilities-ccf-formerly-csfacf#surveys-0.)

Respondents could submit data through a web form, a printable PDF, or a bulk Excel template. The bulk template was used for respondents submitting data for multiple facilities at once. When needed, respondents were contacted to reconcile errors or inconsistencies on forms or bulk-submitted data. Late in the data collection period, nonresponding facilities were offered the option of submitting only seven items designated as critical for sampling facilities for future BJS prisoner surveys. Critical item forms were submitted by 94 facilities (5.4% of submitted facilities).

### Universe for the CCF

#### *Development work*

After the completion of the 2012 CCF and prior to July 2014, the prison facility universe was updated in preparation for sample selection for BJS's 2016 Survey of Prison Inmates (SPI). In fall 2018, in preparation for the launch of the 2019 CCF, RTI conducted additional work to further update the facility universe.

---

\*Formerly abbreviated CSFACF.

Two efforts to enhance the universe—one for the community-based facilities and one for confinement facilities—were conducted under the Office of Management and Budget (OMB) generic clearance agreement (OMB number 1121-0339).

RTI constructed an up-to-date list of community-based facilities using the 2016 SPI frame and online searches of state department of corrections' (DOCs) websites. Each DOC reviewed a list of community-based facilities within its state. Specifically, respondents were asked to indicate whether a facility had closed; was holding prisoners for its state; permitted 50% or more of its prisoners to leave unaccompanied by staff; and was operated by the DOC, a private company, or local authorities. If the facility was not operated by the DOC, respondents were asked for a point of contact at each facility who could provide population and facility characteristics data. The form also asked the respondent to identify any missing community-based facilities from the pre-populated state list. A comprehensive list of community-based facilities across all states was obtained directly from the BOP prior to data collection.

An up-to-date list of confinement facilities was similarly constructed by RTI using the 2016 SPI frame and review of DOC websites. Outreach was not completed for the BOP because it sent a complete list of its facilities directly to BJS. These lists of facilities were compiled for each DOC, and information was requested on status (operational, closed temporarily, closed permanently), community-based (yes or no), population counts, and operator (public or private). DOCs were instructed to add facilities to the list that met the inclusion rules and to complete all relevant fields.

Information collected under both efforts helped determine final eligibility for each facility. Following completion of each phase of roster data collection, the two lists were combined and deduplicated. For each state, an RTI staff member examined the list of facilities and identified facilities with similar names or addresses. Then a second person reviewed the duplicate identification and removed confirmed duplicates from the list. Out-of-scope facilities (those determined to be closed or not confinement or community-based facilities based on comments from the point of contact) were also removed from the list.

## Scope

The CCF universe included adult confinement and community-based correctional facilities operated by state governments, the BOP, or private entities under contract with state or BOP authorities. Facilities were included in the 2019 CCF if they housed prisoners primarily for state or BOP authority, were operational on the day of the census, and were physically, functionally, and administratively separate from other facilities. Facilities in combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont were included. Contracted facilities operated by local correctional authorities and holding prisoners under state or BOP authorities were excluded as these facilities are deemed jails. (See *Census of Jails, 2005-2019 – Statistical Tables* (NCJ 255406, BJS, October 2021) for details on facilities operated by local correctional authorities.) Additionally, the Bureau of Indian Affairs (BIA), U.S. military, U.S. territory, and U.S. Immigration and Customs Enforcement (ICE) facilities were not in scope for the CCF. Prisoners held on behalf of BIA (0 in 2019) and ICE (1,442) are shown for facilities in the universe. (See table 7.)

A total of 1,982 facilities across 240 data responders were identified for inclusion in the 2019 CCF. Each state DOC, with the exception of Massachusetts, opted to designate a central respondent to provide data for all of its state-operated facilities. Additionally, nine private contractors acted as central respondents for the facilities they operated. When possible, data were obtained from each individual correctional facility regardless of whether it shared budget or staff with another facility.

## Ineligible facilities

Throughout data collection, some facilities were identified as ineligible because they were duplicates, had closed on or before the form's reference date, or had their data merged into a combined record for a facility complex. For example, merged facility data occurred for BOP satellite camps and some conservation camps in California. In these cases, the individual facility was deemed ineligible and its data were reported with the adjacent facility. At the close of the 2019 CCF, 282 facilities were deemed ineligible—had closed, were duplicates on the roster, did not hold primarily state or BOP prisoners, had merged with other facilities, or otherwise did not met the criteria for the CCF **(table 15)**. Of these ineligible facilities, 139 were merged with and included as part of the data submitted from another facility.

