Cart

*Celebrating More Than 152 Years of Global Excellence*

# The Commission on Accreditation for Corrections

The Commission on Accreditation for Corrections (CAC) is the official accrediting body of the American Correctional Association.  Created in 1974, the Commission is the official arbiter of accreditation status for all facilities and agencies.  The Commission is comprised of a representative body of corrections professionals from all areas of the field- adult corrections and detention, juvenile corrections and detention, community corrections, probation, parole, and correctional health services.



Commission members can be ether appointed to their position by the President of the Association, or elected to their seat.  Members of the Commission include Directors of Corrections, Sheriffs, Jail Administrators, Superintendents, Parole Administrators, Doctors, and other administrators with experience in operating everything from large agencies at the state or national level to local facilities with a relatively small staff and population.  Currently, ACA, through the Commission, accredits more than 1,300 facilities across the United States and the world.  These include Federal, state, local, and private facilities of all types and sizes under ACA's standards.



## Thomas Stickrath, J.D., (OH)

### Chair, Commission on Accreditation for Corrections

**Thomas Stickrath, J.D., (OH)**

*Director*

Ohio Department of Public Safety

Thomas Stickrath was appointed Director of the Ohio Department of Public Safety by Governor Mike DeWine in January of 2019. Stickrath began his career with the Ohio Department of Corrections, where he served as Warden, Regional Director of Prisons, and Assistant Director. In 2005, he became Director of the Ohio Department of Youth Services (DYS). In 2010, Governor Ted Strickland appointed Stickrath Director of the Department of Public Safety. Stickrath then served as the Superintendent of the Ohio Bureau of Criminal Investigation from 2011 until his reappointment as Director of Public Safety. He obtained his Bachelor's and Law degrees from The Ohio State University, and received the University's "Distinguished Service Award." Stickrath's commitment to corrections is extensive, and has earned him ACA's E.R. Cass Award. He has served on the Standard's Committee and the Commission on Accreditation, and assists in training new commissioners. Stickrath is vice-chair of ACA's Staff Wellness Committee, and co-chair of the Committee on the Use of Separation of Juveniles.

# Committee Members

1  2                                                                Item 1 to 15 of 30

Show all 30

| Position | Full Name |
| --- | --- |
| Vice Chair | Lannette C. Linthicum |
| Member | Angela Arabie, CCM/Juv |
| Member | Jimmie Barrett |
| Member | Rodney L. Berry |
| Member | Christine Blessinger |
| Member | April B. Buckner, CBHC-CO |
| Member | Kristen Dauss |
| Member | Alexander Michael Deshotels |
| Member | Michael D. DeVoter, CCM |
| Member | Peter J. Grande, CCE |
| Member | Pamela Hill |
| Member | Racheal Hoffmann |
| Member | Todd E. Ishee |
| Member | Linda Janes |
| Member | Ronald E. Koon, Ph.D. |

1  2                                                                Item 1 to 15 of 30

Show all 30

Standards & Accreditation

About Us

Areas of Responsibility

Commission on Accreditation for Corrections

FAQs

Standards & Committees

Seeking Accreditation

Manual of Accreditation Policy and Procedure

Prison Rape Elimination Act (PREA)

Auditors

Accredited Facilities

Awards

Forms

Connect With Us



American Correctional Association

206 N. Washington Street  |  Suite 200  |  Alexandria, VA 22314

Phone: (703) 224-0000  |  Fax: (703) 224-0010

Job Bank     Need Help?     Contact Us     Copyright © American Correctional Association

Terms and Conditions          Privacy Policy

