# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

| | |
|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | )<br>)<br>) No. 3:18-cv-00995-JD |
| Plaintiff, | )<br>) |
| v. | ) Chief Judge Jon E. DeGuilio<br>) |
| RON NEAL, et al. | )<br>) |
| Defendants. | )<br>) |

## JOINT PROPOSED VOIR DIRE QUESTIONS

The parties, through their undersigned attorneys, respectfully request that the following questions be posed to all prospective jurors.

### Agreed Requested Questions

1. Are you familiar with any of the parties in this case or their counsel?

2. Do you know any of the individuals who may be witnesses in this case?

   i. Persons listed on Plaintiff's witness list.

   ii. Persons listed on Defendants' witness list.

3. The Judge will provide you with various instructions throughout the trial. Is there any reason you will not be able to follow the Judge's instructions?

4. What is your highest level of education?

5. Have you ever served in the military?

6. What is the name of your employer? Could you please describe your current occupation (if you are retired, please give this information about your last job)?

7. What other jobs have you held in the past ten years?

1

8. If you are in a domestic partnership (married, civil union, etc.), what is your partner's occupation, who is your partner's employer, and how many years has your partner worked with their current employer (if your partner is retired, please give this information about their past job)?

9. Do you have children? If so, what are their ages, and if applicable, their occupations?

10. Who lives with you in your home? For all the adult members of your household who work outside the home, what is their occupation and for whom do they work?

11. Where do you get your news? Newspapers, television, cable television, radio, and/or internet? From which publications or shows? How regularly do you watch or read these shows or publications?

12. What television news stations do you watch? If you turned on the TV and only these three channels were available, which would you watch: CNN, Fox News, or MSNBC?

13. Which talk radio shows or podcasts do you listen to, if any?

14. What bumper stickers do you have on your car, if any?

15. What organizations do you belong to or participate in (for example, union, professional groups, church, fraternal, political, religious, social, recreational, etc.)?  Please describe the organization and your participation in it.

16. Have you or any members of your family or close friends ever been involved in a lawsuit? If yes, who filed the lawsuit? Who was sued? What was the suit about? What was the outcome of this suit? Do you think that experience would influence your ability to decide this case impartially and according to the Court's instructions?

17. What is your biggest concern about how our judicial system works?

18. Some people say there are too many lawsuits or plaintiffs who bring lawsuits are just out for money. Do you agree? If so, why?

19. Have you ever served on a jury? If yes, how many times in civil court, and how many times in criminal court? How many times were you the foreperson? What were the main facts of each case? If a case in which you served on the jury went to verdict, what was the outcome?

20. Have you ever been shocked to hear about a jury's money damages award that you considered to be either too high or too low? What mistake do you believe that that jury made in assessing the appropriate money damages?

21. Is there anything in your personal or professional life that would prevent you from giving this case your complete attention? Is there anything in your personal or professional life that would prevent you from being fair and impartial?

22. This is a case in which the plaintiff's grandson lost his life, and the plaintiff is going to request a substantial amount in damages. Would it make you uncomfortable to be asked to consider a substantial monetary award for the family of a person who was serving time in prison when he died?

23. Some of the witnesses in this case will be prisoners from the Indiana State Prison and some of the witnesses will be former or current correctional officers and prison officials. If you are selected as a juror, it will be your responsibility to decide the weight to give each witness's testimony. Will you be more inclined to believe the testimony of a prison official or correctional officer over the testimony of a prisoner? Or will each witness start out equal when they get on the witness stand before they have given any testimony?

24. Have you, anyone in your family, or a close friend ever worked for or in any prison, jail, or correctional department?

25. Have you, anyone in your family, or a close friend ever applied for a job with a prison, law enforcement agency, or a security-related business? If yes, what happened after you applied?

26. Do you know anyone who was or is employed with the Indiana Department of Correction?

27. Do you know anyone who was or is employed at Indiana State Prison?

28. Do you or anyone you know have any business interests with the State of Indiana or the Indiana Department of Correction?

29. Do you have any negative experiences with the Indiana Department of Correction? If so, what?

30. Have you ever been involved in a lawsuit, claim, dispute, or grievance against the Indiana Department of Correction? In what way? What was it about? What was your role? What was the outcome?

31. Have you, anyone in your family, or a close friend ever worked in law enforcement, including as a police officer, parole officer, or probation officer? If yes, when, where, and for how long?

32. Have you, anyone in your family, or a close friend ever worked in a prosecutor's office in any capacity? If yes, when, where, and for how long?

33. Have you or anyone close to you ever worked for a government at any level, whether local, state, or federal? If so, when? Who? Where? What job?

34. Would the fact that the Defendant is represented by the Indiana Attorney General's Office, affect your ability to serve as a fair and impartial juror?

35. Have you, anyone in your family, or a close friend ever been the victim of a serious crime? If so, what was the nature of the crime? Was the perpetrator punished? Were you satisfied with the result?

36. Have you, anyone in your family, or a close friend ever been arrested, charged with a crime, or convicted of a crime?

37. Have you, or any relatives or close friends, ever spent time in jail or prison?

38. Do you watch any television shows about police, jails, or prisons?

39. What is the purpose of prison?

40. If you were a business owner, would you be concerned about employing someone who was in prison? What would be your concerns?

41. Have you seen or read any news reports about wrongdoing by correctional officers or prison officials?

42. Do you have any opinions regarding Indiana State Prison or the Indiana Department of Correction? What are they?

43. Have you ever had a conversation about or read up on the prison system in Indiana? What conclusions have you drawn?

44. Do you believe a person who loses their life in prison should be compensated less than a person who dies in the free community? Do you believe a prisoner's life is worth less than a person in the free community?

45. Given the substantive nature of this case, and the fact that it involves government employees, the jury's verdict may be reported in the news media. Given your social, family, and

work relationships, do you think that publicity about the verdict may make it difficult for you to perform your duties as a juror?

46. Since the events at issues in this case, one of the parties has transitioned to a gender that is different than the one they were assigned at birth. Is that going to be a distraction or concern for you during the case?

47. Have you or a family member ever been impacted by a fire? If so, how? When? Who?

48. Do you or any member of your family work for a fire department? If so, when? Who? What role?

49. Is there anything I haven't asked you that you believe the lawyers should know in evaluating whether you will be fair and impartial to all parties in this case?

Respectfully submitted,

By: s/ Maria Makar
    *One of Plaintiff's Attorneys*

By: s/ Betsy M. DeNardi
    *One of Defendant's Attorneys*

Locke Bowman
Megan Pierce
Sam Heppell
Maria Makar
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, Illinois 60607
makar@loevy.com
(312) 243-5900

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6231
Fax: (317) 232-7979
Email: Betsy.DeNardi@atg.in.gov

**CERTIFICATE OF SERVICE**

      I, Maria Makar, an attorney, hereby certify that on March 20, 2023, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

      /s/ Maria Makar_____
      One of Plaintiff's Attorneys