**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| DENISE DWYER as Successor Personal Representative of the Estate of Joshua Devine, <br><br> *Plaintiff,* <br><br> v. <br><br> RON NEAL, et al., <br><br> *Defendants.* | CASE NO.  3:18-cv-995-JD-MGG |

**MOTION TO EXCLUDE PLAINTIFF'S DESIGNATED EXPERT WITNESS**
**RICHARD BARD'S TESTIMONY AND OBJECTION TO TESTIMONY**

Defendants, by counsel, Betsy M. DeNardi, Director of Complex Litigation, respectfully move the Court to exclude the testimony of Plaintiff's designated expert witness Richard Bard ("Bard" and object to the introduction of such testimony into evidence. In support of the motion and objection, Defendants state as follows:

1. Plaintiff previously disclosed Bard as an expert witness.

2. Plaintiff maintains that Defendants failed to take appropriate action to prevent substantial harm to Joshua Devine as a result of the fire in his cell on April 7, 2017.

3. Defendants object to the introduction of any testimony from Bard concerning the layout and conditions at the Indiana State Prison, as well as, whether Defendants could or could not hear certain things in B Cell House at the Indiana State Prison on April 7, 2017.

1

4. Bard's testimony is not based upon sufficient facts or data.

5. Bard's testimony is unreliable and irrelevant.

6. Bard's testimony does not assist the trier of fact.

7. Defendants designate and attach the following in support of their motion:

   a. Report of Expert Witness Richard Bard as Exhibit A;

   b. Excerpts of Deposition of Richard Bard as Exhibit B.

8. Defendants have filed a memorandum in support which is incorporated herein by reference.

WHEREFORE, Defendants respectfully request the Court exclude the testimony of Richard Bard, and all other just and proper relief.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

Date: <u>March 20, 2023</u>     By:   <u>*s/ Betsy M. DeNardi*</u>
Betsy M. DeNardi, 23856-71
Director of Complex Litigation

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 232-6231
Fax:     (317) 232-7979
Email:  Betsy.DeNardi@atg.in.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

*s/Betsy M. DeNardi*
Betsy M. DeNardi
Director of Complex Litigation

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 232-6231
Fax:     (317) 232-7979
Email:  Betsy.DeNardi@atg.in.gov

3