UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DENISE DWYER as Successor Personal Representative of the Estate of Joshua Devine,

      *Plaintiff*,

   v.

RON NEAL, et al.,

      *Defendants*.

CASE NO.  3:18-cv-995-JD

## OBJECTIONS TO PLAINTIFF'S PROPOSED VERDICT FORM

Defendants, by counsel, respectfully submit the following objections to Plaintiff's Proposed Verdict Form.

Plaintiff's verdict form lists one line for the jury to provide any award of compensatory damages. The one line is inadequate and fails to provide sufficient information for the parties and the Court related to the specific claims.

First, it does not allow the parties to know how much is being awarded for a specific claim. The jury may be awarding compensatory damages for one claim or multiple claims, but the parties will not know because the damages are not broken down for each claim. The specific breakdown of the amount of damages per claim is needed in the event either side decides to appeal an adverse judgment.

1

Second, the Indiana state law claims are subject to a cap on damages pursuant to Indiana Code § 34-13-3-4(a). Indiana Code § 34-13-3-4(a) provides in part as follows:

> The combined aggregate liability of all governmental entities and of all public employees, acting within the scope of their employment . . . does not exceed:
> (1)(C) seven hundred thousand dollars ($700,000) for a cause of action that accrues on or after January 1, 2008.

If the Plaintiff's Proposed Verdict Form is used there will be no way to know what amount of damages, if any, may be awarded by the jury for the state law claims. Therefore, the parties and the Court would be unable to determine whether any damages awarded for the state law claims comply with Indiana Code § 34-13-3-4.

In addition, the Plaintiff's Proposed Verdict Form does not provide sufficient specificity for the jury regarding the request for punitive damages. The jury cannot award punitive damages against the Defendants for the state law claims under Indiana Code § 34-13-3-4(b). The statute states "A governmental entity or an employee of a governmental entity acting with the scope of employment is not liable for punitive damages." Moreover, the jury cannot find in favor of the Plaintiff on the state law claims unless it finds the Defendants were acting outside the scope of their employment. Indiana Code § 34-13-3-5.

Finally, an individual cannot recover punitive damages under Indiana's wrongful death statute. *Durham ex rel. Estate of Wade v. U-Haul Intern.*, 745 N.E.2d 755, 763 (Ind. 2001). *See also* Indiana Code § 34-23-1-2(c)(2)(B). Therefore, it should

be clear to the jury that it should only be considering whether punitive damages should be awarded for the claims under federal law.

For these reasons, Defendants object to Plaintiff's Proposed Verdict Form and urge the Court to adopt Defendants' Proposed Verdict Form.

                                                Respectfully submitted,

                                                THEODORE E. ROKITA
                                                Indiana Attorney General
                                                Attorney No. 18857-49

Date: <u>March 27, 2023</u>      By:   <u>*s/ Betsy M. DeNardi*</u>
                                                Betsy M. DeNardi, 23856-71
                                                Director of Complex Litigation

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 232-6231
Fax:    (317) 232-7979
Email:  Betsy.DeNardi@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

                                                <u>*s/Betsy M. DeNardi*</u>
                                                Betsy M. DeNardi
                                                Director of Complex Litigation

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor

302 West Washington Street  
Indianapolis, IN  46204-2770  
Phone:  (317) 232-6231  
Fax:     (317) 232-7979  
Email:  Betsy.DeNardi@atg.in.gov