**TABLE 15**
**Number of correctional facilities ineligible for the Census of State and Federal Adult Correctional Facilities, by reason, midyear 2019**

| Reason for ineligibility | Facilities |
|---|---|
| Data merged[a] | 139 |
| Did not primarily hold state/federal prisoners | 49 |
| Did not fit inclusion criteria | 37 |
| Duplicate | 24 |
| Closed on reference date | 17 |
| Data reported elsewhere (Census of Jails) | 12 |
| Broken into multiple facilities[b] | 3 |
| Held only juveniles | 1 |

[a]Includes facilities for which data could not be reported separately. Data from these facilities were included in data submitted from 96 facilities.
[b]Facility record was too broad, so data were collected using multiple forms for specific facilities.
Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

### Response rate and item nonresponse

During data collection, BJS received forms from 1,677 facilities (1,161 confinement and 516 community-based) that were operated by or under contract for state or BOP authorities and primarily housed prisoners for them. The overall response rate (the number of responding facilities divided by the 1,700 eligible facilities) was nearly 99%. Twenty-three facilities did not respond to the data collection.

Data were missing for up to 1% of critical items:

- facility function

- the extent to which prisoners were permitted to leave the facility unaccompanied

- the facility operator

- which sex the facility was authorized to house

- the physical security of the facility

- the total number of prisoners of each sex held in the facility

- the facility's holding authority.

Details on missing data for items shown in these statistical tables can be found in the table notes. A total of 17 complexes—15 operated by the BOP, 1 by the Georgia DOC, and 1 by the Virginia DOC—shared staff across individual facilities, so staff data were reported at the complex level instead of the facility level.

**Data analysis**

The 2019 CCF was designed as a complete enumeration, which means the data collected are not subject to sampling error. All differences observed are true differences. Additionally, neither imputation nor weighting was conducted to account for missing data. Percentages in this report exclude facilities that were missing data for the given item. Data may have been missing because the respondent answered that the item was unknown, the item was not applicable, data were provided on the complex-level data record, data were not reported and no comment was included as to why, data were not collected on the critical item form, or data were out of scope based on skip patterns or form type.

**Prisoner custody count**

The census counted prisoners in each facility, which is known as a custody count. Some prisoners in custody in one jurisdiction may be held for a different jurisdiction. The custody count is distinct from a count of prisoners under a correctional authority's jurisdiction, which includes all prisoners over whom a correctional authority exercises control, regardless of where the prisoner is housed. A jurisdictional count is more inclusive than a prison custody count and includes state and federal prisoners housed in local jails.

**APPENDIX TABLE 1**

**Number of confinement and community-based facilities under state or Federal Bureau of Prisons authority, by operator and state, midyear 2019**

| Operator and state | All facilities | Confinement | Community-based | Operator and state | All facilities | Confinement | Community-based |
|---|---|---|---|---|---|---|---|
| **Total** | 1,677 | 1,161 | 516 | **South\*** | 725 | 519 | 206 |
| **Operator** | | | | Alabama | 30 | 16 | 14 |
| Public | 1,266 | 1,079 | 187 | Arkansas | 21 | 15 | 6 |
| Federal | 111 | 111 | 0 | Delaware | 11 | 5 | 6 |
| State | 1,155 | 968 | 187 | District of Columbia | 2 | 0 | 2 |
| Private | 411 | 82 | 329 | Florida | 151 | 113 | 38 |
| **Northeast\*** | 224 | 140 | 84 | Georgia | 66 | 49 | 17 |
| Connecticut | 40 | 16 | 24 | Kentucky | 37 | 16 | 21 |
| Maine | 6 | 2 | 4 | Louisiana | 15 | 12 | 3 |
| Massachusetts | 17 | 14 | 3 | Maryland | 20 | 16 | 4 |
| New Hampshire | 8 | 3 | 5 | Mississippi | 19 | 16 | 3 |
| New Jersey | 29 | 15 | 14 | North Carolina | 61 | 53 | 8 |
| New York | 57 | 51 | 6 | Oklahoma | 33 | 22 | 11 |
| Pennsylvania | 54 | 27 | 27 | South Carolina | 25 | 18 | 7 |
| Rhode Island | 7 | 6 | 1 | Tennessee | 20 | 15 | 6 |
| Vermont | 6 | 6 | 0 | Texas | 146 | 100 | 46 |
| **Midwest\*** | 331 | 196 | 135 | Virginia | 48 | 42 | 6 |
| Illinois | 36 | 28 | 8 | West Virginia | 19 | 11 | 8 |
| Indiana | 22 | 17 | 5 | **West\*** | 286 | 195 | 91 |
| Iowa | 34 | 9 | 25 | Alaska | 19 | 17 | 2 |
| Kansas | 13 | 8 | 5 | Arizona | 24 | 20 | 4 |
| Michigan | 36 | 30 | 6 | California | 61 | 41 | 20 |
| Minnesota | 14 | 11 | 3 | Colorado | 38 | 23 | 15 |
| Missouri | 37 | 22 | 15 | Hawaii | 10 | 4 | 6 |
| Nebraska | 12 | 8 | 4 | Idaho | 15 | 10 | 5 |
| North Dakota | 10 | 5 | 5 | Montana | 20 | 13 | 7 |
| Ohio | 58 | 27 | 31 | Nevada | 19 | 15 | 4 |
| South Dakota | 8 | 3 | 5 | New Mexico | 17 | 15 | 2 |
| Wisconsin | 51 | 28 | 23 | Oregon | 19 | 18 | 1 |
| | | | | Utah | 8 | 2 | 6 |
| | | | | Washington | 28 | 12 | 16 |
| | | | | Wyoming | 8 | 5 | 3 |

Note: See *Terms and definitions* for detail on facility type and operator.

\*Includes facilities operated by state and both state and local authorities; and privately operated facilities under contract to hold prisoners primarily for state correctional authorities or the Federal Bureau of Prisons located in each region and state.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**APPENDIX TABLE 2**

**Correctional facilities, by main function of facility, midyear 2019**

| Main function | Number | Percent |
|---|---|---|
| General adult prison population confinement | 1,005 | 59.9% |
| Community corrections/work release/prerelease | 451 | 26.9 |
| Alcohol/drug treatment confinement | 73 | 4.4 |
| Reception/diagnosis/classification | 41 | 2.4 |
| Mental health/psychiatric confinement | 22 | 1.3 |
| Medical treatment/hospitalization confinement | 19 | 1.1 |
| Boot camp | 6 | 0.4 |
| Primarily for confinement for youthful offenders | 6 | 0.4 |
| Geriatric care | 3 | 0.2 |
| Primarily for persons returned to custody (e.g., parole violators) | 2 | 0.1 |
| Other | 49 | 2.9 |

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**APPENDIX TABLE 3**

**Number of confinement facilities under a court order or consent decree, by specific condition of confinement, midyear 2019**

| Court order or consent decree on— | Facilities |
|---|---|
| **Limiting number of prisoners a facility can house** | 23 |
| **Any condition of confinement\*** | 227 |
| **Specific condition of confinement** | |
| Medical facilities/services | 149 |
| Mental health services/treatment | 59 |
| Disciplinary procedures/policies | 55 |
| Accommodation for disability | 43 |
| Staffing | 42 |
| Administrative segregation procedures/policies | 41 |
| Gang management | 35 |
| Crowding | 17 |
| Prisoner classification | 5 |
| Visiting/mail/telephone policy | 4 |
| Grievance procedures/policies | 4 |
| Food services/nutrition/cleanliness | 4 |
| Religious practices | 3 |
| Library services | 3 |
| Counseling programs | 3 |
| Search policies/practices | 2 |
| Fire hazards | 2 |
| Recreation/exercise | 2 |
| Education | 2 |
| Other | 6 |

Note: Data on court orders or consent decrees were not reported for 2% of confinement facilities.

*Includes the cumulative effect of several conditions.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**APPENDIX TABLE 4**
**Number of prisoners held in correctional facilities for federal, state, and local authorities, by operator and state, midyear 2019**

| | Prisoners held for— | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Federal authorities | | | | | | State authorities | | | | Local authorities |
| Operator and state | Total | BOP | ICE | U.S. Marshals Service | Other | Unknown[a] | Total | In operator's state | In other state | Unknown[a] | |
| Total | 165,798 | 151,451 | 1,442 | 766 | 385 | 11,754 | 1,093,245 | 1,052,708 | 3,828 | 36,709 | 9,626 |
| **Operator** | | | | | | | | | | | |
| Public | 139,744 | 137,699 | 1,253 | 742 | 50 | 0 | 1,001,500 | 962,738 | 2,134 | 36,628 | 8,572 |
| Federal | 137,156 | 137,156 | 0 | 0 | 0 | 0 | 180 | 0 | 0 | 180 | 0 |
| State | 2,588 | 543 | 1,253 | 742 | 50 | 0 | 1,001,320 | 962,738 | 2,134 | 36,448 | 8,572 |
| Private | 26,054 | 13,752 | 189 | 24 | 335 | 11,754 | 91,745 | 89,970 | 1,694 | 81 | 1,054 |
| **Northeast[b]** | 2,824 | 616 | 10 | 145 | 59 | 1,994 | 138,617 | 137,525 | 380 | 712 | 1,565 |
| Connecticut | 113 | 42 | 0 | 71 | 0 | 0 | 13,887 | 13,812 | 75 | 0 | 0 |
| Maine | 23 | 17 | 2 | 1 | 3 | 0 | 2,222 | 2,222 | 0 | 0 | 7 |
| Massachusetts | 156 | 122 | 0 | 0 | 34 | 0 | 8,174 | 8,091 | 83 | 0 | 16 |
| New Hampshire | 36 | 32 | 0 | 0 | 4 | 0 | 2,438 | 1,760 | 47 | 631 | 3 |
| New Jersey | 93 | 34 | 0 | 0 | 0 | 59 | 19,559 | 19,346 | 132 | 81 | 4 |
| New York | 228 | 103 | 0 | 0 | 6 | 119 | 45,084 | 45,083 | 1 | 0 | 11 |
| Pennsylvania | 2,046 | 230 | 0 | 0 | 0 | 1,816 | 47,211 | 47,211 | 0 | 0 | 171 |
| Rhode Island | 35 | 29 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vermont | 94 | 7 | 8 | 73 | 6 | 0 | 42 | 0 | 42 | 0 | 1,353 |
| **Midwest[b]** | 2,174 | 1,882 | 0 | 24 | 93 | 175 | 162,094 | 161,814 | 280 | 0 | 1,038 |
| Illinois | 302 | 276 | 0 | 0 | 26 | 0 | 15 | 15 | 0 | 0 | 0 |
| Indiana | 176 | 171 | 0 | 0 | 5 | 0 | 25,933 | 25,929 | 4 | 0 | 32 |
| Iowa | 244 | 244 | 0 | 0 | 0 | 0 | 9,146 | 9,126 | 20 | 0 | 802 |
| Kansas | 239 | 101 | 0 | 0 | 12 | 126 | 9,868 | 9,804 | 64 | 0 | 0 |
| Michigan | 253 | 253 | 0 | 0 | 0 | 0 | 38,559 | 38,559 | 0 | 0 | 0 |
| Minnesota | 109 | 104 | 0 | 0 | 5 | 0 | 9,293 | 9,221 | 72 | 0 | 0 |
| Missouri | 321 | 288 | 0 | 0 | 33 | 0 | 28,657 | 28,627 | 30 | 0 | 0 |
| Nebraska | 102 | 102 | 0 | 0 | 0 | 0 | 5,407 | 5,398 | 9 | 0 | 41 |
| North Dakota | 54 | 49 | 0 | 0 | 5 | 0 | 1,741 | 1,741 | 0 | 0 | 9 |
| Ohio | 176 | 175 | 0 | 0 | 1 | 0 | 6,291 | 6,291 | 0 | 0 | 154 |
| South Dakota | 84 | 11 | 0 | 24 | 0 | 49 | 3,490 | 3,434 | 56 | 0 | 0 |
| Wisconsin | 114 | 108 | 0 | 0 | 6 | 0 | 23,694 | 23,669 | 25 | 0 | 0 |
| **South[b]** | 19,285 | 8,081 | 1,427 | 585 | 50 | 9,142 | 528,762 | 491,848 | 1,097 | 35,817 | 4,245 |
| Alabama | 185 | 181 | 2 | 2 | 0 | 0 | 20,702 | 20,702 | 0 | 0 | 0 |
| Arkansas | 471 | 108 | 183 | 180 | 0 | 0 | 14,851 | 14,615 | 236 | 0 | 337 |
| Delaware | 25 | 25 | 0 | 0 | 0 | 0 | 5,172 | 5,150 | 22 | 0 | 0 |
| District of Columbia | 239 | 239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Florida | 752 | 752 | 0 | 0 | 0 | 0 | 95,670 | 95,565 | 105 | 0 | 0 |
| Georgia[c] | 5,023 | 2,004 | 1,145 | 403 | 21 | 1,450 | 44,365 | 7,997 | 551 | 35,817 | 3,614 |
| Kentucky | 125 | 122 | 0 | 0 | 3 | 0 | 13,962 | 13,943 | 19 | 0 | 30 |
| Louisiana | 104 | 102 | 0 | 0 | 2 | 0 | 17,836 | 17,836 | 0 | 0 | 104 |
| Maryland | 119 | 119 | 0 | 0 | 0 | 0 | 18,156 | 18,096 | 60 | 0 | 107 |
| Mississippi | 1,039 | 942 | 97 | 0 | 0 | 0 | 13,435 | 13,435 | 0 | 0 | 0 |
| North Carolina | 1,466 | 181 | 0 | 0 | 0 | 1,285 | 34,615 | 34,615 | 0 | 0 | 0 |
| Oklahoma | 1,983 | 74 | 0 | 0 | 0 | 1,909 | 25,996 | 25,937 | 59 | 0 | 0 |
| South Carolina | 189 | 189 | 0 | 0 | 0 | 0 | 18,847 | 18,815 | 32 | 0 | 0 |
| Tennessee | 304 | 304 | 0 | 0 | 0 | 0 | 21,831 | 21,829 | 2 | 0 | 34 |
| Texas | 7,122 | 2,600 | 0 | 0 | 24 | 4,498 | 146,808 | 146,797 | 11 | 0 | 15 |
| Virginia | 35 | 35 | 0 | 0 | 0 | 0 | 30,695 | 30,695 | 0 | 0 | 0 |
| West Virginia | 104 | 104 | 0 | 0 | 0 | 0 | 5,821 | 5,821 | 0 | 0 | 0 |

*Continued on next page*

**APPENDIX TABLE 4 (continued)**

**Number of prisoners held in correctional facilities for federal, state, and local authorities, by operator and state, midyear 2019**

| Operator and state | Prisoners held for— | | | | | | | | | | |
| | Federal authorities | | | | | | State authorities | | | | Local authorities |
| | Total | BOP | ICE | U.S. Marshals Service | Other | Unknown[a] | Total | In operator's state | In other state | Unknown[a] | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| West[b] | 4,359 | 3,716 | 5 | 12 | 183 | 443 | 263,592 | 261,521 | 2,071 | 0 | 2,778 |
| Alaska | 219 | 219 | 0 | 0 | 0 | 0 | 4,501 | 4,501 | 0 | 0 | 0 |
| Arizona | 280 | 250 | 0 | 0 | 30 | 0 | 43,914 | 42,279 | 1,635 | 0 | 0 |
| California | 2,921 | 2,615 | 0 | 0 | 45 | 261 | 124,119 | 124,119 | 0 | 0 | 316 |
| Colorado | 105 | 105 | 0 | 0 | 0 | 0 | 19,351 | 19,230 | 121 | 0 | 173 |
| Hawaii | 76 | 40 | 1 | 2 | 33 | 0 | 1,842 | 1,842 | 0 | 0 | 2,141 |
| Idaho | 41 | 32 | 4 | 5 | 0 | 0 | 7,578 | 7,578 | 0 | 0 | 0 |
| Montana | 50 | 36 | 0 | 5 | 9 | 0 | 3,506 | 3,506 | 0 | 0 | 89 |
| Nevada | 91 | 0 | 0 | 0 | 0 | 91 | 12,825 | 12,792 | 33 | 0 | 19 |
| New Mexico | 187 | 187 | 0 | 0 | 0 | 0 | 6,188 | 6,116 | 72 | 0 | 38 |
| Oregon | 93 | 55 | 0 | 0 | 38 | 0 | 14,736 | 14,656 | 80 | 0 | 0 |
| Utah | 65 | 0 | 0 | 0 | 0 | 65 | 5,657 | 5,623 | 34 | 0 | 0 |
| Washington | 165 | 137 | 0 | 0 | 28 | 0 | 17,226 | 17,168 | 58 | 0 | 2 |
| Wyoming | 66 | 40 | 0 | 0 | 0 | 26 | 2,149 | 2,111 | 38 | 0 | 0 |

Note: No facilities held prisoners for the Bureau of Indian Affairs or tribal authorities. BOP denotes Federal Bureau of Prisons. ICE denotes U.S. Immigration and Customs Enforcement. See *Terms and definitions* for detail on facility type and operator.

[a]Includes prisoners held for an unspecified federal or state authority.

[b]Includes facilities operated by state and both state and local authorities; and privately operated facilities under contract to hold prisoners primarily for state correctional authorities or the Federal Bureau of Prisons located in each region and state.

[c]A large portion of prisoners are shown as held for an "unknown" state authority because 55 facilities in Georgia reported a total number of prisoners held for state authorities that did not match the sum of prisoners reportedly held for Georgia or other states.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**APPENDIX TABLE 5**
## Number of prisoners, total security staff, and prisoner-to-security-staff ratio in confinement facilities, by operator and state, midyear 2019

| Operator and state | Reporting facilities | Prisoners | Total security staff[a] | Prisoner-to-security staff ratio |
|---|---|---|---|---|
| **Operator** | | | | |
| Public | 1,012 | 1,147,488 | 233,711 | 5 |
| Federal | 72 | 89,067 | 9,348 | 10 |
| State | 940 | 1,058,421 | 224,363 | 5 |
| Private | 56 | 59,713 | 6,313 | 9 |
| **Northeast[b]** | 138 | 137,016 | 45,450 | 3 |
| Connecticut | 16 | 13,283 | 4,406 | 3 |
| Maine | 2 | 1,524 | 402 | 4 |
| Massachusetts | 14 | 7,993 | 2,870 | 3 |
| New Hampshire | 3 | 2,147 | 331 | 6 |
| New Jersey | 15 | 17,610 | 5,814 | 3 |
| New York | 51 | 44,979 | 18,910 | 2 |
| Pennsylvania | 25 | 45,328 | 11,210 | 4 |
| Rhode Island | 6 | 2,663 | 899 | 3 |
| Vermont | 6 | 1,489 | 608 | 2 |
| **Midwest[b]** | 195 | 237,109 | 42,952 | 6 |
| Illinois | 28 | 38,337 | 8,879 | 4 |
| Indiana | 17 | 25,732 | 3,860 | 7 |
| Iowa | 9 | 8,488 | 1,469 | 6 |
| Kansas | 8 | 9,631 | 1,648 | 6 |
| Michigan | 30 | 38,370 | 6,384 | 6 |
| Minnesota | 11 | 9,221 | 1,998 | 5 |
| Missouri | 22 | 28,172 | 4,875 | 6 |
| Nebraska | 8 | 4,732 | 1,056 | 4 |
| North Dakota | 4 | 1,487 | 414 | 4 |
| Ohio | 27 | 48,127 | 8,220 | 6 |
| South Dakota | 3 | 2,499 | 326 | 8 |
| Wisconsin | 28 | 22,313 | 3,823 | 6 |
| **South[b]** | 498 | 497,512 | 88,585 | 6 |
| Alabama | 16 | 17,540 | 1,805 | 10 |
| Arkansas | 15 | 14,825 | 2,519 | 6 |
| Delaware | 5 | 4,625 | 1,387 | 3 |
| District of Columbia | 108 | 84,751 | 15,385 | 6 |
| Florida | 42 | 46,787 | 6,025 | 8 |
| Georgia | 15 | 12,635 | 1,933 | 7 |
| Kentucky | 12 | 17,940 | 3,255 | 6 |
| Louisiana | 16 | 17,888 | 5,680 | 3 |
| Maryland | 16 | 14,356 | 1,418 | 10 |
| Mississippi | 52 | 32,441 | 9,175 | 4 |
| North Carolina | 21 | 23,409 | 2,027 | 12 |
| Oklahoma | 18 | 17,605 | 2,436 | 7 |
| South Carolina | 15 | 21,829 | 3,613 | 6 |
| Tennessee | 97 | 138,471 | 24,781 | 6 |
| Texas | 39 | 27,291 | 6,193 | 4 |
| Virginia | 16 | 38,102 | 7,316 | 5 |
| West Virginia | 11 | 5,119 | 953 | 5 |

*Continued on next page*

**APPENDIX TABLE 5 (continued)**
**Number of prisoners, total security staff, and prisoner-to-security-staff ratio in confinement facilities, by operator and state, midyear 2019**

| Operator and state | Reporting facilities | Prisoners | Total security staff[a] | Prisoner-to-security staff ratio |
|---|---|---|---|---|
| West[b] | 165 | 246,497 | 53,689 | 5 |
| Alaska[c] | … | … | … | … |
| Arizona | 16 | 38,102 | 7,316 | 5 |
| California | 37 | 123,766 | 28,063 | 4 |
| Colorado | 22 | 17,574 | 5,096 | 3 |
| Hawaii | 4 | 1,438 | 562 | 3 |
| Idaho | 10 | 7,131 | 1,083 | 7 |
| Montana | 13 | 2,763 | 697 | 4 |
| Nevada | 15 | 12,202 | 1,789 | 7 |
| New Mexico | 15 | 6,226 | 1,199 | 5 |
| Oregon | 14 | 13,438 | 2,588 | 5 |
| Utah | 2 | 5,195 | 952 | 5 |
| Washington | 12 | 16,613 | 3,841 | 4 |
| Wyoming | 5 | 2,049 | 503 | 4 |

Note: Prisoners, total security staff, and prisoner-to-security-staff ratios are based on facilities that reported total security staff. A total of 54 state and private facilities and 39 federal facilities did not report total security staff. See *Terms and definitions* for detail on facility type and operator.

...Not available.

[a]Includes full-time, part-time, payroll, nonpayroll, and contract employees. Excludes community volunteers.

[b]Includes facilities operated by state and both state and local authorities; and privately operated facilities under contract to hold prisoners primarily for state correctional authorities or the Federal Bureau of Prisons located in each region and state.

[c]All public and private facilities in Alaska did not report total security staff, so data for Alaska are not shown.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**APPENDIX TABLE 6**
**Percentages for figure 1: Percent of adult correctional facilities and prisoners, by facility type, midyear 2019**

| Type | Facilities | Prisoners |
|---|---|---|
| Confinement | 69.2% | 95.4% |
| Community-based | 30.8 | 4.6 |

Note: See *Terms and definitions* for detail on facility type.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.

**APPENDIX TABLE 7**
**Percentages for figure 2: Percent of confinement and community-based facilities and prisoners, by operator, midyear 2019**

| Operator | Confinement | | Community-based | |
|---|---|---|---|---|
| | Facilities | Prisoners | Facilities | Prisoners |
| Federal | 9.6% | 10.9% | 0% | 0% |
| State | 83.4 | 82.3 | 36.2 | 49.4 |
| Private | 7.1 | 6.8 | 63.8 | 50.6 |

Note: Details may not sum to 100% due to rounding. The Federal Bureau of Prisons (BOP) did not operate community-based facilities. State or private community-based facilities held prisoners under the authority of BOP. See *Terms and definitions* for detail on facility type and operator.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.



The Bureau of Justice Statistics of the U.S. Department of Justice is the principal federal agency responsible for measuring crime, criminal victimization, criminal offenders, victims of crime, correlates of crime, and the operation of criminal and civil justice systems at the federal, state, tribal, and local levels. BJS collects, analyzes, and disseminates reliable statistics on crime and justice systems in the United States, supports improvements to state and local criminal justice information systems, and participates with national and international organizations to develop and recommend national standards for justice statistics. Doris J. James is the acting director.

This report was written by Laura M. Maruschak and Emily D. Buehler. Chris Ellis, Stephanie Zimmer, Christian Genesky, and Elizabeth Robbins of RTI International provided substantive input to the Methodology in this report. E. Ann Carson, Stephanie Mueller, and Tracy L. Snell verified the report.

Eric Hendrixson and Edrienne Su edited the report. Carrie Epps-Carey produced the report.

November 2021, NCJ 301366



NCJ 301366

**Office of Justice Programs**
**Building Solutions • Supporting Communities • Advancing Justice**
**www.ojp.gov**